

04 JAN 16 PM 1:49

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| LUANN PARKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. C-1-00-766 |
| v. | ) | |
| | ) | Judge Susan J. Dlott |
| AVENTIS PASTEUR INC., et al., | ) | |
| | ) | **JOINT MOTION TO** |
| Defendant. | ) | **EXTEND PRETRIAL DATES** |
| | ) | |

\* \* \*

Plaintiff Luann Parker and Defendant Aventis Pasteur Inc., jointly, move the Court to extend the pretrial dates in this case. This is the parties' fourth request to extend these dates. This extension is necessary because it has taken an unusual amount of time to obtain the original MRI films back from defendant's expert who had passed away.

Neil Rosenberg, M.D., a neurologist who had been identified by Aventis Pasteur Inc. as an expert witness, unexpectedly passed away earlier this year. Dr. Rosenberg had been sent the original MRI scans of plaintiff, Luann Parker. Plaintiff had requested a copy of the films and Aventis requested that Dr. Rosenberg's office return the films to its counsel. However,

because Dr. Rosenberg's office had closed, it took longer than expected for his widow to find the films and return them to counsel. The MRI films have now been retrieved from Dr. Rosenberg's office and has been forwarded to plaintiff's counsel for her experts to review. Additionally, Aventis Pasteur Inc. is now in a position to consult with another expert neurologist on this case. As a result, identification of expert witnesses and discovery has been delayed, is still ongoing and more depositions still need to be taken. There is presently no trial date scheduled in this case.

The parties stipulate to moving the previously scheduled dates in this Court's amended Trial Order to the following proposed dates:

1. Dates to exchange list of expert witnesses
   and furnish copies of expert reports

   |  | Defendant | March 31, 2004 |

2. Discovery cutoff — April 30, 2004

3. Last date to file dispositive motions not directed to the pleadings (e.g., summary judgment motions). — June 1, 2004

   Memoranda contra due — June 29, 2004

   Reply Memoranda due — July 13, 2004

Finally, as there is no trial date scheduled at this time, the parties are also agreeable to rescheduling the trial date to whatever time is available on the Court's schedule after discovery has been completed and the dispositive motion deadline has passed.

2

Respectfully submitted,

| | |
|---|---|
| Firooz T. Namei (0018615), Lead Counsel<br>Roger W. Weseli (0065201)<br>MCKINNEY & NAMEI CO., L.P.A.<br>15 East Eighth Street<br>Cincinnati, Ohio 45202<br>Telephone: (513) 721-0200<br>Facsimile: (314) 231-9480<br><br>Counsel for Plaintiff | John J. Siciliano (0019768), Lead Counsel<br>Mark D. Wagoner, Jr. (0068577)<br>SHUMAKER, LOOP & KENDRICK, LLP<br>1000 Jackson<br>Toledo, Ohio 43624-1573<br>Telephone: (419) 241-9000<br>Facsimile: (419) 241-6894<br>E-mail: jsiciliano@slk-law.com<br>         mwagoner@slk-law.com<br><br>Counsel for Defendants |

3