04 JAN 16 PM 1:49

Granted
Susan J. Dlott
1/22/04

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

LUANN PARKER, )
 )
    Plaintiff, )
 )
v. ) Case No. C-1-00-766
 )
AVENTIS PASTEUR INC., et al., ) Judge Susan J. Dlott
 )
    Defendant. ) **JOINT MOTION TO**
 ) **EXTEND PRETRIAL DATES**

\* \* \*

Plaintiff Luann Parker and Defendant Aventis Pasteur Inc., jointly, move the Court to extend the pretrial dates in this case. This is the parties' fourth request to extend these dates. This extension is necessary because it has taken an unusual amount of time to obtain the original MRI films back from defendant's expert who had passed away.

Neil Rosenberg, M.D., a neurologist who had been identified by Aventis Pasteur Inc. as an expert witness, unexpectedly passed away earlier this year. Dr. Rosenberg had been sent the original MRI scans of plaintiff, Luann Parker. Plaintiff had requested a copy of the films and Aventis requested that Dr. Rosenberg's office return the films to its counsel. However,