THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| LUANN PARKER, ) | |
| ) | Case No. C-1-00-766 |
| Plaintiff, ) | |
| ) | Judge Susan J. Dlott |
| v. ) | |
| ) | **NOTICE OF FILING DEPOSITION** |
| AVENTIS S.A., et al., | |
| Defendants. | |

The parties and the Court are hereby notified that the undersigned counsel for Defendant Aventis Pasteur Inc. filed the transcript of the deposition of Plaintiff's expert witness, David Griesemer, which was taken on July 15, 2003, this 20th day of May, 2004.

Respectfully submitted,

/s/ John J. Siciliano
John J. Siciliano (0019768), Trial Counsel
SHUMAKER, LOOP & KENDRICK, LLP
1000 Jackson
Toledo, Ohio 43624-1573
Telephone:  (419) 241-9000
Facsimile:  (419) 241-6894
E-mail:  jsiciliano@slk-law.com


/s/ Michael A. Snyder
Michael A. Snyder (0069425)
SHUMAKER, LOOP & KENDRICK, LLP
41 S. High Street, Suite 2210
Columbus, Ohio 43215
Telephone:  (614) 463-9441
Facsimile:  (614) 463-1108
E-mail:  msnyder@slk-law.com

Counsel for Defendant

## CERTIFICATE OF SERVICE

The undersigned attorney for Aventis certifies that a copy of the foregoing Notice of Filing Deposition was served by ordinary U.S. Mail, postage prepaid, upon Firooz T. Namei, Esq., and Roger W. Weseli, Esq., McKinney & Namei Co., L.P.A., 15 East Eighth Street, Cincinnati, Ohio 45202, counsel for Plaintiff, this 20th day of May, 2004.

/s/ Michael A. Snyder
An Attorney for Defendant Aventis Pasteur Inc.