1

```
 1            UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF OHIO
 2                 WESTERN DIVISION

 3   LUANN PARKER,

 4        Plaintiff,

 5      vs.      CIVIL ACTION NO. C-1-00-766

 6   AVENTIS S.A., et al.,

 7        Defendants.

 8

 9

10   DEPOSITION OF:   DAVID A. GRIESEMER

11

12   DATE:           July 15, 2003

13   TIME:           9:19 a.m.

14   LOCATION:    Hampton Inn
                  1104 Isle of Palms Connector
15                Mount Pleasant, SC

16

17   TAKEN BY:    Counsel for the Defendants

18   REPORTED BY:    LISA F. WALKABOUT,
                  Court Reporter
19

20

21        A. WILLIAM ROBERTS, JR., & ASSOCIATES

22   Charleston, SC              Columbia, SC
     (843) 722-8414              (803) 731-5224
23
     Greenville, SC              Charlotte, NC
24   (864) 234-7030              (704) 537-3919

25
```

A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO

2

```
 1   APPEARANCES OF COUNSEL:

 2        ATTORNEYS FOR THE PLAINTIFF
               LUANN PARKER:
 3
               MCKINNEY & NAMEI CO., L.P.A.
 4             BY:  FIROOZ T. NAMEI
               15 East Eighth Street
 5             Cincinnati, OH  45202
               (513) 721-0200
 6
          ATTORNEYS FOR THE DEFENDANT
 7             AVENTIS PASTEUR, INC.:

 8             SHUMAKER, LOOP & KENDRICK, LLP
               BY:  JOHN J. SICILIANO
 9             North Courthouse Square
               1000 Jackson
10             Toledo, OH  43624
               (419) 241-9000
11
          (INDEX AT REAR OF TRANSCRIPT)
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO

3

DAVID A. GRIESEMER - EX. BY MR. SICILIANO

1                    STIPULATION

2              It is stipulated by and between Counsel

3    that this deposition is being taken in accordance

4    with the Federal Rules of Civil Procedure; that all

5    objections as to Notice of this deposition are

6    hereby waived; that all objections except as to

7    form are reserved until the time of trial; and that

8    the witness does not waive reading and signing of

9    this deposition.

10   *    *    *    *    *    *    *    *    *    *    *

11                    DAVID A. GRIESEMER

12   being first duly sworn, testified as follows:

13              MR. SICILIANO:  For the record, we are

14   here today for the deposition of David A.

15   Griesemer, M.D. taken in this case pursuant to

16   agreement of the parties; is that correct?

17              MR. NAMEI:  Yes.

18                    EXAMINATION

19   BY MR. SICILIANO:

20        Q.    And am I pronouncing your name right,

21   Griesemer?

22        A.    Griesemer.

23        Q.    Griesemer.  Why don't you introduce

24   yourself and state your name for the record.

25          A.    My name is David Griesemer.


A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO

                                              4

          DAVID A. GRIESEMER - EX. BY MR. SICILIANO

1          Q.    And where do you live?

2          A.    In Mount Pleasant, South Carolina.

3          Q.    What is your business address?

4          A.    Department of Neurology, Medical

5    University of South Carolina, 96 Jonathan Lucas

6    Street, Charleston, South Carolina, 29425.

7          Q.    What are your present duties as a

8    doctor at the medical college of South Carolina?

9          A.    I work as a clinician at the Medical

10   University seeing patients for a portion of my

11   time.  I'm al -- I'm also chairman of the

12   Department of Neurology, so I have administrative

13   and teaching responsibilities associated with that.

14         Q.    What courses do you teach presently?

15         A.    I participate in teaching of the

16   first-year medical neurosciences course.  I also

17   participate in teaching in the third-year core

18   neurology rotation.  I'm also responsible for

19   teaching neurology residents who have already

20   earned their MD degree, and, under special

21   circumstances, I'll also be responsible for

22   teaching pediatric residents, psychiatry residents

23   or other subspecialists rotating through the

24    neurology service.

25         Q.   Do you have any teaching roles where

A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO

5

DAVID A. GRIESEMER - EX. BY MR. SICILIANO

1    you are the primary professor for a particular

2    class?

3         A.   No.

4         Q.   Have you ever had that?

5         A.   No, that's not typically the case for

6    clinicians who usually work one-on-one alongside a

7    resident or student in training at the bedside.

8         Q.   You say you also have a role as a

9    clinician.

10        A.   Yes.

11        Q.   Tell me what that means.  What do you

12    do?

13        A.   What it means is that, one day each

14    week, I'm in an outpatient setting seeing patients.

15    It also means that I take my equitable share of

16    supervising the residents in their continuity

17    clinic as they see their patients.  It means that,

18    for three to four months out of the year, I'm on

19    the inpatient consult attending service, you know,

20    responding to requests for consultation by other

21    physicians at the university hospital.

22        Q.   What other duties do you have?

23        MR. NAMEI:  Isn't that enough?

24        THE WITNESS:  Those that I've mentioned

25   really occupy most of my time.


A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO

6

DAVID A. GRIESEMER - EX. BY MR. SICILIANO

1   BY MR. SICILIANO:

2        Q.   Most of your time?  Okay.  We're here

3   today because you're acting as an expert on behalf

4   of the Plaintiff in this case.  Can you tell me how

5   often do you do that, that is, provide

6   medical/legal consultation?

7        A.   I provide medical/legal consultation

8   probably about a dozen times a year in terms of

9   reviewing records for either the plaintiff or

10   defense or prosecution or the defense, the claimant

11   or the respondent.  Perhaps half of those may go to

12   deposition, and a small percentage of those may go

13   to trial.

14        Q.   Can you give me a sort of a percentage

15   of how many of those medical/legal cases you were

16   involved in -- you have been involved in involved

17   civil litigation versus criminal litigation?

18        A.   I would say that probably 40 percent of

19   the cases are malpractice-related, 40 percent are

20   other civil matters and 20 percent are criminal.

21        Q.   Of the other civil matters, what kind

22    of cases do you handle?

23         A.   These would be patients who may have

24    sustained neurologic injury through -- through

25    trauma, exposure to a product, some other

A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO

7

DAVID A. GRIESEMER - EX. BY MR. SICILIANO

1    misadventure.

2         Q.   Can you tell me, of the cases that you

3    have handled in the civil arena, how many of them

4    have been for the defense?

5         A.   I don't recall specifically, but I

6    would say they're probably evenly divided for

7    plaintiff and defense with the possible exception

8    of some involvement I've had with litigation

9    related to lead toxicity in children and that's

10   more heavily weighted toward the plaintiff.

11        Q.   Have you been involved in a number of

12   lead toxicity cases?

13        A.   Yeah, probably half a dozen over the

14   years.

15        Q.   Going over the past five years, can you

16   tell me, in those cases that you have been

17   consulting on behalf of plaintiffs or defendants,

18   what products, if products were involved, were

19   involved in those kinds of litigations?

20        A.   The two that come to mind, one product

21    was an ephedra compound produced by Rexall.  The

22    other was a -- was Prozac marketed by Lilly.

23        Q.  Well, let's talk about the ephedra

24    compound.  What did that case or those cases

25    involve?


A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO

                                              8

        DAVID A. GRIESEMER - EX. BY MR. SICILIANO

1        A.  This was a circumstance in which a

2    woman expired after -- after her family claimed she

3    had had exposure to ephedra.  And, you know, there

4    were a variety of compounding circumstances in the

5    case.

6        Q.  And you testified on behalf of Rexall

7    or the --

8        A.  On behalf of the defense, yes.

9        Q.  How did neurology play a role in that

10    case?

11        A.  Because the event was a stroke, and,

12    while most of the literature relates to cardiac

13    complications, the issue was whether this was

14    related.

15        Q.  Have you ever handled an or consulted

16    on any ephedra case for the plaintiff?

17        A.  No.

18        Q.  Let's talk about the Prozac.  Did you

19    consult on behalf of the plaintiff or the defendant

20   in the Prozac litigation?

21          A.   On the defense.

22          Q.   That was for Eli Lilly?

23          A.   Yes.

24          Q.   What did those cases involve?

25          A.   This was the case of a boy with

A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO

DAVID A. GRIESEMER - EX. BY MR. SICILIANO

1    Tourette's syndrome who had committed suicide in

2    the context of being placed on Prozac.

3          Q.   And I take it your opinion was the

4    Prozac did not cause the individual to commit

5    suicide?

6          A.   That's correct.

7          Q.   Approximately how many cases have you

8    handled on behalf of Eli Lilly?

9          A.   As far as I know, that was the only

10   one.

11         Q.   And the same question with regard to

12   Rexall --

13         A.   The only --

14         Q.   -- just one?

15         A.   Yes.

16         Q.   Have you ever testified or consulted on

17   any vaccine cases?

18         A.   Yes.

19          Q.   Which cases were those and what

20    vaccines were involved?

21          A.   I don't have a clear or accurate

22    recollection.  There were a series of perhaps a

23    half dozen cases in the early 1990s that were

24    brought to a hearing under the National Vaccine

25    Injury Act, and my recollection is these involved


A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO

DAVID A. GRIESEMER - EX. BY MR. SICILIANO

1     DPT and MMR vaccinations.

2          Q.   And were you engaged by the petitioners

3     or the plaintiffs in that case?

4          A.   Probably 80 percent of the time, I

5     represented the petitioner and about 20 percent of

6     the time representing the respondent.

7          Q.   In general, what was your opinion on

8     those kinds of cases?

9          A.   I don't know that I had a general

10    opinion, it depended on the specifics of the case.

11    Some of them I felt were meritorious claims, and

12    some of them I felt were not.

13          Q.   Do you remember -- let's just talk

14    about the DPT cases -- what kind of injuries the

15    child had that you claimed would have been --

16          A.   No, I'm sorry.

17          Q.   -- related to the DPT?

18      A.   I don't recall.  My long-term memory is

19  not that good, and I didn't review those in

20  preparation for today's deposition.

21      Q.   Approximately how many depositions have

22  you given over the last ten years?

23      A.   I don't know exactly.  I would estimate

24  maybe 40 to 50, perhaps four or five a year.  That

25  could be high, I'm not sure.


A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO


11

DAVID A. GRIESEMER - EX. BY MR. SICILIANO

1       Q.   Have you ever consulted with either

2   defense or plaintiffs in connection with an

3   influenza vaccine?

4       A.   Not that I recall.

5       Q.   So this is the first, to the best of

6   your knowledge?

7       A.   I believe so, yes.

8       Q.   Have you ever administered influenza

9   vaccine?

10      A.   Not personally, no.

11      Q.   Have you ever prescribed it?

12      A.   I've recommended it, and I've received

13  it.

14      Q.   In what context have you recommended

15  it?

16      A.   I usually recommend it to higher-risk

17    patients who may be particularly vulnerable to the

18    effects of -- of getting influenza.  The patients I

19    follow regularly tend to be patients with epilepsy

20    and that may be a particularly vulnerable

21    population.  So typically, my more fragile

22    patients, I'll recommend they consider a vaccine.

23         Q.   Do you have any opinions about the

24    effectiveness of influenza vaccine?

25         A.   I don't have any opinions apart from

         DAVID A. GRIESEMER - EX. BY MR. SICILIANO

1    what's available in the general medical literature.

2    I think that, on the whole, I find them beneficial.

3         Q.   Why did you take influenza vaccine?

4         A.   Because I don't like getting the flu.

5         Q.   Has any of your -- have any of your

6    family members received the influenza vaccine?

7         A.   Not that I'm aware of.  I'm the one

8    who's primarily in a patient-related environment,

9    more at risk because of my job.

10              MR. SICILIANO:  Let's mark this as an

11    exhibit.

12              (DFT. EXH. 1, Curriculum Vitae, was

13              marked for identification.)

14              (Off-the-record conference.)

15    BY MR. SICILIANO:

16          Q.    Doctor, I'm going to hand you what has

17    been marked as Defendant's Exhibit Griesemer 1 and

18    ask you to identify that for the record, please.

19    (Tendering)

20          A.    It looks like a copy of my current CV.

21          Q.    And I'm just going to go over parts of

22    it with you.  Why don't you just briefly tell us

23    about your educational history and then your

24    professional history after med school.

25          A.    All right.  I received my undergraduate


A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO


13

DAVID A. GRIESEMER - EX. BY MR. SICILIANO

1    degree in human biology from Johns Hopkins in 1973.

2    I received my MD from Hopkins in 1976.  I remained

3    there for two years as an intern and resident in

4    pediatrics.

5              At that point, I interrupted my formal

6    studies and took a position with the U.S. Public

7    Health Service.  I spent four years in Northern

8    Arizona on the Navaho and Hopi Indian Reservation

9    as a general medical officer, delivered babies, set

10   fractures, taking care of myocardial infarctions.

11             After four years, I decided to continue

12   my training, and I went to the University of

13   Michigan where I did three years of training in

14   neurology, making me board eligible in neurology

15    with special competence in child neurology.

16              From there, I returned to Northern

17    Arizona and established a private practice in

18    Prescott where I worked for four years.  After that

19    experience, I moved to Tucson and, in Tucson, took

20    a position on the faculty of the University of

21    Arizona.  So that was the beginning of my academic

22    career, and I believe that was in 1990.

23              In 1993, I moved from the University of

24    Arizona to the Medical University of South

25    Carolina, and I've been here since then, starting

A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO

14

DAVID A. GRIESEMER - EX. BY MR. SICILIANO

1    as an assistant professor, moving up to associate

2    professor, then associate professor with tenure and

3    then a full professor.  I became chairman of the

4    department in 2000.

5         Q.    Looking at your CV, it appears that you

6    have a specialty in -- is it pediatric neurology?

7         A.    Yes.

8         Q.    Are the patients that you treat in the

9    clinics that you run or participate in more focused

10   on children?

11        A.    Yes, they are.

12        Q.    Do you treat adults?

13        A.    Yes.

14          Q.    How often do you treat adults?

15          A.    It -- it depends on the circumstances.

16    Sometimes I will follow adults with epilepsy in my

17    clinics.  When I'm supervising residents in their

18    continuity clinic, I'm responsible for evaluating

19    and treating adult patients.  When I do outreach

20    into the developmental centers throughout the

21    state, those are patients of all ages, but, because

22    of their profound handicap, are most comfortably

23    cared for by pediatric neurologists.

24              Typically, adult neurologists like to

25    be able to talk to their patients, and so the

A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO

15

DAVID A. GRIESEMER - EX. BY MR. SICILIANO

1     pediatric neurologist oftentimes has some special

2     skills in dealing with noncommunicative patients.

3     So the majority of my patients are pediatric

4     neurology patients, but I certainly teach and

5     supervise the care of adult patients as well.

6          Q.    You have, according to your CV, written

7     articles, given speeches and done -- and done some

8     publications in the electronic media.  Have you

9     ever written any article concerning acute

10    disseminated encephalomyelitis?

11          A.    No.

12          Q.    Have you ever studied -- and I'm just

13    going to refer to this as -- ADEM?

14        A.   In terms of a scientific study or a

15    patient-related study, no.

16        Q.   What's your familiarity with ADEM in

17    your practice?

18        A.   My familiarity with it is as a disorder

19    that I diagnose and see in my patients from time to

20    time.  ADEM is something that is more commonly seen

21    in children than in adults, so pediatric

22    neurologists tend to have perhaps a greater

23    familiarity with it than adult neurologists have.

24            I would say I have no particular

25    expertise concerning ADEM that exceeds that of any


A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO

DAVID A. GRIESEMER - EX. BY MR. SICILIANO

1    good neurologist with a broad exposure to clinical

2    disorders.

3        Q.   Are you associated with any expert

4    groups at all?

5        A.   I have allowed my name to be listed

6    with Park Dietz Associates.

7        Q.   Spell that for me.

8        A.   Park is P-A-R-K, Dietz is D-I-E-T-Z,

9    Associates.  Dr. Dietz is a psychiatrist who was a

10    friend of mine in medical school, and he has

11    assembled a consultative team of people involved in

12    primarily criminal forensic matters.  And while his

13    group is primarily weighted towards psychiatrists

14    and psychologists, I agree, from time to time, to

15    serve as a neurologic consultant for that group.

16         Q.   Where are they located?

17         A.   California.

18         Q.   How often do you receive referrals from

19    the Park Dietz Associates?

20         A.   Probably once a year.  I tend to

21    decline more referrals than I accept simply because

22    of other demands on my time.

23         Q.   And you indicated that that's primarily

24    criminal?

25         A.   Yes.


A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO

                                                17

          DAVID A. GRIESEMER - EX. BY MR. SICILIANO

1         Q.   Defense related?

2         A.   In the two cases I'm thinking of, I've

3    been retained by the prosecution or the U. S.

4    Attorney's office.

5         Q.   I see that you have some publications

6    on your CV that are listed as peer review journals

7    and some that are non-peer reviewed publications.

8    Could you explain the differences there?

9         A.   Peer reviewed articles tend to be

10   original scientific works that are submitted to a

11    journal and sent out for review by experts in the

12    field, and, based upon the reviewers' comments, the

13    editors decide whether or not to accept or deny

14    publication of the journal article.

15            Non-peer reviewed articles can be of

16    varied nature, but, for the most part, they're

17    articles that are prepared at the request of an

18    editor, and the review is done by the editor

19    himself or herself before they're brought into

20    publication.  Typically, those are review articles

21    or summary articles rather than original research.

22        Q.   And I think you've already testified to

23    this, but let's make sure that none of the articles

24    and none of the publications that you've

25    participated in or written involve ADEM?


A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO

18

     DAVID A. GRIESEMER - EX. BY MR. SICILIANO

1        A.   I believe that's correct.

2        Q.   Tell me how you got involved in

3    consulting on this particular case involving Luann

4    Parker.

5        A.   I received a call from Mr. Namei and

6    that was followed with a letter of February 15th,

7    2002.

8            MR. NAMEI:  I think what I did was sent

9    him the Complaint, which is, you know, pretty

10    detailed about the medical history.

11         THE WITNESS:  Right, I have a fax from

12    him dated February 14th with the Complaint.  And

13    the following day, apparently he sent me these

14    medical records. (Indicating)

15         MR. NAMEI:  I have no problem if you

16    want to see that, those things.  There is nothing

17    confidential in it.

18         MR. SICILIANO:  Let's take a moment

19    just to take a quick look.

20         THE WITNESS:  Okay. (Tendering)

21         MR. SICILIANO:  I might mark a couple

22    of these, this one here. (Tendering)

23         MR. NAMEI:  That's a work product; you

24    can't mark that.

25         MR. SICILIANO:  You don't want me to


A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO

                                                    19

          DAVID A. GRIESEMER - EX. BY MR. SICILIANO

1    look at that?  Well, if he relied on it, I get to

2    ask him about it.

3         MR. NAMEI:  Okay, that's fine.  I don't

4    see this as any problem.  Here, you want a copy?

5    You want to mark it?  Go ahead.

6         MR. SICILIANO:  I'm just going to go

7    ahead and mark it, and then what we'll do is, maybe

8    after the deposition, you can send me a copy of

9    this or maybe we'll leave it with you.

10            MR. NAMEI:  Yes, we can attach it as

11   exhibit 2.

12            MR. SICILIANO:  That's fine.

13            (DFT. EXH. 2, Typewritten Notes, was

14         marked for identification.)

15            (Off-the-record conference.)

16   BY MR. SICILIANO:

17        Q.   Doctor, I'm going to hand you what has

18   been marked as Defendant's Exhibit 2, and please

19   identify that for the record. (Tendering)

20        A.   These are notes that I prepared for

21   myself summarizing the medical records after I

22   initially reviewed them.

23        Q.   Now, did you prepare those or did

24   Mr. Namei or someone in his office?

25        A.   No, these are my notes prepared on my


A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO

                                                    20
        DAVID A. GRIESEMER - EX. BY MR. SICILIANO

1    laptop.

2         Q.   After reviewing medical records?

3         A.   Yes, after reviewing these three

4    volumes of medical records. (Indicating)

5         Q.   And for the record, the medical records

6    that you reviewed are contained in volumes one, two

7    and three, which are notebooks entitled Luann

8    Parker, Petitioner versus Secretary of Health and

9    Human Services, Respondent?

10              MR. NAMEI:  Yes.

11   BY MR. SICILIANO:

12         Q.   Is that correct, Doctor?

13         A.   Yes.

14         Q.   And there are three volumes of medical

15   records; is that correct?

16         A.   Yes.

17         Q.   And those medical records were sent to

18   you by Mr. Namei's office?

19         A.   Correct.

20         Q.   And did you review these medical

21   records?

22         A.   Yes.

23         Q.   And from those medical records, you

24   prepared a summary, which is Plaintiff's -- or

25   Defendant's Exhibit 2?


A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO

                                              21

       DAVID A. GRIESEMER - EX. BY MR. SICILIANO

1          A.   I wouldn't pretend that this is a

2    comprehensive summary.  These are just my notes to

3    jog my memory about the records.

4          Q.   Did you ever examine Luann Parker?

5          A.   No.

6          Q.   Have you ever spoken to her?

7      A.   No.

8      Q.   Did you ever review any original

9  diagnostic testing?

10     A.   No.

11     Q.   So it's correct to say that you didn't

12  review the original MRIs or CT scans or any of the

13  other diagnostic tests?

14     A.   Not to date, no.

15     Q.   Why don't you tell me, what is acute

16  disseminated encephalomyelitis, which we've been

17  calling ADEM?

18     A.   It's a disorder that involves

19  demyelination in regions of the brain.  It is a

20  disorder that is typically monophasic, meaning it's

21  got one phase to it, in distinction to a disorder

22  like multiple sclerosis that also involves

23  demyelination of the brain but has multiple

24  recurrent phases to it.

25          ADEM is typically a disorder that

A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO

22

DAVID A. GRIESEMER - EX. BY MR. SICILIANO

1  follows a viral infection or a vaccination.  It

2  begins days to perhaps a week after the vaccination

3  or near the end of the viral infection.  Because

4  different parts of the brain can be involved, the

5  clinical manifestations of the disorder are quite

6    varied.

7            Oftentimes, there is an involvement of

8    balance or coordination.  There may be involvement

9    of alertness, coherence in thinking.  There may be

10   focal neurologic signs such as numbness or

11   weakness.  In a small percentage of cases, the

12   involvement may include the spinal cord, so there

13   may be disorders of extremity function or bladder

14   function related to spinal cord involvement.

15           It's a disorder that is diagnosed on

16   the basis of a clinical picture consistent with the

17   pathophysiology.  It's also a diagnosis that is

18   usually not made until other items that may

19   resemble it have been satisfactorily ruled out.

20   Those other items may include an infectious

21   encephalitis, may include vasculitis, may include

22   multiple sclerosis, may include multiple strokes.

23           So typically, the diagnosis is one that

24   is arrived at after a fairly comprehensive look at

25   the patient and after a thoughtful reflection on


A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO


                                                    23

         DAVID A. GRIESEMER - EX. BY MR. SICILIANO

1    the patient's clinical course.

2            Q.   And you have, in the past, diagnosed

3    ADEM --

4            A.   Yes.

5       Q.   -- in your patients?  And you said that

6   it's mostly seen in children.

7       A.   More often in children than in adults.

8       Q.   Why is that?

9       A.   Probably relates to the fact that

10   children may be more susceptible to viral illnesses

11   and get them more frequently.  It's certainly the

12   case that they're exposed to more vaccinations than

13   adults.

14       Q.   What kind of viral illnesses cause

15   ADEM?

16       A.   There's a wide list of viral types that

17   can cause it.  The response is thought to be an

18   autoimmune response where the body responds to an

19   infection, sometimes mistaking its own tissues for

20   the virus to be destroyed, so it's not specific to

21   a particular virus type.

22       Q.   Let me go back to what you have

23   reviewed prior to preparing your opinion in this

24   case.  You've indicated you reviewed the three

25   volumes of Mrs. Parker's medical records?


A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO

                                                  24

        DAVID A. GRIESEMER - EX. BY MR. SICILIANO

1       A.   Yes.

2       Q.   Did you review anything else?

3       A.   No, not specifically.  I did bring with

4    me two references that are -- are current

5    authoritative sources that look at both the

6    clinical aspect of ADEM and the neuroradiologic

7    aspect of ADEM, but I've not reviewed any specific

8    scientific studies or other literature.

9         Q.   Now, you indicated that -- and maybe

10   I'm interpreting this, but tell me if I'm correct

11   here -- that it's -- this diagnosis is essentially

12   one of exclusion, you rule out certain other

13   diagnoses before you get to ADEM; is that --

14        A.   Well, I agree and disagree with that

15   statement.  It is true that, to responsibly make

16   that diagnosis, you need to rule out things that

17   mimic it and that is the process of going through

18   differential diagnosis, but it's also true that

19   there needs to be a certain evolution of events, a

20   certain clinical appearance, certain timing of

21   events that is -- is consistent with ADEM.

22             What it lacks is a single laboratory

23   test that is confirmatory that makes it possible

24   for us to easily diagnose it with certainty and to

25   the exclusion of other disorders.


A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO


                                                    25

          DAVID A. GRIESEMER - EX. BY MR. SICILIANO

1         Q.   So tell me, how do you -- how would you

2    go about diagnosing ADEM in a patient?

3          A.   Well, the first issue is to look at the

4     clinical course of the patient, what has been the

5     spectrum and timing of symptoms that unfold.  While

6     some cases of ADEM may have just a very particular

7     symptom and that one symptom only, most cases tend

8     to involve a variety of symptoms.

9               For example, in Mrs. Parker's case,

10    there were symptoms of unsteadiness or ataxia,

11    symptoms of confusion, symptoms of apraxia, being

12    unable to do common tasks with which she'd

13    previously been familiar, symptoms of sensory

14    impairment, sensories of weakness -- symptoms of

15    weakness.

16              The multifocal or multifaceted nature

17    of the symptoms suggests first that there's a

18    process that involves more than one particular area

19    of the brain, so that tends to suggest a disorder

20    like ADEM as opposed to a disorder like stroke that

21    may involve just one particular area.

22              Once characteristic clinical profile is

23    observed, there is a search for appropriate

24    clinical antecedents, had there been a previous

25    viral illness, had there been a previous exposure


A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO


26

DAVID A. GRIESEMER - EX. BY MR. SICILIANO

1     to a vaccine, which occurs in the majority of the

2    cases but doesn't occur in all cases.

3              And then the final step is to exclude

4    those disorders that I've previously mentioned that

5    could masquerade as ADEM.

6         Q.   Now, how do you go about excluding the

7    infectious encephalopathy --

8         A.   Well --

9         Q.   -- or infectious encephalitis?

10        A.   Right.  The easiest way to address that

11   is by looking at spinal fluid through a spinal tap

12   to determine whether there are any inflammatory

13   cells or abnormal chemistries in the cerebral

14   spinal fluid that may indicate infection.  That was

15   done in Mrs. Parker's case, and there was no clear

16   evidence of inflammation or infection based upon

17   the spinal fluid.

18             Looking at other disorders like

19   multiple sclerosis, her physicians looked at other

20   factors in the spinal fluid looking specifically

21   for something called oligoclonal bands that are

22   abnormal proteins often seen in the spinal fluid

23   with multiple sclerosis and that was not seen.

24             Another item I believe I mentioned was

25   vasculitis or an inflammation of blood vessels, so


A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO

DAVID A. GRIESEMER - EX. BY MR. SICILIANO

1    there are ways to screen for that, first looking

2    for things like an elevated sedimentation rate that

3    might suggest an inflammatory process.  Mrs. Parker

4    did not have that.

5              I believe, two months after her initial

6    presentation, her physicians at the Cleveland

7    Clinic proceeded to do an angiogram, looking

8    specifically for evidence of an inflammatory

9    vasculitis, and they did not find that.

10             I talked a little bit earlier about

11   multiple sclerosis which, by definition, involves

12   not only multiple regions of the brain but is a

13   disorder that occurs at multiple points in time.

14   And so the clinical course, Mrs. Parker revealed

15   nothing similar to this before and, to the best of

16   my knowledge, has received -- revealed nothing

17   similar to that subsequently.

18             The records that I have suggest that

19   she had an illness that progressed to a point of

20   considerable severity and then gradually improved,

21   giving us the temporal characteristics of a

22   monophasic illness consistent with ADEM.

23        Q.   For folks that have ADEM, do they

24   normally recover?

25        A.   The recovery is often good but also

A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO

DAVID A. GRIESEMER - EX. BY MR. SICILIANO

1    often incomplete.  In my experience, just

2    estimating, I would say that patients recover 80 to

3    90 percent of their previous ability.  And these

4    may be motor abilities, they may be cognitive

5    abilities.

6         Q.   And have you examined anything in the

7    recent medical records of Ms. Parker that gives you

8    any idea of the kind of recovery she has undergone?

9         A.   I don't feel I have current records at

10   the moment that would let me answer that question

11   well.

12        Q.   Have you ever treated any patient where

13   you believed the ADEM was caused by some kind of

14   vaccine?

15        A.   Yes.

16        Q.   What kind of vaccines?

17        A.   I think, in the pediatric population,

18   it would be DPT or MMR vaccines.

19        Q.   Have you ever treated any patient who

20   you believed developed ADEM as a result of

21   receiving an influenza vaccine?

22        A.   I don't believe so.  I would find that

23   a relatively uncommon occurrence.

24        Q.   Why do you say that?

25        A.   Well, first because I haven't seen it,

29

DAVID A. GRIESEMER - EX. BY MR. SICILIANO

1    and second, it doesn't happen commonly enough that

2    it dissuades people from using the vaccine.

3         Q.   Are you aware of any epidemiological

4    study that has linked influenza vaccine and ADEM in

5    a causal relationship?

6         A.   No, but an epidemiological study that

7    would establish causation for an infrequent

8    occurrence would require an extraordinarily large

9    number of patients to be extensive enough to

10   identify the effect.

11        Q.   You're not an epidemiologist?

12        A.   No.

13        Q.   I'm trying to understand on what basis

14   you have come up with an opinion that Ms. Parker's

15   ADM -- ADEM was caused by an influenza vaccine, so

16   that -- let me walk you through that.  You've never

17   treated anyone with ADEM where you have diagnosed

18   it following an influenza vaccine?

19        A.   That's correct.

20        Q.   And you have -- have you?

21        MR. NAMEI:  Excuse me, I don't want to

22   object, but are you assuming that the ADEM that is

23   caused by the influenza vaccine would be different

24   from ADEM that may be caused by, you know, some

25   other problem?

30

DAVID A. GRIESEMER - EX. BY MR. SICILIANO

1           MR. SICILIANO:  No, no, I --

2           MR. NAMEI:  Oh, okay.

3           MR. SICILIANO:  -- I'm just asking --

4      I'm trying to understand the basis for

5      Dr. Griesemer's opinion --

6           MR. NAMEI:  Okay.

7           MR. SICILIANO:  -- so I want him to

8      walk me through this.

9      BY MR. SICILIANO:

10          Q.   You're not aware of any epidemiological

11     study in peer reviewed medical literature that has

12     ever indicated that there's a cause and effect

13     relationship between influenza vaccine and ADEM?

14          A.   That's correct.

15          Q.   What is the basis for your opinion in

16     this case that Ms. Parker developed ADEM following

17     the influenza vaccine?

18          A.   Well, first, we have evidence that she

19     received an influenza vaccine.  Second, we have

20     evidence of symptoms heralding ADEM that begin two

21     days later.  Third, we have a characteristic

22     clinical course of ADEM.  Fourth, we have clinical

23     experience that says, in most cases, ADEM follows

24     viral illness or vaccination.  And finally, we have

25     no evidence of alternative viral illness or

A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO

31

DAVID A. GRIESEMER - EX. BY MR. SICILIANO

1    alternative vaccination in temporal proximity to

2    her symptoms.

3         Q.   Are there etiopathic causes for ADEM?

4         A.   There are some cases in which the cause

5    is not easily identifiable, yes.

6         Q.   And have you treated either adults or

7    children with ADEM when you did not know what

8    caused the ADEM in that patient?

9         A.   I have.  So the question at hand is,

10   given the fact that she had an immunization and the

11   fact that she had ADEM, I can draw one of two

12   conclusions:  I can conclude that there is no

13   relationship whatsoever between these two events,

14   or I can conclude that there is a relationship

15   between these two events.  And based upon the

16   preponderance of medical literature and my

17   experience, I believe that it's more likely than

18   not that they are related.

19        Q.   Okay, I want to go and explore the

20   preponderance of medical literature.

21        A.   All right.

22        Q.   Tell me what there -- what exists in

23   the medical literature that leads you to the

24   conclusion or the opinion in this case that the

25   influenza vaccine that she received caused her to

A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO

32

DAVID A. GRIESEMER - EX. BY MR. SICILIANO

1   develop ADEM.

2        A.   As I indicated earlier, I have not

3   reviewed any of the early scientific studies

4   concerning ADEM.  What I'm reflecting is the

5   current standard of clinical practice.  Any --

6        Q.   Tell me, what's that?  I don't know

7   what that is.

8        A.   What that means is, in the teaching

9   about ADEM, it is taught to neurologists and

10  neuroradiologists that immunizations can be a cause

11  for ADEM and that influenza immunization is among

12  those causes.

13       Q.   I understand that's what's being

14  taught.  I'm trying to explore what's the basis for

15  that.

16       A.   Most likely clinical experience.

17       Q.   All right.  Would you agree that, in

18  order to prove a cause and effect relationship

19  between any antigen and a disease, that you need

20  some epidemiological proof that supports that

21  relationship?

22       A.   Well, there are different types of

23  proof.  There is scientific evidence that comes

24  from pathological specimens, tissue that's been

25    biopsied.  There is epidemiologic evidence that

A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO

                                                    33
            DAVID A. GRIESEMER - EX. BY MR. SICILIANO
1    makes it statistically probable that there's a

2    cause and effect relationship.

3              While both of those types of evidence

4    push us to a 95 to 97 percent certainty of cause

5    and effect relationship, neither of those are

6    presently available in this case.  There is a

7    different standard for scientific proof than there

8    is for clinical proof than there is for

9    medical/legal proof, and to confuse the standards

10   is a little disingenuous.

11             You know, clinically, we make a cause

12   and effect relationship where it seems probable and

13   clinically appropriate.  That's what the physicians

14   at the Cleveland Clinic did in caring for

15   Mrs. Parker.  In reviewing the records and their

16   notes, I concur that that's an appropriate

17   conclusion to draw.

18             Now, I admit that that does not adhere

19   to the level of scientific proof that I would

20   submit to a peer reviewed journal for publication,

21   but I also assert that it exceeds the level of

22   proof necessary in a medical/legal setting.

23             Q.   Why do you say that?

24          A.   Because I think that the medical/legal

25     standard is more likely than not, and I think the


A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO

                                                        34

            DAVID A. GRIESEMER - EX. BY MR. SICILIANO

1     clinical standard that we've seen in this

2     particular case is very probably the case.

3          Q.   Do you have any appreciation for how

4     many influenza vaccines over the last 25 years have

5     been administered to both children and adults?  In

6     the United States, let's state.

7          A.   I would assume that it's an

8     extraordinary number.

9          Q.   And are you aware that, at least since

10     1976, that governmental agencies like the CDC have

11     engaged in surveillance of adverse effects from or

12     allegedly from influenza vaccines?

13          A.   And I would assume that to be the case.

14          Q.   And with all of those assumptions,

15     you're not aware that any -- there has been any

16     medical epidemiological evidence that influenza

17     vaccine, which has been studied for a long time and

18     given to millions and millions of people, has been

19     associated in a cause and effect relationship with

20     ADEM?

21          A.   I'm not aware that any of that has been

22     published; however, that fact does not change the

23    observation that Mrs. Parker received a vaccine,

24    nor does it change the observation that she had an

25    episode of ADEM.


A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO

35

DAVID A. GRIESEMER - EX. BY MR. SICILIANO

1         Q.   Is it fair to say that the basis for

2    your opinion in this case that the influenza

3    vaccine that she received caused her ADEM is the

4    temporal relationship between her receiving the

5    vaccine and her development, in your opinion, of

6    symptoms of ADEM?

7         A.   I believe that's an important factor.

8    I think the other factor is the knowledge and

9    understanding that ADEM, as a clinical disease, is

10   typically triggered by a viral illness or a

11   vaccination.  So there's more than just a temporal

12   relationship or coincidence; there is in fact the

13   need for there to be some inciting event.  And, in

14   the absence of alternative triggers, the

15   vaccination seems the most likely inciting event.

16        Q.   How, in your opinion, does influenza

17   vaccine trigger ADEM?

18        A.   I don't have the knowledge of an

19   immunologist, but my understanding is that a

20   vaccine or a component of the vaccine may trigger

21   perturbations in T cell function, perhaps

22  suppressing the subpopulation of T lymphocytes that

23  quiet or control the immune response.

24          And when those T cells are suppressed,

25  the more aggressive T cells that remain can

A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO

                                                    36

        DAVID A. GRIESEMER - EX. BY MR. SICILIANO

1   initiate the immunological response.  I would have

2   to defer to an immunologist who works on a daily

3   basis with what the triggers are for the

4   immunological reaction.

5           Q.   Do all vaccines act alike?

6           A.   In what regard?

7           Q.   In the kind of reactions that a human

8   would have.  For example, we've already agreed that

9   there are -- there are no epidemiological studies

10  linking influenza vaccine to ADEM.  I assume that

11  you believe that there are -- there is evidence in

12  the literature that other vaccines may cause ADEM.

13          A.   I'm not aware that there's

14  epidemiologic evidence in the literature.

15  Epidemiology is a very useful tool that links

16  causative factors with outcomes, but in order for

17  it to have sufficient power to demonstrate a

18  response, there have to be a sufficient number of

19  cases surveyed.  I am not an epidemiologist, but

20  epidemiologic studies are just one of several

21    approaches to establishing cause and effect

22    relationships.

23              MR. NAMEI:  Can we take a break?

24              MR. SICILIANO:  Sure.

25              (A recess transpired.)


         A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO

                                                    37

              DAVID A. GRIESEMER - EX. BY MR. SICILIANO

1              (DFT. EXH. 3, Affidavit, was marked for

2                 identification.)

3    BY MR. SICILIANO:

4        Q.   Doctor, I'm handing you what has been

5    marked as Defendant's Exhibit 3. (Tendering)  Can

6    you identify that for the record?

7        A.   This appears to be my Affidavit with

8    opinions concerning this case.

9        Q.   I want to go over this with you.  How

10   was this prepared?

11       A.   I believe the initial draft was

12   prepared by Mr. Namei's office in response to

13   feedback I had given him after reviewing the

14   records.  I had the opportunity to review it.  I

15   believe there were some minor changes made before I

16   signed it.

17       Q.   I want to go over some portions of

18   Defendant's Exhibit 3 with you --

19       A.   Certainly.

20      Q.   -- beginning with number --

21           MR. NAMEI:  Do you have an extra copy?

22           MR. SICILIANO:  Sure.

23           MR. NAMEI:  Thanks.

24           MR. SICILIANO:  I'm sorry. (Tendering)

25   BY MR. SICILIANO:


A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO

                                              38

          DAVID A. GRIESEMER - EX. BY MR. SICILIANO

1       Q.   Numbered paragraph 5, 5b, it says,

2    Ms. Parker was free of neurological illness or

3    impairment prior to October 12th, 1998.  What's the

4    basis for that statement?

5       A.   Based first on past medical history at

6    the time she was admitted to the hospital, based

7    second upon her level of function as a teacher

8    prior to developing this illness.  I think those

9    are primarily the two sources.

10      Q.   Did you review any medical records of

11   her medical history prior to October of 1998?

12      A.   Yes, I believe I did have medical

13   records.  There's -- in the medical records, she

14   has a history of high blood pressure dating back to

15   1986, a history of diabetes dating back to 1993 --

16   did I say 1986?

17           THE COURT REPORTER:  Yes.

18           THE WITNESS:  Okay.  She had been

19    treated for migraine headaches, and she had

20    problems with increased weight.  So there was clear

21    documentation of problems in her medical history,

22    but there was no documentation of neurological

23    problems.

24    BY MR. SICILIANO:

25        Q.   Can diabetes lead to neurological


A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO

                                                      39

        DAVID A. GRIESEMER - EX. BY MR. SICILIANO

1    problems?

2        A.   It can, yes.

3        Q.   Are migraine headaches some evidence of

4    a neurological problem?

5        A.   Migraine headaches are evidence of

6    neurologic dysfunction.  It wouldn't typically

7    cause the kind of impairment that she had.  And we

8    did have record of a normal CT scan done back in

9    1993 as part of a workup for her migraines.

10        Q.   The other subparts contained in

11    paragraph 5, did you obtain those facts from your

12    analysis of the medical records?

13        A.   I believe most of these are derived

14    from either my notes or points that were made in

15    the initial Complaint that are documented in the

16    medical record.

17        Q.   Of these, what would you say are the

18    most important facts that lead you to the diagnosis

19    in this case of ADEM in Ms. Parker?

20         A.   Well, one important fact is the

21    progressive evolution of symptoms over time.

22    Another important fact is the variety of

23    symptomatology that complicates involvement of

24    different parts of the central nervous system

25    rather than one part.


      A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO

                                                    40

            DAVID A. GRIESEMER - EX. BY MR. SICILIANO

 1         Q.   What does that mean?  Tell me what that

 2    means.

 3         A.   Well, for example, she had difficulty

 4    with balance and her walking.  That would involve a

 5    different part of the nervous system than the

 6    region causing her sense of numbness or her left

 7    arm weakness.  It's important, in looking at her

 8    case and in making a diagnosis of ADEM, that she

 9    has a diffuse or multifocal involvement of the

10    brain.  That makes it less likely that we're

11    dealing with something localized to one region such

12    as a brain tumor or a stroke.

13              The multifocal nature of the problem is

14    consistent with ADEM.  That's borne out, too, with

15    some of the neuroimaging studies that demonstrate a

16    variety of irregularities or abnormalities

17    involving different areas.

18         Q.   What would you typically expect to see

19    in an MRI or other imaging studies in patients who

20    are suffering from ADEM?

21         A.   Typically, one sees multiple areas of

22    abnormal signal in the white matter region.  It

23    tends to occur in regions right around draining

24    veins in the brain.  It's somewhat different than

25    the pattern in multiple sclerosis where the white


A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO


41

DAVID A. GRIESEMER - EX. BY MR. SICILIANO

1    matter abnormalities are right adjacent to the

2    ventricles or the spinal fluid flow regions.

3              The abnormalities appear to be of a

4    couple types.  There are abnormalities that are

5    indicative of demyelination, and there are

6    abnormalities indicative of breakdown of

7    blood-brain barrier.  And you may see both types of

8    abnormalities, the -- the latter suggested by the

9    presence of enhancement when gadolinium is given.

10             Not all cases of ADEM, however, have

11    evidence of abnormal neuroimaging, particularly

12    those that involve ataxia or coordination problems.

13    Primarily, they are less likely to show

14    neuroimaging abnormalities.

15             Q.   I take it you reviewed the imaging

16    studies for Ms. Parker.

17         A.    I reviewed the reports of the imaging

18    studies.  Before I would testify in a trial

19    setting, I would insist on reviewing the films

20    themselves.

21         Q.    Is there anything -- and maybe what

22    I'll do is I'll go over that with you, the imaging

23    reports, but is there anything in the imaging

24    studies that you recall now that seems to prove or

25    suggest to you that this isn't ADEM?


A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO

          DAVID A. GRIESEMER - EX. BY MR. SICILIANO

1          A.    Yes, there appeared to be what were

2    described as multiple nodules of abnormal signal in

3    the white matter of the centrum semiovale, and I

4    think those findings are consistent with ADEM.

5    There is a report -- I believe it was in

6    December -- of an area of abnormality involving the

7    frontal lobe that had some element of hemorrhage

8    involved in that.  That is somewhat atypical for

9    ADEM.

10              There's a -- there's a related entity

11    called acute hemorrhagic leukoencephalitis that's

12    often considered a more severe form of ADEM in

13    which case you see a small degree of hemorrhage.

14    It's unclear to me whether or not that frontal lobe

15   abnormality seen in December is a manifestation of

16   this more severe cousin of ADEM or not.

17          I don't think it's prudent to look at

18   just imaging studies and, on imaging studies alone,

19   say that this is ADEM or this is not ADEM.

20   Radiologists typically say, this is consistent with

21   the clinical picture of ADEM or it's inconsistent

22   with it, but, like in all things, we consider the

23   neuroimaging along with the laboratory evidence

24   along with the clinical course to arrive at a

25   clinical diagnosis.


A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO

43

DAVID A. GRIESEMER - EX. BY MR. SICILIANO

1          Q.   Have you ever diagnosed ADEM where you

2    found no evidence of ADEM in the neuroimaging

3    studies?

4          A.   I don't have a recollection of

5    personally having completely normal imaging, but

6    that may be an issue of timing as well, but, no, I

7    think in -- in my experience, most of the studies

8    have been abnormal.

9          Q.   And that's part of your analysis when

10   doing your differential diagnosis, is to review and

11   analyze neuroimaging studies to determine whether

12   they are consistent with this diagnosis?

13         A.   That's part of the picture, yes.

14          Q.   In addition to the clinical picture

15   that you also are reviewing in connection with

16   making your diagnosis?

17          A.   Right.

18          Q.   Is there anything else that you

19   reviewed in making the diagnosis of ADEM?

20          A.   Other than the clinical course --

21          Q.   Clinical and --

22          A.   -- the laboratory studies and the

23   neuroimaging?

24          Q.   Right.

25          A.   No, that pretty much encompasses my


A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO

44
             DAVID A. GRIESEMER - EX. BY MR. SICILIANO

1    practice of neurology.

2           Q.   I'm going to again refer to Defendant's

3    Exhibit 3 and ask you to -- I'll refer you to

4    paragraph 6 of the Affidavit, which is your

5    opinion.

6           A.   Yes.

7           Q.   And why don't you read that for the

8    record and then tell me what the basis of your

9    opinion is.  I think you've said it, but let's go

10   ahead and say that again.

11          A.   Paragraph 6:  Based upon my review of

12   Luann Parker's records, I state that, within a

13    reasonable degree of medical and scientific

14    certainty, her symptoms associated with ADEM (Acute

15    disseminated encephalomyelitis) were caused by her

16    vaccine received in October of 1998.  Furthermore,

17    additional symptoms associated with steroid

18    treatment of ADEM represent secondary effects

19    following the vaccination.

20         Q.   Tell me the basis for that opinion.

21         A.   As you said, we've already covered this

22    in a sense.  The basis for my opinion is that she

23    had a clinical course that is consistent with ADEM,

24    she had laboratory studies that were consistent,

25    she had no --


A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO

                                                    45

          DAVID A. GRIESEMER - EX. BY MR. SICILIANO

1         Q.   Can I stop you there?

2         A.   Yes.

3         Q.   Tell me what laboratory studies were

4    consistent with ADEM.

5         A.   We talked earlier about the spinal

6    fluid studies that did not show evidence of an

7    infectious encephalitis.  We talked earlier about

8    immunological studies that -- like sed rate -- that

9    ruled out vasculitis, a whole host of other

10    laboratory studies done in looking for vasculitis,

11    looking for stroke.  We discussed earlier the

12    normal angiography ruling out vasculitis as well.

13    So many of the studies that are consistent with

14    ADEM are consistent because they have successfully

15    ruled out other -- other diagnoses.

16         We've also talked about the probability

17    that ADEM occurs specific -- occurs following a

18    specific trigger, a viral infection or vaccination,

19    and we've established that an influenza vaccination

20    was given two days before the onset of her

21    symptoms.  So, to the best of my recollection,

22    that's the basis for my opinion.

23         Q.    We haven't talked about the second part

24    of your opinion concerning the additional symptoms

25    associated with steroid treatment.


A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO

DAVID A. GRIESEMER - EX. BY MR. SICILIANO

1         A.    Yes.

2         Q.    Can you explain what you mean by that?

3         A.    It is not clear how best to treat ADEM;

4    it's a difficult and challenging disorder.  Because

5    it has some similarities with multiple sclerosis,

6    some physicians reasonably conclude that treating

7    with high-dose steroids may be an effective way to

8    mitigate some of the symptoms.

9         So Mrs. Parker's treating physicians

10    made a decision to treat her with steroids because

11    they were concerned about her clinical condition.

12    What they found was that she developed a new set of

13    symptoms while on steroid therapy that basically

14    had to do with confusion, disorientation, basically

15    psychiatric-like symptoms.

16            Now, it's certainly the case that such

17    symptoms may occur directly as the result of ADEM,

18    although that's quite uncommon.  It's also the case

19    that such symptoms can occur as a consequence of

20    steroid therapy, which her physicians felt was

21    indicated in her case.  So I was not prepared to

22    conclude that her additional symptoms were directly

23    referable to the ADEM but may have been caused by

24    an intermediary of the requisite treatment.

25        Q.   So I understand this, some of her

A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO

47

DAVID A. GRIESEMER - EX. BY MR. SICILIANO

1    psychosis-like symptoms you're not saying were

2    directly caused by ADEM but perhaps caused by the

3    treatment that she received for the ADEM?

4        A.   That's right.  I don't have a way to

5    convincingly distinguish between those two.

6        Q.   Does ADEM, is that -- is it a

7    consequence of ADEM that someone will develop a

8    psychosis?

9        A.   It can be, but it's uncommon.

10              (DFT. EXH. 4, FluzonePackage Insert,

11          was marked for identification.)

12   BY MR. SICILIANO:

13       Q.   Doctor, you have been provided with

14   what has been marked as Defendant's Exhibit 4.  Can

15   you identify that for the record?

16       A.   This is labeled, Influenza Virus

17   Vaccine USP Trivalent Types A and B marketed under

18   the name Fluzone, and it appears to be an

19   FDA-approved package insert for the immunization.

20       Q.   For the vaccine --

21       A.   Yes.

22       Q.   -- that was administered to Luann

23   Parker?

24       A.   I only note that it says 1998-1999

25   formula and that was the time when she received the

A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO

                                                48
        DAVID A. GRIESEMER - EX. BY MR. SICILIANO

1    vaccine.

2        Q.   You've indicated that you've prescribed

3    or recommended influenza vaccine before?

4        A.   That's correct.

5        Q.   Have you ever read the package insert

6    for influenza vaccine?

7        A.   I'm sure, at one time, I have read it,

8    yes.

9          Q.    I just want to call your attention to

10    the section on adverse reactions and specifically

11    call your attention to a paragraph on page 6 of

12    this package insert.

13          A.    Yes.

14          Q.    The fourth paragraph down, beginning

15    with, neurological disorders.

16          A.    Yes.

17          Q.    Could you read that paragraph for the

18    record, please?

19          A.    Yes.  It says, neurological disorders

20    temporally associated with influenza vaccination

21    such as encephalopathy optic neuritis, partial

22    facial paralysis and brachial plexus neuropathy

23    have been reported; however, no cause and effect

24    has been established.  Almost all persons affected

25    were adults, and the described clinical reactions


A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO


                                             49

          DAVID A. GRIESEMER - EX. BY MR. SICILIANO

1    began as soon as a few hours and as late as two

2    weeks after vaccination.  Full recovery was almost

3    always reported.

4          Q.    Doctor, do you consider that statement

5    an accurate statement of the medical -- wait a

6    minute, strike all that.  Do you consider that

7    statement contained in the package insert accurate?

8          A.   As I indicated earlier, I've not

9    reviewed the literature; specifically, I've not

10   reviewed the two studies cited or footnoted with

11   that statement.  It may well be that there are an

12   insufficient number of cases for epidemiologic

13   study to establish a cause and effect relationship.

14   I have no reason to disagree with that.

15          Q.   Is the encephalitis that we are talking

16   about, would that be encompassed in the description

17   of encephalopathy in that paragraph?

18          A.   Encephalopathy is a very broad term

19   that basically refers to brain dysfunction of a

20   variety of causes, infectious or metabolic, and I

21   believe that it would encompass what we've

22   specifically been talking about, ADEM.

23          Q.   Do you intend to offer any opinions

24   on -- as to the accuracy or the adequacy of the

25   package insert marked as Defendant's Exhibit 4?


A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO


                                              50
         DAVID A. GRIESEMER - EX. BY MR. SICILIANO

1          A.   No, that's beyond my area of expertise.

2               MR. SICILIANO:  Let's go off the record

3    a second.

4               (Off-the-record conference.)

5               (DFT. EXH. 5, Test Results Summary

6               dated 12/05/93, was marked for

```
7           identification.)

8                (DFT. EXH. 6, Verified Radiology

9           Results dated 10/14/98, was marked for

10          identification.)

11               (DFT. EXH. 7, Wellington Diagnostic

12          Center Report dated October 14, 1998,

13          was marked for identification.)

14               (DFT. EXH. 8, Radiology Report dated

15          10/22/98, was marked for

16          identification.)

17               (DFT. EXH. 9, Radiology Report dated

18          10/23/98, was marked for

19          identification.)

20               (DFT. EXH. 10, Radiology Report dated

21          10/28/98, was marked for

22          identification.)

23               (DFT. EXH. 11, Riverhills Healthcare,

24          Inc. Encounter Report dated 12/28/1998,

25          was marked for identification.)
```

A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO

DAVID A. GRIESEMER - EX. BY MR. SICILIANO

```
1                (DFT. EXH. 12, Wellington Diagnostic

2           Center Report dated February 26, 1999,

3           was marked for identification.)

4                (DFT. EXH. 13, Wellington Diagnostic

5           Center Report dated June 25, 1999, was
```

6           marked for identification.)

7  BY MR. SICILIANO:

8           Q.   Doctor, you've been handed what has

9  been marked as Defendant's Exhibits 5, 6, 7, 8, 9,

10  10, 11, 12 and 13.  And in general, can you tell

11  me -- can you identify those records for the

12  record?

13          A.   These appear to be neuroimaging

14  studies, both CT and MRI, for Mrs. Parker, the

15  earliest being December 5th, 1993 and the last

16  being June 25th, 1999.

17          Q.   Let's start with Defendant's Exhibit 5.

18  Just identify that one for the record.

19          A.   All right, this is a CT head scan done

20  in December 1993.  My recollection is that this was

21  done in the context of an evaluation for migraine

22  headaches.  The study was read as normal.

23          Q.   And after reviewing it, do you have

24  any --

25               (The proceedings were interrupted.)


A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO


                                                 52

          DAVID A. GRIESEMER - EX. BY MR. SICILIANO

1  BY MR. SICILIANO:

2          Q.   Is it your impression that this is a

3  normal CAT scan of her brain?

4          A.   It has been read by the radiologist as

5    a normal study.

6        Q.   Okay.  I want you to look at

7    Defendant's Exhibit 6 and tell me what that is.

8        A.   The next study is also a CT scan done

9    without contrast.  The date is October 13th, 1998.

10   That would be three days after she received her flu

11   vaccination.  This study is recorded as somewhat

12   abnormal with mild dilatation of the cerebral sulci

13   and cerebral ventricles.

14           What this is saying is that there is a

15   little bit more space within and around the brain

16   than one would expect for a patient of -- of this

17   age perhaps.  The radiologist considers this

18   consistent with mild cerebral atrophy.  We have no

19   evidence that this study was compared with the one

20   done five years previously.

21       Q.   And I want to ask you about this study.

22   The radiologist reading the CT study indicates that

23   it is consistent with a mild cerebral atrophy.

24   Tell us what that means.

25       A.   When one speaks of atrophy, we're


A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO


                                                    53
        DAVID A. GRIESEMER - EX. BY MR. SICILIANO

1    talking about either a diffuse or a localized

2    dropout of neurons so that there is not the

3    abundance of brain cells that one would expect for

4    that age.

5          Q.   What's -- what causes that?

6          A.   There can be a variety of different

7    causes.  In older patients, we can see the

8    development of moderate cerebral atrophy as a

9    manifestation of a dementia, of Alzheimer's

10   disease.  In someone who has had a hypoxic ischemic

11   insult, say after a cardiac arrest, we can see a

12   moderate to severe atrophy as a consequence of

13   previous insult to the neurons in the brain.

14          We don't have a great deal of

15   information about whether this represents a

16   significant integral change.  Being able to compare

17   the two CAT scans would be very helpful in that

18   regard.  Some radiologists are more sensitive in

19   calling issues of atrophy.  This may very well be

20   the case, although, in my experience too, sometimes

21   increased subarachnoid space or subarachnoid fluid

22   or, put more simply, more space between the brain

23   and the skull can be misinterpreted as brain

24   atrophy.

25          Q.   You don't know at this point?


A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO


                                                    54
     DAVID A. GRIESEMER - EX. BY MR. SICILIANO

1          A.   Having not looked at the film, I can do

2    nothing other than accept the report at face value.

3    What I can say is that none of the symptoms that

4    Mrs. Parker was manifesting at that time or

5    manifested over the next few weeks could be

6    satisfactorily explained by the presence of

7    cerebral atrophy alone.

8         Q.   To put it more in lay terms, would

9    cerebral atrophy be like loss of brain volume?

10        A.   Yes.

11        Q.   And at least this radiologist, looking

12   at her CAT scan on October 13th, 1998, believed

13   that she has less brain volume than a person of her

14   age would normally expect to have?

15        A.   That's correct.

16        Q.   What kind of symptoms would you have

17   with a loss of brain volume?

18        A.   Probably the most sensitive symptom

19   might be memory loss, short-term memory loss.

20        Q.   Anything else?

21        A.   That would -- that would be the initial

22   one.  I would not expect a patient with atrophy to

23   present with the clinical history reported here of

24   numbness and dizziness.

25        Q.   The brain atrophy reported in this CT


     A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO

                                                      55

          DAVID A. GRIESEMER - EX. BY MR. SICILIANO

1    scan, would that at all be related to receiving the

2    influenza vaccine?

3         A.    Probably not, in that atrophy, as

4    implied in this report, is -- is the reflection of

5    an ongoing longer-term process.  I would not expect

6    atrophy to develop over three days.

7         Q.    Let's look at Defendant's Exhibit 7 and

8    tell me what that is.

9         A.    Exhibit 7 is an MRI scan of the brain

10   done with and without gadolinium.  It's done --

11        Q.    Okay, tell me what that means.

12        A.    Let me just finish.

13        Q.    Okay, go ahead.

14        A.    -- it's done one day after the CT scan

15   that we just discussed.

16        Q.    So that's October 14th?

17        A.    That's correct.  Gadolinium is a

18   paramagnetic contrast material that permits us to

19   look at the integrity of the blood-brain barrier.

20   In other words, can something get out of the

21   bloodstream into the brain in violation of what is

22   usually supposed to occur, which is a tight barrier

23   between the two.  The presence of enhancement with

24   gadolinium tends to show us a breakdown of that

25   blood-brain barrier, so it gives another look or

A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO

DAVID A. GRIESEMER - EX. BY MR. SICILIANO

1  another dimension to our look at -- at brain

2  function.

3            In this study, the radiologist notes

4  first abnormal signal in the posterior parietal

5  regions of the brain.  Parietal area of the brain

6  is that which interprets or regulates or integrates

7  sensory phenomena, among other functions.  And --

8  and while the clinical correlation here on the

9  study is apraxia, it may be that these parietal

10  findings explain symptoms reported elsewhere of

11  numbness or tingling.

12            What is notable is that the greatest

13  area of abnormality appears to be on the surface of

14  the brain, on the covering of the brain, the

15  meninges, as opposed to the deep white matter which

16  we discussed previously as most characteristic of

17  ADEM.  However, the radiologist notes that, on the

18  T2 weighted images, which tend to be more sensitive

19  than T1 weighed images, he notes small areas of

20  abnormal increased signal are noted in the adjacent

21  brain parenchyma, primarily involving the cortex.

22  That is the gray matter.

23            As -- as a footnote, while we talk

24  about ADEM as being a disorder of the white matter,

25  that's not exclusively the case.  We know that

DAVID A. GRIESEMER - EX. BY MR. SICILIANO

1   patients with ADEM can present with seizures, which

2   is a phenomenon involving the cortex or the gray

3   matter.  So while ADEM focuses on demyelinating and

4   is predominantly a white matter disorder, it's not

5   exclusively so.

6        Q.   Is there anything in this imaging study

7   taken on October 14th, 1998 that leads one to the

8   diagnosis of ADEM?

9        A.   I would say, at this point, we have not

10  seen characteristic changes of ADEM, that's

11  correct.

12       Q.   Talk to me a little bit about the

13  meninges.  What would be the cause of the changes

14  in the meninges that are reflected in here?

15       A.   Again, we're looking at abnormal

16  enhancement, so we're talk -- probably talking

17  about some sort of inflammation with some increased

18  blood flow to that area.  It could be, at this

19  point, an infectious inflammation, or it could be a

20  noninfectious autoimmune type inflammation.  We

21  don't have enough information in this MRI to

22  distinguish between those two.  And that's probably

23  what would lead a clinician to do a spinal tap and

24  make sure we're not dealing with a viral infection

25  or bacterial infection.


A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO

58

DAVID A. GRIESEMER - EX. BY MR. SICILIANO

1          Q.    The radiologist in this case has set

2    forth in his opinion -- or her opinion possible

3    etiologies which include sarcoid; infection, either

4    viral or inflammatory; ischemic changes, including

5    vasculitis.

6          A.    Right.

7          Q.    Doesn't list ADEM?

8          A.    However, item 3 under her opinion,

9    which she doesn't give as much prominence to, does

10   talk about this patchy abnormality in the white

11   matter, which, at this point, is nonspecific but

12   really heralds what we will be seeing later as the

13   findings of ADEM.  I think, in this particular

14   study, the emphasis is on perhaps the more dramatic

15   acute early inflammatory phase before some of the

16   autoimmune part has really kicked in.

17              As -- as we'll discuss later, this

18   meningeal enhancement is a transient phenomenon or

19   phase, even as her clinical condition is worsening,

20   and the clinical condition tends to be -- tends to

21   track better with the increased abnormality in the

22   white matter cells.

23         Q.    Let's go to Defendant's Exhibit 8 and

24   identify that for me.

25         A.    Can we take a short break?

A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO

59

DAVID A. GRIESEMER - EX. BY MR. SICILIANO

1          MR. SICILIANO:  Absolutely.

2          (A recess transpired.)

3          THE WITNESS:  Exhibit 8?

4    BY MR. SICILIANO:

5          Q.   Yes.

6          A.   Exhibit 8 is also an MRI scan with and

7    without gadolinium.  It was done six days after the

8    previous MRI scan.  What has appeared in the

9    interval are multiple small nodular areas in the

10   deep white matter of both parietal lobes.  The

11   radiologist indicates that most of these do not

12   enhance.

13         Q.   Tell me what that means.

14         A.   What it means is that they don't light

15   up with the gadolinium, suggesting that that is

16   evidence of demyelinization causing the abnormal

17   signal, but there is not yet evidence of breakdown

18   of the blood-brain barrier allowing the gadolinium

19   dye to cause them to light up.

20              As she correctly points out, these

21   findings in and of themselves are nonspecific.

22   They could represent a demyelinating disease, they

23   could represent ischemia, they could represent

24   infarction.  The thing to note, however, they're

25   distributed in a manner that's in -- unlikely to be

A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO

60

DAVID A. GRIESEMER - EX. BY MR. SICILIANO

1  ischemic.  First of all, they're punctate or

2  regional or multiple, so that we're not seeing a

3  ledge or a large area of ischemic brain that you

4  would observe if a blood vessel were blocked, but

5  this radiologist is not extending herself any

6  further than just the images itself permit.

7           Now, she also notes that, higher in the

8  parietal lobe, that there are some lesions that do

9  enhance, indicating that they would represent more

10 severe involvement where there was both

11 demyelinization and breakdown of the blood-brain

12 barrier.  Good news is there's not significant

13 swelling around these or mass effect that could

14 cause secondary problems.  She speculates they

15 could be metastases, although that seems highly

16 unlikely given the evolution of what we've seen in

17 the clinical course.

18          She notes finally that there is still

19 some of this enhancement of the meninges, which is

20 a very nonspecific finding that in no way

21 establishes or refutes the presence of ADEM.

22      Q.   What's the cause of that?

23      A.   It could be as simple as just increased

24 blood flow to the meninges.  It's sort of a

25    nonspecific inflammatory response.  It does not

A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO

61

DAVID A. GRIESEMER - EX. BY MR. SICILIANO

1    suggest a specific disease process, and it's

2    physically remote from changes that we're seeing in

3    the deep white matter of the brain.

4            It's not clear that that is a

5    clinically significant finding in that we did not

6    see it spreading to involve the meninges or the

7    covering of the whole brain as we might with an

8    encephalitis or a meningitis, and it just seems to

9    be that particular region.

10        Q.   But that's not consistent with the

11   ADEM?

12        A.   Nor is it inconsistent with the ADEM.

13   It doesn't impact my impression one way or the

14   other about that in the same way that mild cerebral

15   atrophy doesn't affect my impression one way or the

16   other.

17        Q.   In looking at the October 22nd, 1998

18   study which is Defendant's Exhibit 8, is there more

19   involvement of white matter than before?

20        A.   There was an addendum dictated the

21   following day where, in retrospect, she suggests

22   that there was not a dramatic change over those

23   between those two lesions.

24                   MR. NAMEI:  Is that exhibit 10 that

25      she's --


        A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO

                                                           62

              DAVID A. GRIESEMER - EX. BY MR. SICILIANO

1       BY MR. SICILIANO:

2               Q.   That's exhibit 9, right; isn't that

3       correct?

4               A.   Right, that's correct, exhibit 9 is --

5       is the addendum.  It's unclear whether or not she's

6       adopted a different standard for interpretation or

7       reporting, but she has made a conscientious effort

8       to go back and review the two films and, in fact,

9       when looking back, sees the same abnormalities in

10      the earlier film that she has reported on the film

11      six days later.

12              Q.   So is the answer there really isn't a

13      change from the prior film on the --

14              A.   Well, she --

15              Q.   -- as far as the involvement of the

16      white matter?

17              A.   -- she appears to conclude there has

18      not yet been a dramatic change.

19              Q.   She does say in Defendant's Exhibit 9,

20      which is the addendum dated October 23rd, 1998,

21      prime differential consideration is inflammatory

22      processes involving the meninges in this area, as

23    meningitis which may be present on a viral or

24    bacterial phase.  Can you tell me what that means

25    or how you interpret it?


A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO


63

DAVID A. GRIESEMER - EX. BY MR. SICILIANO

1         A.   Well, she's basically saying what we've

2    already discussed, is that the cause of this

3    meningeal enhancement is unclear; the differential

4    diagnosis includes viral encephalitis, includes

5    bacterial meningitis, includes those things that --

6    that need to be looked for.  And she may not be

7    aware that spinal fluid studies were in fact

8    obtained on October 22nd and that, you know, there

9    was only one white blood cell in the spinal fluid

10   and that's well within the normal range.

11              So there seems to be some suggestion of

12   an infectious process radiologically, but there is

13   not confirmation of an infectious process when the

14   physicians went back to look.  So the radiologist

15   is doing her job in terms of providing warning

16   about things that the clinicians need to be looking

17   for, but her suspicion and her concern does not

18   establish the diagnosis.

19        Q.   Let me go back to Defendant's Exhibit

20   8.  The second paragraph of her opinion there says,

21   there are, in addition, a few nodular and ovoid

22    enhancing lesions identified in the bilateral high

23    parietal lobes.  What are those, what's a lesion?

24         A.   A lesion is a generic word for a spot

25    or an abnormality.  It really has no specificity in


A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO


64

DAVID A. GRIESEMER - EX. BY MR. SICILIANO

1    terms of cause.  What she's simply saying is that

2    there are some nodular spots deep in the white

3    matter close to the center of the brain, and, as

4    you come closer to the surface of the brain, you

5    not only have some more of these nodular spots, but

6    you have some that she describes as ovoid, and some

7    of those are now enhancing.

8              So the closer you get to the surface of

9    the brain, the more these areas of abnormality

10    include breakdown of the blood-brain barrier as

11    well as demyelination.

12         Q.   And what would be an explanation for

13    that?

14         A.   Could be different levels of severity

15    of dysfunction within the lesion, it could

16    represent a slight difference of timing of the

17    appearance of the abnormalities, you know, where

18    perhaps some of them are more advanced, and,

19    therefore, there has been more breakdown of the

20    blood-brain barrier.  It doesn't necessarily imply

21    two entirely different causes of the abnormality.

22         Q.   Are those specific findings consistent

23    with ADEM?

24         A.   Yes.

25         Q.   Are they inconsistent with it at all?


A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO

65

DAVID A. GRIESEMER - EX. BY MR. SICILIANO

1         A.   I don't believe so.  There is -- there

2    is evidence of demyelinating lesions, and there is

3    evidence of gadolinium enhancement.  Both may be

4    seen with ADEM.  Now, I -- I have to state that

5    I've not actually looked at the films, I'm reading

6    between the lines of what looks like a thoughtful

7    neuroradiologist.

8         Q.   Are those findings typical of ADEM?

9         A.   They're more typical of ADEM than they

10    would be of multiple sclerosis, say, where the

11    nodular demyelinating areas tend to be clustered

12    more centrally around the ventricles.  What we

13    don't see is perhaps an area perhaps as large as

14    one might expect with ADEM, although she doesn't

15    really provide any specific information about the

16    number or the size of these lesions.

17         Q.   Let's go to Defendant's Exhibit 10 and

18    tell me what that is.

19         A.   10 is yet another MRI scan done six

20    days after the last MRI scan.  At this time, the

21    patient's reported to have left arm weakness and

22    difficulty walking.  Now, in this particular

23    report, the radiologist says that the ventricles

24    and subarachnoid spaces are normal in appearance.

25    That seems at some conflict with the CT scan of


A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO


66

DAVID A. GRIESEMER - EX. BY MR. SICILIANO

1    October 13th where the ventricles and cerebral

2    sulci were felt to be enlarged.  There is

3    concordance, however, in that a degree of atrophy

4    in the sylvian fissure is -- is still present.

5         Q.   And that's the loss of brain volume?

6         A.   Right, sylvian fissure is the space

7    between the temporal lobe and the frontal lobe.  So

8    that -- that is more generous, implying perhaps

9    some atrophy of the temporal lobe.  Again, multiple

10    small nodular nonenhancing lesions are seen in the

11    deep white matter.

12         Q.   And it says there, not associated with

13    acute mass effect.  What does that mean or how

14    would you interpret that?

15         A.   Mass effect is secondary swelling and

16    displacement of normal brain structures because of

17    swelling.  Classic example would be a brain tumor

18    which may be relatively modest in size and yet have

19    surrounding it an area of edema or swelling or

20    increased fluid within the brain.  And that

21    swelling can actually push brain structures out of

22    the way and -- and cause symptoms secondary to

23    displacement of brain structures.

24            Now, if we think back to the

25    pathophysiology of ADEM, what we see is an

A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO

67

DAVID A. GRIESEMER - EX. BY MR. SICILIANO

1    inflammatory -- I'm sorry, a demyelinating response

2    around the veins deep in the substance of the

3    brain.  So if we're looking at a process that

4    begins in the region of the veins and then spreads

5    out around that, we would expect to see multiple

6    small crops or areas of demyelinization

7    representing the involvement of these multiple

8    veins.

9            It doesn't make sense that, if that's

10    your pathophysiology, that you would have any big

11    lesion surrounded by a lot of edema that would

12    cause mass effect.  What the verbiage in the report

13    is -- is probably more standard template, just

14    saying, there's no mass effect, there's no

15    displacement of immediate structures.  One wouldn't

16    expect that given what she's described is there.

17            She does note that, at this point,

18    there seems to be some diminution in the -- in the

19    number of these area abnormalities -- areas of

20    abnormality.  The -- the more superficial ones

21    closer to the surface of the brain don't appear to

22    have diminished much at all, however.  And at this

23    point, the meningeal enhancement that's really been

24    the focus of the attention on the last two MRI

25    scans seems to be abating.


A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO


68

        DAVID A. GRIESEMER - EX. BY MR. SICILIANO

1         Q.   Under her conclusions, she writes, no

2    integral change in multiple small nodular areas of

3    high signal intensity in the deep white matter of

4    the deep parietal lobes without associated

5    enhancement probably represents small areas of

6    ischemia or infarction or could represent plaques

7    related to a demyelinating process, stable in

8    appearance on all MRIs compared.  How do you

9    interpret that?

10        A.   Well, there's a little bit of

11   inconsistency.  In the body of the report, the

12   radiologist says, there appears to have been some

13   interval decrease and irregular areas of

14   enhancement in the leptomeningeal region, so there

15   is some improvement of the study.  But you were

16   talking about the de --

17        Q.    Number 2.

18        A.    -- demyelinating regions.  I'm sorry,

19   would you repeat your question?

20        Q.    Number 2 under her conclusions,

21   paragraph 2.

22        A.    Right.  Again, her differential

23   diagnosis is reasonable; these are things that need

24   to be considered.  They do appear to be relatively

25   stable at this point.


A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO

                                                        69

           DAVID A. GRIESEMER - EX. BY MR. SICILIANO

1         Q.    So they're not getting worse?

2         A.    They don't appear to be getting worse,

3    and there's no areas of new enhancement, that's

4    correct.

5         Q.    In a typical ADEM, would you expect the

6    white matter enhancement or lesions to be getting

7    worse or better at this stage in time?

8         A.    I would -- well, I would expect there

9    to be a period of worsening and then a period of

10   improvement.  The period of improvement, however,

11   can really be measured over weeks to months, it's

12   not going to occur over days because, remember,

13   there has been demyelinization, you know, the --

14   the myelin around the nerves has been destroyed,

15   you know, it's got to be remanufactured and

16    repaired.  You know, the blood-brain barrier has

17    broken down; that's got to be repaired.  It's --

18    that repair isn't going to occur over a matter of

19    days.

20         Q.   Well, what is typical for the

21    progressive nature of ADEM?  How long does it take

22    normally?

23         A.   I mean, usually the -- the symptoms

24    evolve over a week or two or three, I mean, it's --

25    it's relatively acute, but again, it's important to

A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO

                                                      70

             DAVID A. GRIESEMER - EX. BY MR. SICILIANO

1    remember that radiologic abnormality is not always

2    present with ADEM.  And so, if you have a spectrum

3    between no radiologic abnormalities and classic

4    radiologic abnormalities, then you're going to have

5    all radiant in between, and I think that, you know,

6    that may -- that may best describe what we're

7    seeing here.

8         Q.   But typically the course of ADEM is you

9    have a period, maybe days or a week or so or a

10    couple of weeks, of worsening and then maybe a

11    longer period of gradual improvement?

12         A.   I will agree with that.

13         Q.   And you --

14              MR. NAMEI:  Just for clarification, are

15  you talking about symptoms or are you talking about

16  the radiological manifestation, getting more sick?

17          MR. SICILIANO:  Well, I'm actually

18  asking about both.

19          MR. NAMEI:  Because he answered it

20  about radiological, but sometimes there's radiant

21  in the spectrum that, you know, you can and you

22  cannot see, whereas the symptoms getting worse and

23  then they get better, it's like a bell curve.

24  BY MR. SICILIANO:

25          Q.   Let's go to Defendant's Exhibit 11 and


A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO

                                                71

          DAVID A. GRIESEMER - EX. BY MR. SICILIANO

1   identify that for the record.

2           A.   Exhibit 11 is also an MRI.  However,

3   this one was done December 28th, so it's

4   approximately two months after the last MRI scan.

5   And this shows several changes.  What we know is,

6   over that two-month interval -- but we don't know

7   when during that two-month interval -- there have

8   been a couple of changes.

9           The first change is one of the

10  enhancing areas noted previously now has some

11  hemorrhage in it.

12          Q.   Meaning bleeding?

13          A.   That's right.  So in -- we know that

14    first there was an area of demyelinization.

15    Second, because this area enhanced, we know that

16    there was a breakdown of the blood-brain barrier.

17    And now we're seeing evidence of actual blood that

18    has disbursed into this lesion, you know, itself

19    having crossed the blood-brain barrier.  So that is

20    a new change.

21          What we don't have is information from

22    the radiologist that permits us to date this blood.

23    Neuroradiologists can often do that as the

24    hemoglobin degenerates over time, and they can give

25    you some sense of the duration of -- of the

A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO

72

DAVID A. GRIESEMER - EX. BY MR. SICILIANO

1    hemorrhage, how long it's been there.

2          Q.    Would it be typical that an ADEM would

3    have this kind of hemorrhaging a couple of months

4    now after the first onset?

5          A.    Well, is it typical?  No.  But there

6    are two points to be made.  The first is that the

7    study was done two months later.  That doesn't

8    necessarily tell us that the hemorrhaging occurred

9    two months later.  That's why I was talking about

10   the importance of trying to date the hemorrhage.

11          The second, as I mentioned a while

12   back, there is a variant of ADEM called this acute

13    hemorrhagic leukoencephalitis that is actually a

14    more severe form of ADEM.  In that particular

15    disorder, this hemorrhagic transformation is seen

16    more characteristically.  So, no, this is not a

17    common finding in ADEM but suggests the possibility

18    of perhaps a more malignant course than we

19    typically see with ADEM.  Alternatively, it could

20    represent some interplay between ADEM and her

21    underlying conditions.

22         Q.   Explain that.

23         A.   Well, we know that the patient has

24    hypertension, for example.  It could be that, in

25    this region of breakdown of the blood-brain

A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO

                                          73

          DAVID A. GRIESEMER - EX. BY MR. SICILIANO

1    barrier, that a patient with hypertension is more

2    likely to develop a secondary hemorrhage into that

3    area of involvement than a patient that doesn't

4    have hypertension.  I mean, that's pure spec --

5    speculation on my part.  I don't have enough

6    information to -- to tell.

7              The second thing that is of concern is

8    that there appears to be progression of the

9    demyelinating process in the white matter.  And

10   there's -- there is sort of an irony here in that,

11   while there appears to be more demyelinization,

12    there doesn't appear to be more enhancement.  So

13    there's not progression in the breakdown of the

14    blood-brain barrier, but there has been evidence of

15    demyelinization.

16              Now, one possible explanation for that

17    could have been that the impairment of the

18    blood-brain barrier has now resolved so that

19    there's no more enhancement so that the lesion is

20    no longer acute and what we're seeing two months

21    later is the chronic appearance, you know, of what

22    could have happened a month or six weeks

23    previously.  Again, I have no way to know that for

24    certain.

25          Q.   But is it typical -- again, we're


A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO

                                              74

        DAVID A. GRIESEMER - EX. BY MR. SICILIANO

1    talking now December 28th, 1998 where there is a

2    progression of the white matter disease -- is that

3    typical in ADEM?

4          A.   I would say that it is not typical;

5    however, when faced with providing an alternative

6    explanation or an alternative pathophysiology or an

7    alternative disease that has yet to be diagnosed,

8    described or discovered, it seems to be the most

9    reasonable explanation, and given the congruence of

10    clinical findings and radiological findings.

11          Q.   If you were presented with this kind of

12   finding now, more than two months after the initial

13   onset, what would you be thinking about as far as

14   an alternative diagnosis?

15          A.   Well, first of all, as I mentioned, we

16   need to be careful not to fall into the trap of

17   assuming that these changes occurred two months

18   afterwards, but with that -- but with that caution,

19   we would be concerned about other demyelinating

20   diseases.  Does this represent a type of multiple

21   sclerosis that we do know occurs at multiple points

22   in time?

23          But again, the distinction is between a

24   monophasic illness and an illness that has multiple

25   events.  What is unusual is that this is un --

A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO

75

DAVID A. GRIESEMER - EX. BY MR. SICILIANO

1    fairly protracted, but I don't believe that it's

2    with -- that it's outside of reasonable experience

3    with ADEM because we do know that, in some cases of

4    ADEM, the recovery phase, you know, extends for a

5    year.

6           Q.   Have you treated anyone that you

7    diagnosed with ADEM that had a course consistent

8    with this?

9           A.   I have certainly had patients where, a

10    month into the process, they were getting worse

11    when I was -- when I'd been telling the family they

12    ought to be getting better, but I can't say that I

13    have had a patient that had been exactly like this

14    with the combination of the hemorrhagic

15    transformation and the combination of the what

16    appear to be late findings of -- of increased white

17    matter signal.

18            But I -- but I don't believe that this

19    pushes me beyond my comfort level in calling this

20    ADEM, and I don't think it pushed her treating

21    physicians beyond their comfort level in calling it

22    that.  It still represents the most feasible

23    explanation for her clinical course.

24        Q.    But if you were one of the treating

25    physicians here, would you agree that these kinds


A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO


                                                76

        DAVID A. GRIESEMER - EX. BY MR. SICILIANO

1    of findings would have caused you to be concerned

2    that she does not have ADEM and that she may have

3    something else?

4        A.    Oh, they were very concerned.  I mean,

5    that's why they launched on an exhaustive workup to

6    make sure there wasn't something else.  You know,

7    this was the timing of her really definitive

8    evaluation where they looked at vasculitis, they

9    looked at risk factors for stroke, they looked at

10   all of these other things that it could be other

11   than ADEM, because there was some concern about

12   timing.

13           And I think it's to their credit that

14   they responded just as you suggest, that they go

15   back and reconsider the original diagnosis,

16   which -- which they very responsibly did.

17           Q.   Let's look at Defendant's Exhibit 12

18   and tell me what that is.

19           A.   Defense exhibit 12 is an MRI dated

20   February 26th, 1999, so that is going to be two

21   months after the last MRI scan.  Again, I've not

22   looked at the study, and it's somewhat more

23   difficult to read between the lines, but several

24   points are made.  One is that there appears to be

25   some areas of enhancement, again referring to


A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO


77

DAVID A. GRIESEMER - EX. BY MR. SICILIANO

1    breakdown of the blood-brain barrier, perhaps in a

2    slightly broader distribution than was seen before.

3            We also see evidence of new abnormality

4    now seen in the thalamus, which is a deep gray

5    matter structure in the center of the brain.  The

6    thalamus is what integrates all of the sensory

7    input into the brain before relaying it off to the

8   cortex.  Involvement of the thalamus is often seen

9   in ADEM -- let me correct that: Is sometimes seen

10  in ADEM.  Often we see it earlier than we do in

11  this case.

12          Another finding that's new are the

13  possibility of petechial hemorrhages or pinpoint

14  hemorrhages seen in regions of the brain.  Now,

15  it's unclear whether these are areas of hemorrhage

16  that are superimposed or occurring in the areas of

17  abnormal demyelination or if this is a separate

18  process.  I can't tell that from the report.

19          One thing we can -- are concerned with

20  with petechial hemorrhages, it is possibly a

21  hypertensive change in the brain, so if there had

22  been a period of uncontrolled hypertension, that

23  might account for the petechia.

24      Q.  Would you again agree that this kind of

25  finding now in February of  -- end of February of


A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO

                                                    78
        DAVID A. GRIESEMER - EX. BY MR. SICILIANO

1   1999 isn't typical of the normal course of ADEM if

2   she had it?

3       A.  As we're continuing to see changes

4   unfold this late, now four months after the initial

5   event, it's occurring at a time where the changes

6   may be less commonly seen with ADEM.  The burden,

7    however, is still to offer an alternative

8    explanation of an intercurrent illness or another

9    process or an alternative process compared to what

10   we typically see with ADEM.

11          Now, what we don't know is, has steroid

12   therapy that she's received during the course of

13   this treatment had some mitigating effect on the

14   timing or the evolution of the process, is the

15   immunological or autoimmune response that she has

16   more sluggish or more delayed than with the average

17   person for any number of reasons.

18          But the key question is whether there

19   is anything that is substantively different that

20   suggests an alternative diagnosis, and it's not

21   clear to me that -- that we have evidence of an

22   alternative diagnosis because we have just worked

23   up, you know, in December, all of these

24   alternatives and -- and found nothing.

25       Q.   Let's look at Defendant's Exhibit 13.


     A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO

                                                     79
          DAVID A. GRIESEMER - EX. BY MR. SICILIANO

1    Tell me what that is.

2        A.   13 is now four months after the last

3    MRI or about eight months after the original

4    studies, so now we see that there are no new areas

5    of enhancement, we see that things are relatively

6    stable over the previous four months and that

7    whatever process seemed to be active accounting for

8    those February changes is now quiescent and -- and

9    stable.  So --

10        Q.   It's not getting worse?

11        A.   It's not getting worse.

12        Q.   Is it getting better?

13        A.   At this point, there's no evidence that

14   these abnormal signals are going away or getting

15   better; however, it's not unusual for there to be

16   clinical improvement that antedates radiologic

17   improvement by months.  A patient with multiple

18   sclerosis, for example, may have abnormal signal in

19   the brain long after they have recovered from the

20   attack of -- of MS.

21            So in -- in sum, what's atypical, if

22   you will, about these series of studies is that the

23   story plays out over a slightly longer period of

24   time than we typically see with ADEM, but it still

25   remains basically a monophasic illness with a


A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO


                                                  80

        DAVID A. GRIESEMER - EX. BY MR. SICILIANO

1    period of worsening followed by a period of

2    stability and, I would presume, subsequently

3    followed by a period of improvement.

4            Although I don't have current medical

5    records, my understanding is that she has

6    clinically improved, and I would expect further

7    neuroimaging studies to be the same or to show some

8    mild improvement.

9        Q.   You brought with you today a couple of

10   textbooks.  Tell me what those are.  You've marked

11   a couple of them too.

12       A.   Right.

13       Q.   Show me what you have marked too, but

14   go ahead --

15       A.   One is -- one is simply a

16   neuroradiologist textbook, and the other is a

17   general neurology textbook.  What I marked were

18   just the -- the citations that refer to ADEM.  And,

19   you know, I didn't know whether that would be

20   relevant or helpful in today's deposition.

21       Q.   Can we look at those?  Let's just read

22   the -- the names of the books.

23       A.   All right, the first one is Diagnostic

24   Neuroradiology by Anne Osborn.  This is a very

25   standard classic neuroradiology textbook.  The


A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO

81

DAVID A. GRIESEMER - EX. BY MR. SICILIANO

1    second one is one of two volumes of a neurologic

2    comprehensive text called Diseases of the Nervous

3    System, edited by Asbury, McKhann, McDonald,

4    Goadsby and McArthur.

5         Q.    Let me look at the first one, please.

6         A.    (Tendering)

7               (Off-the-record conference.)

8    BY MR. SICILIANO:

9         Q.    Doctor, you brought with you today a

10   couple of textbooks.  Why don't you just identify

11   the textbooks and the parts of textbooks that you

12   have noted and tell me why you brought them with

13   you today.

14        A.    Not knowing whether it would be

15   beneficial or not, I brought references that

16   briefly cover the salient features of ADEM and the

17   neurologic -- I'm sorry, in the neuroradiologic

18   textbook, this spans pages 704 to 706.

19        Q.    We just went over the neuroimaging

20   studies of Ms. Parker.  Does that textbook indicate

21   that the neuroimaging studies that Ms. Parker has

22   are typical of ADEM?

23        A.    Well, the textbook demonstrates nodular

24   subcortical lesions that may or may not enhance, as

25   occurred in Mrs. Parker's case.  The textbook also


     A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO


                                                      82
          DAVID A. GRIESEMER - EX. BY MR. SICILIANO

1    demonstrates some abnormalities of the thalamus

2    that Mrs. Parker developed later in her clinical

3     course.  So, while I haven't actually seen her

4     images, based upon the reports, there seems to be

5     good concordance between the classic textbook

6     description of ADEM and what is reported in her

7     studies.

8          Q.   Does the textbook at all indicate the

9     influenza vaccine as a cause of ADEM?

10         A.   The textbook, under the paragraph

11    etiology, says, ADEM occurs in several settings, as

12    follows... Item 3 of 4 says, following vaccination

13    against rabies, diphtheria, smallpox, tetanus,

14    typhoid or influenza.

15         Q.   Okay, does it give any citation?

16         A.   No, it does not.

17         Q.   So you do not know what the basis for

18    that kind of statement in that textbook is?

19         A.   That's correct.

20         Q.   Let's look at the second book you

21    brought with you.  And again, I would like a copy

22    of the pages --

23         A.   Sure.

24              (This page contains information to be

25    supplied by counsel and/or the deponent.)


A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO

                                                    83
          DAVID A. GRIESEMER - EX. BY MR. SICILIANO

1    BY MR. SICILIANO:

2          Q.   -- that you referred to.

3          A.   The second reference is from a

4    neurology text, and it discusses the clinical

5    course of the disorder.  And it spans pages 1673 to

6    1674, and it summarizes information that has

7    appeared in the medical literature over the past

8    half century.

9          Q.   There's another section you have noted

10   in this textbook.

11         A.   There is.  That basically talks about

12   immune mechanisms and neurologic disease, the role

13   of T cells.  That is probably not as germane to our

14   discussion.

15         Q.   What pages is that?

16         A.   What I have flagged is page 1512 to

17   1513.  That focuses mostly on the mechanisms or the

18   understanding to date of mechanisms of autoimmunity

19   or immunological problems in the central nervous

20   system.

21         Q.   I understand you have reviewed the

22   affidavits of two of the Defendants' experts in

23   this case.

24         A.   I believe three.  I looked at

25   affidavits from Mark Shilling, William Paul Glezen


     A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO


                                              84
         DAVID A. GRIESEMER - EX. BY MR. SICILIANO

1    and Richard Edward Latchaw.

2         Q.   I'll not ask you about Mark Shilling's,

3    but I will ask you about Dr. Glezen.  Is there

4    anything in his opinion that you take issue with?

5         A.   Well, his opinion does not seem to

6    address the clinical course of Mrs. Parker at all.

7    He simply says that the package insert is accurate

8    and provides adequate warning of potential adverse

9    effects.

10         I'm not an expert on package inserts,

11    but, you know, I will acknowledge that the insert

12    provides warning that, you know, the vaccine should

13    not be given to people with Guillain-Barre syndrome

14    and should not be given to people who have active

15    neurologic disease, presumably because there is

16    evidence that it has an adverse effect on those

17    conditions.  I -- I really have no basis to -- to

18    disagree with him.

19         Q.   Okay.  Let's look at Dr. Latchaw's

20    opinion.  Do you have any -- do you take issue with

21    his opinion?

22         A.   Dr. Latchaw's opinion is as brief as

23    his CV is lengthy.  I'm puzzled by Dr. Latchaw's

24    opinion because, while a radiologist, he is

25    offering judgment about clinical issues.  And I

DAVID A. GRIESEMER - EX. BY MR. SICILIANO

1    obviously take exception to it because his opinion

2    is diametrically opposite to mine.

3              He provides no basis for his opinion,

4    nor does he offer an alternative plausible

5    explanation for Mrs. Parker's course.  On the other

6    hand, I wouldn't expect a radiologist to be able to

7    offer a plausible alternative explanation for

8    Mrs. Parker's course; that's what a clinical

9    neurologist would do.

10        Q.   One thing I didn't ask you about was

11   that, at least according to Mrs. Parker, she had

12   received influenza vaccine for a number of years

13   prior to this one in 1998.  Does that provide you

14   with any indication of the cause and effect

15   relationship between the influenza vaccine and her

16   neurological course?

17        A.   I don't know that that helps me one way

18   or the other, knowing that each annual vaccine is

19   slightly different from the other different viral

20   antigen, different vehicle.  While it intuitively

21   may make sense that, if she's tolerated one, she

22   would tolerate them all, you know, experience just

23   doesn't seem to bear that out with vaccines in

24   general.

25              MR. SICILIANO:  Let me look at my

A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO

86

```
1   notes.  I think we're done.

2              (Off-the-record conference.)

3              MR. SICILIANO:  I don't have anything

4   further.  Thank you, Doctor.

5              (The deposition was concluded at 12:11

6   p.m.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

87

1            SIGNATURE OF DEPONENT

2

3            I, the undersigned, DAVID A. GRIESEMER,

4    do hereby certify that I have read the foregoing

5    deposition and find it to be a true and accurate

6    transcription of my testimony, with the following

7    corrections, if any:

8

9    PAGE    LINE           CHANGE                REASON

10

11

12

13

14

15

16

17

18

19

20    _____
      DAVID A. GRIESEMER  Date
21

22

23

24

25

A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO

88

1                    CERTIFICATE OF REPORTER

2

3        I, Lisa F. Walkabout, Certified Shorthand

4    Reporter and Notary Public for the State of South

5    Carolina at Large, do hereby certify that the

6    foregoing transcript is a true, accurate, and

7    complete record.

8        I further certify that I am neither related

9    to nor counsel for any party to the cause pending

10   or interested in the events thereof.

11       Witness my hand, I have hereunto affixed my

12   official seal this 4th day of August, 2003 at

13   Charleston, Charleston County, South Carolina.

14

15

16

17       _____
             Lisa F. Walkabout
18           Court Reporter
             My Commission expires
19           November 14, 2004

20

21

22

23

24

25

A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO

89

1                    I N D E X

2                                        Page

3    WITNESS/EXAMINATION

4    DAVID A. GRIESEMER

5    STIPULATION                          3

6    EXAMINATION

7    BY MR. SICILIANO                     3

8    SIGNATURE OF WITNESS                 87

9    CERTIFICATE OF REPORTER              88

10

11           REQUESTED INFORMATION INDEX

12                                        Page

13      Copy of marked pages of textbooks that    82
     Dr. Griesemer brought to the deposition
14

15

16

17

18

19

20

21

22

23

24

25

A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO

90

1                 E X H I B I T S

2                                                    Page

3    DFT. EXH. 1, Curriculum Vitae                    12

4    DFT. EXH. 2, Typewritten Notes                   19

5    DFT. EXH. 3, Affidavit                           37

6    DFT. EXH. 4, Fluzone Package Insert              47

7    DFT. EXH. 5, Test Results Summary dated          50
          12/05/93
8
     DFT. EXH. 6, Verified Radiology Results dated    50
9         10/14/98

10   DFT. EXH. 7, Wellington Diagnostic Center        50
          Report dated October 14, 1998
11
     DFT. EXH. 8, Radiology Report dated 10/22/98     50
12
     DFT. EXH. 9, Radiology Report dated 10/23/98     50
13
     DFT. EXH. 10, Radiology Report dated 10/28/98    50
14
     DFT. EXH. 11, Riverhills Healthcare, Inc.        50
15        Encounter Report dated 12/28/1998

16   DFT. EXH. 12, Wellington Diagnostic Center       51
          Report dated February 26, 1999
17
     DFT. EXH. 13, Wellington Diagnostic Center       51
18        Report dated June 25, 1999

19

20

21

22

23

24

25

A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO