IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| LUANN PARKER, | ) | Case No.  C-1-00-766 |
| | ) | |
| Plaintiff, | ) | Judge Susan J. Dlott |
| | ) | |
| v. | ) | |
| | ) | |
| AVENTIS  PASTEUR,  INC.,  et al. | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

The following documents are Exhibits 5-13 to the deposition of David Griesemer taken

on July 15, 2003.

12/05/93 07:31 PM (QAVERT)              PAGE 002

------------------------------------------
PARKER LUANN E                F 47
099802772338     ADM:12/04/93 MR#: 973205
BURING ROBERT MD
EMR-N
REF MD:

                                    TEST RESULTS SUMMARY

CONS MD: WEISKITTEL DAVIDMD
------------------------------------------
        REPORT PERIOD: 12/04/93  07:30 PM  -  12/05/93  07:30 PM
RADIOLOGY AND ANCILLARY RESULTS:  =============================================


I-338-300  03:20 PM  12/05/93         READER: SEWARD, THOMAS MD
   2.01

        CT OF THE HEAD DONE WITHOUT CONTRAST (12/4/93):

        THE VENTRICULAR SYSTEM IS WITHIN NORMAL LIMITS. THERE ARE NO
        EXTRA-AXIAL COLLECTIONS. NO ABNORMAL AREAS OF BRAIN
        ATTENUATION ARE NOTED.

        **IMPRESSION**

        1. NORMAL CT SCAN OF THE BRAIN DONE WITHOUT CONTRAST.

        DICT: 12/5/93
        TRANS: 12/5/93 GG

                    ** END OF SECTION **

                        LAST PAGE

Defendant
EXHIBIT Grissom 5
DATE 7-15-03
A.W.R. & Assoc

9

BETHESDA HOSPITAL
10/14/98 11:55 am                          PAGE 1

```
= = = = = = = = = = = = = = = =
```
ARKER LUANN E            F52    DER-N
  99802772402     ADM: 10/13/98
4747 HUNT ROAD              MM#: 924208
CINCINNATI OH 45242
SS#: 284446073
DX: 784.0:HEADACHE                VERIFIED RADIOLOGY RESULTS
```
= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = ==
```

                              ATT MD: EIPPERT JILL MD
REQ#: I-286-260
                              CONSULTING MD(S):
ORDER: CT HEAD     1.01             BREWER S C FAM MD,

PROCEDURE #45047
                                  MADEIRA FAM PRACMD

   RADIOLOGIST: KUNTZ, CHARLES, M.D.
   TRANSCRIBER: CAROL ORMOND
```
= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =
```

     CRANIAL CT SCAN WITHOUT INTRAVENOUS CONTRAST 10-13-98:

     CLINICAL HISTORY:  NUMBNESS AND DIZZINESS.

     THERE IS MILD DILATATION OF THE CEREBRAL SULCI AND CEREBRAL
     VENTRICLES.  THE SEPTUM PELLUCIDUM, THIRD VENTRICLE, CALCIFIED
     PINEAL AND FOURTH VENTRICLE ARE IN THE MIDLINE.  NO SIGNIFICANT LOW
     DENSITY OR HIGH DENSITY LESIONS ARE NOTED IN THE CEREBRUM,
     CEREBELLUM OR BRAIN STEM.

     OPINION:

     **MILD DILATATION OF CEREBRAL SULCI AND CEREBRAL VENTRICLES
     CONSISTENT WITH MILD CEREBRAL ATROPHY WITH MODERATE DILATATION OF
     THE SYLVIAN FISSURES BILATERALLY.**

     THE PROCEDURE WAS EXPLAINED TO THE PATIENT AND/OR FAMILY AND
     UNDERSTANDING WAS DEMONSTRATED TO TECHNOLOGIST.

     DICT. 10/13/98
     TRNS. 10/14/98 CJO

Defendant EXHIBIT Gricaner-6 DATE 7-15-03 A.W.R. & Assoc.

7

**Wellington Diagnostic Center**
111 Wellington Place
Cincinnati, Ohio 45219
Phone (513) 721-7226
Fax (513) 721-6330
(800) 597-3071

OCTOBER 14, 1998

52114

**CASE NUMBER:**

LUANN PARKER (52)

**PATIENT:**

MARVIN RORICK, M.D.

**REFERRED BY:**

APRAXIA

**CLINICAL CORRELATE:**

**MAGNETIC RESONANCE IMAGING:** BRAIN WITHOUT AND WITH GADOLINIUM

On the post gadolinium images irregular, somewhat linear enhancement is noted in the bilateral posterior parietal regions. This most likely represents abnormal leptomeningeal enhancement. Gyriform enhancement of the cortex is not entirely excluded. On the T2 weighted images, small areas of abnormal increased signal are noted in the adjacent brain parenchyma, primarily involving the cortex. No other areas of abnormal enhancement are identified.

There is enlargement of the Sylvian fissures bilaterally, greater on the right. This appears to be primarily due to focal atrophy in these regions. On T2 weighted images, mild to moderate spotty abnormal increased signal is noted in the white matter bilaterally, most prominent in the corona radiata regions. The ventricles are within normal limits in size. Normal flow voids are noted within the major vascular structures.

**OPINION:**

1. IRREGULAR ENHANCEMENT IN THE BILATERAL POSTERIOR PARIETAL REGIONS AS DESCRIBED ABOVE. THIS APPEARS TO BE PRIMARILY LEPTOMENINGEAL, HOWEVER, SOME CORTICAL INVOLVEMENT CANNOT BE EXCLUDED. THERE IS MILD ASSOCIATED ABNORMAL T2 SIGNAL IN THE ADJACENT BRAIN PARENCHYMA. POSSIBLE ETIOLOGIES WOULD INCLUDE SARCOID, INFECTION SUCH AS VIRAL OR OTHER INFLAMMATORY. ISCHEMIC CHANGES, INCLUDING VASCULITIS COULD HAVE THIS APPEARANCE.
2. BILATERAL ENLARGEMENT OF THE SYLVIAN FISSURES MOST LIKELY DUE TO FOCAL ATROPHY IN THESE REGIONS.
3. MILD TO MODERATE PATCHY ABNORMAL T2 SIGNAL IN THE WHITE MATTER WHICH IS NON-SPECIFIC BUT MAY BE RELATED TO PRIOR SMALL VESSEL ISCHEMIC CHANGES.
4. THE ABOVE FINDINGS WERE DISCUSSED WITH DR. RORICK ON 0-15-98.

MARY E. GASKILL, M.D.

Defendant
EXHIBIT Grickman-7
DATE 7-15 03
A.W.R & Assoc

8

RADIOLOGY REPORT

RADIOLOGISTS

CHARLES H. KUNTZ, M.D.
THOMAS E. TUREK, M.D.
SUSAN WEINBERG, M.D.
THOMAS SEWARD, M.D.
JOHN L. LEIBOLD, M.D.
EDWARD S. HORTON, M.D.
JEFFREY B. BETTS, M.D.
MICHAEL F. HAGGERTY, M.D.



MediCenter North
Diagnostics

*a service of* **Bethesda**

10550 Montgomery Rd. · Cincinnati, OH 45242
(513) 745-1540 · FAX (513) 745-1538

DATE:  10/22/98    Age:  F/52
Ref. Doctor:  Dr. M. Rorick/Dr. S. C. Brewer
**PATIENT:**   PARKER, LUANN E.   (INPATIENT)
           4747 Hunt Road
           Cincinnati, OH    45242

CRANIAL MRI SCAN DONE WITH AND WITHOUT GADOLINIUM  51687:

Clinical History:  Recent seizure.  Possible cerebritis or encephalit-
is.

There are no old exams available for comparison.

Partial saturation sagittal localization images were performed through
the brain and followed by thin section, spin density and T2 axial
images.  Additionally, thin section, T1 coronal images were performed
through the brain.  Additionally, T1 pre and post gadolinium axial and
coronal images were performed.

The septum pellucidum, third and fourth ventricles are well imaged and
are in the midline.  The ventricles are normal in size.  There is mild
to moderate prominence of the cerebral sulci.  There are multiple
small nodular areas of high signal intensity identified in the deep
white matter of both parietal lobes, not associated with significant
mass effect.  There are several small nodular and ovoid areas of high
signal intensity identified in the bilateral high posterior parietal
lobes associated with enhancement on post-gadolinium images.  There is
in addition, what appears to be very mild meningeal enhancement at the
level of both high posterior parietal lobes.  There are no other areas
of abnormal low or high signal intensity or extra-axial collection
noted.

CONCLUSION:      1.  There are multiple small nodular areas of high
                 signal intensity identifed in the deep white matter of
                 both parietal lobes.  Most of these do not enhance, are
                 relatively nonspecific, may represent small areas of
                 ischemia or infarction.  Plaques related to a demyelin-
                 ating process is not excluded.

EXHIBIT Grissmer-8
DATE  7-15-03
A.W.R & Assoc.

CONTINUED. . . .

DATE MAILED:
OCT 2 7 1998 ?¬ VP

2043-11/97

## RADIOLOGY REPORT



MediCenter North
Diagnostics

RADIOLOGISTS

CHARLES H. KUNTZ, M.D.
THOMAS E. TUREK, M.D.
SUSAN WEINBERG, M.D.
THOMAS SEWARD, M.D.
JOHN L. LEIBOLD, M.D.
EDWARD S. HORTON, M.D.
JEFFREY B. BETTS, M.D.
MICHAEL F. HAGGERTY, M.D.

*a service of* **Bethesda**

10550 Montgomery Rd. · Cincinnati, OH 45242
(513) 745-1540 · FAX (513) 745-1538

PAGE 2
PARKER, LUANN E.

2. There are in addition, a few nodular and ovoid enhancing lesions identified in the bilateral high parietal lobes. These do enhance and are not associated with significant mass effect and may represent enhancing plaques related to a demyelinating process. Could represent small intracranial metastases, although this would probably be a more remote differential consideration. Early inflammatory processes within the brain, such as abscesses, would similarly be a more remote differential consideration, in view of absence of the associated mass effect.

3. Small intracranial metastases is not excluded. Clinical correlation is suggested.

4. There does appear to be subtle areas of enhancement of the meninges in the bilateral high parietal lobe, slightly greater on the left than on the right, raising the possibility of an inflammatory process involving the meninges in these regions. Clinical correlation is suggested. Attempts will be made to obtain the patient's old MRI scan from Wellington.


SUSAN WEINBERG, M.D.

SW:dpf  10/22/98D1

**Stat reading called to "Sharon" at 2:15 p.m. on 10/22/98**



9

**RADIOLOGY REPORT**



RADIOLOGISTS

CHARLES H. KUNTZ, M.D.
THOMAS E. TUREK, M.D.
SUSAN WEINBERG, M.D.
THOMAS SEWARD, M.D.
JOHN L. LEIBOLD, M.D.
EDWARD S. HORTON, M.D.
JEFFREY B. BETTS, M.D.
MICHAEL F. HAGGERTY, M.D.

# MediCenter North Diagnostics

*a service of* **Bethesda**

10550 Montgomery Rd. · Cincinnati, OH 45242
(513) 745-1540 · FAX (513) 745-1538

```
DATE:  10/23/98    Age:  F/52
Ref. Doctor:  Dr. M. Rorick/Dr. S. C. Brewer
PATIENT:  PARKER, LUANN E.  (INPATIENT)
          4747 Hunt Road
          Cincinnati, OH    45242
```

ADDENDUM TO CRANIAL MRI SCAN DONE WITH AND WITHOUT GADOLINIUM DATED 10/22/98:

The present exam is now compared with the films performed at Wellington Diagnostic Center on 10/14/98.

There has been no definite interval change in areas of irregular enhancement in the bilateral posterior parietal regions, is again primarily meningeal in location. On the previous and present exam, there is again, multiple small nodular areas of deep white matter in both parietal lobes without associated enhancement. On the present exam, there are a few nodular and oval areas of high signal intensity which appear to be associated with enhancement in the high left posterior parietal lobe, which are not definitely leptomeningeal in origin. They may represent intraparenchymal enhancing nodular densities. These are more prominent on the present, than on the previous exam.

Sylvian fissure atrophy is again noted. No other new focal abnormalities are appreciated.

CONCLUSION:    1. The present exam is now compared with a recent exam of 10/98 performed at Wellington. There has been no definite interval change in irregular enhancement of bilateral posterior parietal regions. The paraenhancement is primarily in a meningeal distribution. Prime differential consideration is inflammatory process involving the meninges in this area, as meningitis which may be present on a viral or bacterial phase. As previously described, vasculitis may produce an appearance as described.

CONTINUED. . . . .

Defendant
EXHIBIT Grissom-9
DATE 7-15-03
A.W.R. & Assoc.

DATE MAILED:

OCT 27 1998

2043-11/97

# RADIOLOGY REPORT



## MediCenter North Diagnostics

RADIOLOGISTS

CHARLES H. KUNTZ, M.D.
THOMAS E. TUREK, M.D.
SUSAN WEINBERG, M.D.
THOMAS SEWARD, M.D.
JOHN L. LEIBOLD, M.D.
EDWARD S. HORTON, M.D.
JEFFREY B. BETTS, M.D.
MICHAEL F. HAGGERTY, M.D.

*a service of* **Bethesda**

10550 Montgomery Rd. · Cincinnati, OH 45242
(513) 745-1540 · FAX (513) 745-1538

PAGE 2
PARKER, LUANN E.    (INPATIENT)

2. Multiple small nodular areas of high signal intensity in the deep white matter of both parietal lobes are again identified. These are now associated with enhancement, relatively nonspecific, but in this age range, a demyelinating process is a differential consideration for these changes.

3. There appears to be possible aligned enhancing nodular densities, high bilateral posterior parietal lobes, more prominent on the present than on the previous exam, raising the possibility of inter-parenchymal extension of an active process. These changes in the high bilateral posterior parietal lobes may be on the basis of an inflammatory process within the brain. Vasculitis and viral or bacterial etiology are differential considerations.

SUSAN WEINBERG, M.D.

SW:dpf   10/25/98D1

**Report faxed to 1322 at BNH**

10

# RADIOLOGY REPORT

RADIOLOGISTS

CHARLES H. KUNTZ, M.D.
THOMAS E. TUREK, M.D.
SUSAN WEINBERG, M.D.
THOMAS SEWARD, M.D.
JOHN L. LEIBOLD, M.D.
EDWARD S. HORTON, M.D.
JEFFREY B. BETTS, M.D.
MICHAEL F. HAGGERTY, M.D.



## MediCenter North Diagnostics

*a service of* **Bethesda**

10650 Montgomery Rd. · Cincinnati, OH 45242
(513) 745-1540 · FAX (513) 745-1538

```
DATE: 10/28/98     AGE:  F/52
Ref. Doctor:  Dr. Dwight Helmrich
PATIENT:  PARKER, LUANN E. (INPATIENT)
          4747 Hunt Road
          Cincinnati, OH  45242
```

CRANIAL MRI SCAN WITH AND WITHOUT GADOLINIUM   51687:

Comparison is made with the most recent exam of 10/23/98.

Clinical history:  Left arm weakness, difficulty walking. Allergic reaction to flu shot.

Partial saturation sagittal localization images were performed through the brain and followed by thin section, spin density and T2 axial images. Additionally, thin section, T1 coronal images were performed through the brain. Additionally, T1 pre and post gadolinium axial and coronal images were performed.

The septum pellucidum, third and fourth ventricles are well imaged and are in the midline. The ventricles and subarachnoid spaces are normal in appearance. Sylvian fissure atrophy is again noted. The subarachnoid spaces and ventricles are otherwise normal in appearance. Multiple small nodular, nonenhancing areas of high signal intensity are again identified in the deep white matter of both parietal lobes, not associated with acute mass effect. There appears to have been some interval decrease and irregular areas of enhancement in the leptomeningeal region of the left posterior parietal and to a less extent right posterior parietal lobe. Only faint irregular areas of residual enhancement persists in these areas. The previously described small nodular enhancing lesions at the high posterior parietal lobes, probably parenchymal in origin, do not appear to have changed significantly in appearance when compared to the previous exam. There are no other areas of abnormal low or high signal intensity or extra-axial collections noted. There are no other enhancing intracranial lesions noted.

CONTINUED . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Defendant
EXHIBIT Gaesmer 10
DATE 7-15-03
A.W.R. & ASSOC.

DATE MAILED:

**NOV 02 1998**

2043-11/97

## RADIOLOGY REPORT



RADIOLOGISTS

CHARLES H. KUNTZ, M.D.
THOMAS E. TUREK, M.D.
SUSAN WEINBERG, M.D.
THOMAS SEWARD, M.D.
JOHN L. LEIBOLD, M.D.
EDWARD S. HORTON, M.D.
JEFFREY B. BETTS, M.D.
MICHAEL F. HAGGERTY, M.D.

MediCenter North
Diagnostics

*a service of* **Bethesda**

10550 Montgomery Rd. · Cincinnati, OH 45242
(513) 745-1540 · FAX (513) 745-1538

PAGE 2
PARKER, LUANN E.

CONCLUSION:

1. No interval change in bilateral prominence of the sylvian fissures.

2. No interval change in multiple small nodular areas of high signal intensity in the deep white matter of both parietal lobes without associated enhancement, probably represents small areas of ischemia or infarction or could represent plaques related to demyelinating process stable in appearance on all MRI's compared.

3. There has been some interval decrease in irregular leptomeningeal enhancement described on previous exams consistent with some interval resolution of inflammatory process involving the leptomeninges in this area.

4. No definite change in small irregular areas of enhancement which appear to be parenchymal in origin in the posterior parietal lobes raising the possibility of an inflammatory process involving the posterior bilateral parietal lobes.

SUSAN WEINBERG, M.D.

SW:bl · 10/29/98D1

**STAT READING CALLED ON 10/28/98 AT 3:35 P.M. TO "KELLY"**

11

RIVERHILLS HEALTHCARE, INC.                                                        PAGE 1

ENCOUNTER REPORT                                                          PRINTED:1/7/02
  KER,LUANN (F) 55 YRS   1/18/46   DN:190256X-9                             DOS:12/28/98
  TT a  199928                                                            OFFICE CHART 10
SCHMERLER,MICHAEL,MD
IMAGING VISIT : MEDICENTER NORTH
12/28/1998

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - TESTS - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -


RADIOLOGY
    MAGNETIC RESONANCE IMAGING OF HEAD IMPRESSION:

        1. SUSPECTED FOCUS OF HEMORRHAGE IN THE RIGHT FRONTAL PARIETAL
        LOBE SURROUNDED BY SOME IRREGULAR ENHANCEMENT. THIS HEMORRHAGIC
        FOCUS IS NEW FROM 10/28/98, BUT THE ENHANCEMENT IN THIS AREA WAS
        NOTED ON THE PREVIOUS STUDY, AT LEAST TO SOME DEGREE. THIS MAY
        WELL REFLECT AN INFLAMMATORY/DEMYELINATING OR ISCHEMIC LESION
        WITH A SMALL FOCUS OF HEMORRHAGE WITHIN IT.

        2. THE PROGRESSED WHITE MATTER DISEASE IN THE CORONA RADIATA
        BILATERALLY IS OF GREAT CONCERN. THE CAUSE WOULD CERTAINLY
        INCLUDE DEMYELINATING PROCESSES OR INFLAMMATORY DISEASE. NONE OF
        THESE LESIONS APPEAR TO ENHANCE. ISCHEMIC DISEASE IS ALSO A
        POSSIBLE ETIOLOGIC CONSIDERATION. MS AND VASCULITIS MUST BE
        CONSIDERED.

        3. THERE HAS BEEN DIMINISHED DEGREE OF ENHANCEMENT OF THE
        POSTERIOR PARTIETAL LOBE COMPARED TO THE STUDY OF 10/28/98.
        THERE REMAINS A LITTLE BIT OF SPOTTY ENHANCEMENT IN THIS ARE,
        BUT IT IS NOT AS IMPRESSIVE AS WAS NOTED IN THE STUDY FROM
        OCTOBER.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - ADMINISTRATIVE DATA - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -


    REVIEWED AND SIGNED BY SCHMERLER,MICHAEL,MD
    ENCOUNTER REVIEW DATE 1/7/99
                                    *** END OF REPORT ***


Defendant
EXHIBIT Griesmer-11
DATE 7-15-03
A.W.R. & Assoc.

**12**

# Wellington Diagnostic
### C E N T E R

FEBRUARY 26, 1999

CASE NUMBER:        52114

PATIENT:            LUANN E. PARKER    (53)

REFERRED BY:        JOSEPH BRODERICK, M.D.


CLINICAL CORRELATE:    ENCEPHALOMYELITIS VS. MULTIPLE ISCHEMIA

## MAGNETIC RESONANCE IMAGING:  BRAIN

In comparison to 10-14-98, the bodies of the lateral ventricles and third ventricle are larger. Foci and small zones of T2 signal abnormality previously described in the corona radiata and centrum semiovale are again noted, little changed.

T1 hyperintensity in frontoparietal, parasagittal, and cortical regions are seen, not hyperintense on pre Gadolinium studies previously.

Following Gadolinium infusion, some increased enhancement in the right posterior frontal and anterior parietal regions are suspected in addition to a small focus of enhancement in the left thalamus.

No convincing dural or leptomeningeal enhancement elsewhere is documented. Enlargement of the basal cisterns and sylvian fissures bilaterally is again evident without change. No major arterial occlusive lesions or veno-occlusive lesions are noted.


## CONCLUSION:

INCREASING T1 SIGNAL ABNORMALITY, LIKELY PETECHIAL HEMORRHAGIC CHANGE, WITH MINIMAL ADDITIONAL ENHANCEMENT SUSPECTED IN BOTH POSTERIOR FRONTAL AND PARIETAL REGIONS, AND PERHAPS A NEW ENHANCEMENT IN THE LEFT THALAMUS. THE LOCALIZATION TO WATERSHED AREAS MUST RAISE SOME SUSPICION OF ISCHEMIC CHANGE, POTENTIALLY CHRONIC VASCULITIC, BUT THE INTERVAL CHANGE IN VENTRICULAR SIZE AGAIN RAISES THE QUESTION OF A LEPTOMENINGEAL PROCESS.


[TAT/ls]

THOMAS A. TOMSICK, M.D.

111 Wellington Place • Cincinnati, Ohio 45219
Phone (513) 721-7226 • Fax (513) 721-6330 • (800) 597-3071

Defendant
EXHIBIT Ochsner #2
DATE 7-15-03
A.W.R. & Assoc.

**13**

# Wellington ⚡ Diagnostic
## C E N T E R

JUNE 25, 1999

CASE NUMBER:        52114

PATIENT:            LUANN PARKER   (53)

REFERRED BY:        JOSEPH P. BRODERICK JR , M.D.


CLINICAL CORRELATE:        BILATERAL ISCHEMIC CHANGES


MAGNETIC RESONANCE IMAGING:  BRAIN WITHOUT AND WITH GADOLINIUM

Comparison to previous exams dated 2-26-99 and 10-15-98.

The ventricular system is unchanged in comparison to 2-26-99.
The previously described signal changes in the centrum
semiovale and corona radiata persist, with minimal decrease in
the TI hyperintensity prior to gadolinium infusion.
Post-gadolinium enhancement is also diminished in the right
frontoparietal parasagittal regions.  No new zones of
 hhancement are documented again.  No major arterial occlusive
 Aanges are documented.  Asymmetry in size of internal carotid
arteries in the clinoid segment is noted, larger on right than
left, but also suggestive of a dominant right A1 segment
supplying anterior cerebral arteries.  Moderate prominence of
the Sylvian and insular cisterns is again documented.  No
veno-occlusive changes are suggested.

CONCLUSION:

MINOR CHANGES OF HYPERINTENSITY, ENHANCEMENT, AND SIGNAL CHANGE
AS DESCRIBED.

*Thomas A. Tomstick*

THOMAS A. TOMSTICK, M.D.


TAT/NLS

Defendant
EXHIBIT Grimme #3
DATE 7-15-03
A.W.R. & Assoc