IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

LUANN PARKER,                              )    Case No. C-1-00-766
                                           )
            Plaintiff,                     )    Judge J. Dlott
                                           )
      v.                                   )
                                           )
AVENTIS S.A.                               )    **AFFIDAVIT OF WILLIAM PAUL**
Espace Europeenne                          )    **GLEZEN, M.D.**
de l'Entreprise 67300                      )
Schiltigheim, France                       )
                                           )
**and**                                    )
                                           )
AVENTIS PASTEUR, INC.                      )
(a wholly owned subsidiary of Aventis S.A.) )
Box 187 Discover Drive                     )
Swiftwater, Pennsylvania  13670            )
                                           )
            Defendants.                    )

                    *        *        *

William Paul Glezen, being first duly sworn, deposes and says as follows:

      1.      I am an adult over eighteen (18) years of age.  I am a medical doctor
licensed to practice medicine in Texas and I am Board Certified in Pediatrics and Epidemiology.
Presently, I am an Adjunct Professor of Epidemiology at the School of Public Health, University
of Texas Health Science Center at Houston, and a Professor of Molecular Virology and



Microbiology at Baylor College of Medicine in Houston, Texas. My qualifications are contained in the curriculum vitae attached as Exhibit 1 to this Affidavit.

2.    During my professional career, I have studied, lectured on and written medical articles on influenza and influenza vaccines. I am also very familiar with the medical literature and the epidemiological studies concerning the potential adverse effects of influenza vaccine.

3.    To the best of my knowledge, there are no epidemiological studies in existence today which establish a causal link between the influenza vaccine, including but not limited to the FLUZONE influenza vaccine produced by Defendant Aventis Pasteur Inc., and acute disseminated encephalomyelitis, a neurological disorder that is often referred to as ADEM,

Further affiant sayeth naught.

William Paul Glezen

Sworn to and subscribed in my presence this 20 day of May, 2004.

Notary Public



BLANCA M. PENA
Notary Public, State of Texas
My Commission Expires
February 04, 2007

- 2 -

CURRICULUM VITAE

Revised 05/07/04

Name:         William Paul Glezen, M.D.

Social Security No ▮▮▮▮▮▮

Address:         Department of Molecular Virology and Microbiology
(Influenza Research Center)
Baylor College of Medicine  (Room 227D)
One Baylor Plaza, Mail Stop BCM-280
Houston, Texas  77030-3498

Telephone:         713-798-5249,
FAX:                 713, 798-6802
Email:               wglezen@bcm.tmc.edu

Date and Place of Birth:         ▮▮▮▮▮▮; Oblong, Illinois

Marital Status:                 Married; 2 children

**Education:**      B.S., Purdue University, 1953
M.D., University of Illinois, 1956
Epidemiology Summer Session, Univ. of Minnesota, 1979 and 1981

**Employment:**

1956-57         Intern, Wayne County General Hospital, Eloise, Michigan

1957-59         Epidemic Intelligence Service Officer, CDC, PHS, assigned to North Carolina State
Board of Health, Raleigh

1959-60         Resident, Pediatrics, Hurley Hospital, Flint, Michigan

1960-61         Resident, Pediatrics, North Carolina Memorial Hospital, Chapel Hill, North Carolina

1961-62         Chief Resident and Instructor, Pediatrics, University of North Carolina, Chapel Hill

1962-65         Medical Epidemiologist, Respiratory and Enteric Virus Diseases Unit, 62-64; Chief,
Respiratory and Enteric Virus Unit, 1964-65, Kansas City Field Station, CDC

1962-65         Senior Surgeon (Commander), Communicable Disease Center, Public Health Service

1963-65         Instructor, Department of Microbiology,University of Kansas School of Medicine

1965-69         Assistant Professor of Pediatrics, University of North Carolina School of Medicine,
Chapel Hill, North Carolina

1968-75         Chief, Pediatric Service, Gravely Hospital, Chapel Hill, North Carolina

1969-75         Associate Professor of Pediatrics, University of North Carolina School of Medicine,
Chapel Hill, North Carolina

1974-75         Visiting Associate Professor of Pediatrics, Harvard Medical School and Associate in
Infectious Diseases Children's Hospital Medical Center, Boston

| | |
|---|---|
| 1975-77 | Associate Professor, Department of Microbiology and Immunology, and Pediatrics, Baylor College of Medicine, Houston, Texas |
| 1977-1999 | Professor, Departments of Microbiology and Immunology, and Pediatrics, Baylor College of Medicine, Houston, Texas |
| 1976-Present | Attending Pediatrician, Harris County Hospital District Medical and Dental Staff, Houston, Texas |
| 1977-Present | Courtesy Staff, Infectious Diseases, Texas Children's Hospital, Houston, Texas |
| 1982-Present | Adjunct Professor of Epidemiology, School of Public Health, University of Texas Health Science Center at Houston |
| 1989-1999 | Head, Preventive Medicine Section, Departments of Microbiology and Immunology, and Pediatrics, Baylor College of Medicine |
| 1999-present | Professor, Molecular Virology and Microbiology; Prof. & Head, Preventive Medicine Section, Department of Pediatrics, BCM |

**Honorary Societies and Honors:**

Alpha Omega Alpha, 1956

2004 Distinguished Physician Award, Pediatric Infectious Disease Society

Praxis Biologics Academic Visiting Professor to the University of South Alabama, March 16-18, 1987

John Fox Memorial Lecture: Univ. of Washington School of Public Health, Feb 25,1997

Commissioner's Special Citation, Food and Drug Administration, May 9, 1997

Presidential Guest Lecturer, Infectious Diseases Society for Obstetrics and Gynecology, August 6, 1998

22nd Annual Arthur E. McElfresh Memorial Lecture, St. Louis University, Nov 1, 2000

31st Lori Haker Visiting Professor, Lori Haker Memorial Lectures, Children's Hospital of Wisconsin, Milwaukee WI, April 3&4, 2003

**Boards:**
American Board of Pediatrics, 1963
American College of Epidemiology, 1981

**Professional Societies:**
American Academy of Pediatrics
American Thoracic Society, NC Representative Councilor, 1972-74
Infectious Diseases Society of America
Texas Infectious Diseases Society
Society for Pediatric Research
American Pediatric Society
American Epidemiological Society
Infectious Diseases Society for Obstetrics and Gynecology

**Research Support**:

1.      Principal Investigator - Research Grant entitled "Host Factors in Pathogenesis of Respiratory Diseases" funded by the National Heart, Lung and Blood Institute, 3/1/72-6/30/81.

2.      Associate Investigator and Epidemiologist - Acute Viral Respiratory Disease Unit (Influenza Research Center) Contract, NIAID, 1990-1995

3.      Associate Investigator, Vaccine and Treatment Evaluation Unit, NIAID, 1975-98

4.      Principal Investigator, Evaluation of Purified Fusion Protein Vaccine (PFP-1) for RS Virus, Praxis 1989-90.

5.      Principal Investigator, Contract #N01-AI-15126 for "Maternal Immunization for the Prevention of Infectious Diseases in Neonates and Infants awarded 9/30/91 for 5 years.  Renewal (#N01-AI65316) on 9/30/96 for 5 years through 9/29/2001.  Extended through August 31, 2003

6.      Principal Investigator, RO1 grant: "Control of Epidemic Influenza", NIH grant awarded 09/15/97 thru 08/31/2004.

### Service on Advisory Committees:

Temporary Advisor, **World Health Organization**, Geneva, February 9-12, 1999

Liaison Representative of the Infectious Diseases Society of America to the Immunization Practices **Advisory Committee (ACIP)**, 1993-1998

Member, **Consultative Group for Vaccine Development**, National Vaccine Program, February 1991 to 1993.

Member, Influenza Technical Advisory Group, **Medicare Demonstration Project**, Health Care Financing Administration, February, 1990 to 1993.

Medical Expert, **Childhood Vaccine Injury Program**, Department of Health and Human Services, January 1990 to present.

Member, National Research Council Committee **on ARI in Third World Children**, March 1989 to 1993.

Member, **Immunization Practices Advisory Committee (ACIP)** of the Centers for Disease Control, February 1987 to June, 1990.

Member of the **Epidemiology and Disease Control Study Section**, NIH,  July 1985 to June, 1989.

Ad Hoc consultant for the NIAID **Microbiology and Infectious Diseases Review Committee**.

Ad Hoc member of site visit teams (3) for **NHLBI Pulmonary Specialized Centers for Research**.

Ad Hoc consultant to **the Infectious Diseases Committee of the American Academy of Pediatrics.**

Ad Hoc consultant, **Maternal and Child Health Research Committee**, NIH, 1981.

Consultant, Evaluation of **Progress and Research Needs in Pediatric Pulmonary Disease - Reactive Airways Disorders**  NHLBI 1981-82.

Consultant, Review Committee for **Studies of the Defense Functions in the Developing Respiratory System**, June 1983.

Consultant, Review Committee, **Pediatric Pulmonary Specialized Centers of Research**, NHLB Institute, NIH, 1980-81.

**Academic and Hospital Responsibilities:**

1.  Departmental Executive Faculty Committee - 1989-1999

2.  Departmental Faculty Appointments and Promotions Committee 1989-present; Chairman 1993-1999, member 1999 to present.

3.  Vivarium subcommittee of the Baylor Biosafety Committee, 1981-1990

4.  Member, Baylor Institutional Review Board for Human Research, 1976-1980

5.  Chairman, Committee on Electives, UNC School of Medicine, 1973-1974

6.  Student Advisor, Class of 1974, UNC School of Medicine, 1970-1974

7.  Chairman, Committee on Infection and Environmental Control, NC Memorial Hospital, Chapel Hill, 1969-1974

8.  Chairman, Hospital Infections Committee, Gravely Hospital, 1971-1974

9.  Member, Baylor Allied Health Professions Committee, 1990 - 1996

10. Member, Baylor Public Affairs Advisory Committee, 1990 - present

**Current Research Interests** - The goals of current research efforts are to determine the role of respiratory viruses as causes of infections with serious consequences (hospitalization) - particularly for patients with underlying conditions - and to evaluate methods for control of these infections.

Evaluate immunization of children with live attenuated influenza vaccines to control community epidemics with the potential for controlling pandemics by "herd immunity".

Explore maternal immunization as an approach to control serious infections of the neonate and early infancy by passive immunity.

**BIBLIOGRAPHY**

1.    Lamb GA, Plexico K, Glezen WP, and Chin TDY. Use of micro technique to serum neutralization and virus identification. **Public Health Reports** 80:463, 1965.

2.    Glezen WP, George A, Belden EA, and Chin TDY. Quantitative relationship of pre-existing homotypic antibodies to the excretion of attenuated poliovirus Type 1. **Am J Epidemiol** 83:224, 1966.

3.    Glezen WP, Hines MP, Kerbaugh M, Green ME, and Koomen J, Jr. Salmonella in two poultry processing plants. **J Am Vet Med Assoc** 148:550, 1966.

4.    George C, McCollough RH, Doto IL, Todd J, Glezen WP and Chin TDY. ECHO 4 illness.

Epidemiological, clinical and laboratory studies of an outbreak in a rural community. **Am J Epidemiol** 84:253, 1966.

5.    Glezen WP, Thornburg G, Chin TDY, and Wenner HA. Significance of mycoplasma infections in children with respiratory disease. **Pediatrics** 39:516, **1967.**

6.    Saliba GS, Glezen WP, and Chin TDY. Etiologic studies of acute respiratory illness among children attending public schools. **Amer Rev Resp Dis** 95:592-602, 1967.

7.    Stites DP and Glezen WP. Pulmonary nocardiosis in childhood. A case report. **Am J Dis Child** 114:101, 1967.

8.    Glezen WP, Clyde WA, Jr, Sheaffer CI, Senior RJ and Denny FW. Group A streptococci, mycoplasmas, and viruses associated with acute pharyngitis. **JAMA** 202:119, 1967.

9.    Glezen WP, Wulff H, Lamb GA, Ray C, Chin, Tom DY and Wenner, HA. Patterns of virus infections in families with acute respiratory illnesses. **Am J Epidemiol** 86:350, 1967.

10.    Saliba GS, Glezen WP, and Chin TDY. Mycoplasma pneumoniae infection in a resident boys' home. **Am J Epidemiol** 86:408, 1967.

11.    Loda FA, Clyde WA, Jr, Glezen WP, Senior RJ, Sheaffer CI and Denny FW. Studies on the role of viruses, bacteria and M. pneumoniae as causes of lower respiratory tract infections in children. **J Pediatr** 72:161, 1968.

12.    McCollough RH, Glezen WP, Lamb GA, and Chin TDY. Booster effect of oral poliovaccine trials in persons previously immunized with inactivated vaccine. **Am J Dis Child** 117:161-168, 1969.

13.    Glezen WP, McCollough RH, Lamb GA, and Chin TDY. Quantitative relationship of pre-existing homotypic antibodies to the excretion of poliovirus Types 1, 2 and 3 following the feeding of trivalent attenuated poliovirus vaccine. **Am J Epidemiol** 92:146, 1969.

14.    Glezen WP, Loda FA and Denny FW. A field evaluation of inactivated, zonal-centrifuged influenza vaccines **in children** in Chapel Hill, North **Carolina,** 1968-1969. **Bull WHO** 41:566-569, 1970.

15.    Glezen WP. Viral infections of the respiratory tract. In: Brenneman-Kelley, **Practice of Pediatrics,** Vincent C. Kelley (eds), Hoeber Medical Division, Harper and Row, Publishers Inc., Vol. II, Chapter 44, 1980.
16.    Denny FW, Clyde WA, Jr, and Glezen WP. Mycoplasma pneumoniae disease: Clinical spectrum, pathophysiology, epidemiology and control. **J Infect Dis** 123:74-92, 1971.

17.    Glezen WP, Loda F, Clyde WA, Jr, Senior RJ, Sheaffer CI, Conley WG and Denny FW. Epidemiologic patterns of acute lower respiratory disease of children in a pediatric group practice. **J Pediatr** 78:397-406, 1971.

18.    Loda F, Glezen WP, and Clyde WA, Jr. Respiratory disease in group day care. **Pediatrics** 49:428-437, 1972.

19.    Glezen WP, DeWalt JL, Lindsay RL, Dillon HC, Jr. Epidemic pyoderma caused by Nephritogenic streptococci in college athletes. **Lancet** Feb. 301-304, 1972.

20.    Glezen WP. Common viral diseases of childhood. **Am Fam Phys** 6:123-128, 1972.

21.    Glezen WP and Denny FW. The epidemiology of acute lower respiratory disease in children. **N Engl J Med** 288:498-505, 1973.

22.    Fernald GW and Glezen WP. Humoral and cellular immune responses to an inactivated Mycoplasma pneumoniae. **J Infect Dis** 127:498-504, 1973.

23.    Sarubbi FA, Sparling PF, Glezen WP. Herpesvirus hominis encephalitis. Virus isolation from brain biopsy in seven patients and results in therapy. **Arch Neurol** 29:268-273, 1973.

24.    Loda FA, Collier AM, Glezen WP, Strangert K, Clyde WA, Jr, Denny FW. Occurrence of Diplococcus pneumoniae in the upper respiratory tract of children. **J Pediatr** 86:1087-1093, 1975.

25.    Glezen WP, Fernald GW and Lohr JA. Acute respiratory disease of university students with special reference to the etiologic role of Herpesvirus hominis. **Amer J Epidemiol** 101:111-121, 1975.

26.    Glezen WP. Respiratory viruses and Mycoplasma pneumoniae. In **Viral Infections - A Clinical Approach** W. Lawrence Drew, F.A. Davis (eds.) and Co., Philadelphia, pp. 69-100, 1976.

27.    Klein JD, Collier AM, Glezen WP. An influenza B epidemic among children in day care. **Pediatrics** 58:340-345, 1976.

28.    Glezen WP and Fernald GW. **Effect** of passive antibody on parainfluenza virus type 3 pneumonia in hamsters. **Infect Immun** 14:212-216, 1976.

29.    Glezen WP, Loda FA and Denny FW. The parainfluenza viruses. In **Viral Infections of Humans**, Alfred S. Evans (ed.), Plenum Publishing Corp., New York, pp. 337-349, 1976. 2nd Ed, 1982. 3rd Ed, 1989. WPG&FWD, Evans AS, Kaslow RA (eds) 4th Ed, 1997, pp. 551-67.

30.    Glezen WP. Pathogenesis of bronchiolitis--epidemiological considerations. NHLI Workshop on Bronchiolitis. **Pediatr. Res**. 11:239-243, 1977.

31.    Glezen WP, Kasel JA, Webster RG and Taber LH. Alternative approaches to immunization of children with inactivated influenza vaccines. **J Infect Dis** 136:S677-S682, 1977.

32.    Allison JE, Glezen WP, Taber LH, Paredes A and Webster RG. Reactogenicity and immunogenicity of bivalent A and monovalent B influenza vaccines in high risk children. **J Infect Dis** 136:S672-S676, 1977.

33.    Glezen WP. Influenza prophylaxis for children. **Am J Dis Child** 131:28-630, 1977 (Editorial).

34.    Webster RG, Glezen WP, Hannoun C, and Laver WG. Potentiation of the immune response to influenza virus subunit vaccines. **J Immunol** 119:2073-2077, 1977.

35.    Webster RG, Glezen WP, Kasel JA and Laver WG. Potentiation of the immune response to influenza virus subunit vaccines. **Dev Biol Stand** 39:243, 1977.

36.    Glezen WP, and Couch RB. Interpandemic influenza in the Houston Area. **N Engl J Med** 298:587-592, 1978.

37.    Frank AL, Taber LH, Glezen WP, Paredes A, and Couch RB. Influenza A (H3N2) reinfection in young children and their families. **J Infect Dis** 140:829-836, 1979.

38.    Glezen WP, Paredes A, Taber LH. Influenza in children. Relationship to other respiratory agents. **JAMA** 243:1345-1349, 1980.

39.    Glezen WP, Couch RB, Taber LH, Paredes A, Allison JE, Frank A and Aldridge C. Epidemiologic observations of influenza B virus infections in Houston 1976-77. **Am J Epidemiol** 111:13-22, 1980.

40.    Glezen WP. Consideration of risk of influenza for children and indications for prophylaxis. **Rev Infect Dis** 2:408-420, 1980.

41.    Puck JM, Glezen WP, Frank AL and Six HR. Protection of infants from influenza A infection by transplacental antibody. **J Infect Dis** 142:844-849, 1980.

42.    Glezen WP. Influenza C infection. Editorial. **Arch Intern Med** 140:1278, 1980.

43.    Glezen WP, Paredes A, Allison JE, Taber LH, Frank AL. Risk of respiratory syncytial virus infection for infants from low income families in relationship to age, sex, ethnic group, and maternal antibody level. **J Pediatr** 98:708-715, 1981.

44.    Taber LH, Paredes A, Glezen WP, Couch RB. Infection with influenza A/Victoria virus in Houston families, 1976, **J Hyg Camb** 86:303-313, 1981.

45.    Frank AL, Webster RB, Glezen WP, Cate TR. Immunogenicity of A/USSR (H1N1) subunit vaccine in unprimed young adults. **J Med Virol** 7:135-142, 1981.

46.    Frank AL, Taber LH, Wells CR, Wells JM, Glezen WP and Paredes A. Patterns of respiratory virus shedding in children. **J Infect Dis** 144:433-441, 1981.

47.    Kimmel KA, Wyde PR and Glezen WP. Evidence of T-cell mediated cytotoxic response to parainfluenza virus type 3 pneumonia in hamsters. **J Reticuloendothel Soc** 31:71-83, 1982.

48.    Glezen W.P. Prevention of influenza-related morbidity and mortality. **Arch Intern Med** Editorial 142:25, 1982.

49.    Glezen WP. Surveillance for influenza virus infections in Houston, Texas. **Rev Med Chile** 109:173-177, 1981.

50.    Six HR, Glezen WP, Kasel JA, et. al. Heterogeneity of influenza viruses isolated from the Houston community during defined epidemic periods. In **Genetic Variation among Influenza Viruses**, Nyack D., Cox, D.F., (eds.), New York, N.Y., Academic Press, Inc. pp. 505-513, 1981.

51.    Glezen WP, Couch RB and Six HR. The influenza herald wave. **Amer J Epidemiol** 116:589-598, 1982.

52.    Glezen WP, Payne AA, Snyder DN, Downs T. Mortality and influenza. **J Infect Dis** 146:313-321, 1982.

53.    Glezen WP. Serious Morbidity and Mortality Associated with Influenza Epidemics. **Epidemiol Rev** 4:25-44, 1982.

54.    Harmon AT, Harmon MW, Glezen WP. Evidence of interferon production in the hamster lung after primary or secondary exposure to parainfluenza virus type 3. **Amer Rev Resp Dis** 125:706-711, 1982.

55.    Glezen WP. Influenza.**In Current Pedicatric Therapy**, 110th Edition, Gellis and Kagan, (eds.), 1982.

56.    Frank AL, Taber LH, Glezen WP, Kasel JA, Wells CR, Paredes A Breast-feeding and respiratory virus infection. **Pediatrics** 70:239-245, 1982.

57.    Glezen WP. Impact of influenza epidemics on an urban population. **Voprosy Virusologie** N2:170-176, 1983.

58.     Glezen WP. Aspirin and Reyes syndrome. Marginal Comment. **Am J Dis Child** 136:971-972, 1982.

59.     Frank AL, Taber LH, Glezen WP, Geyer B, McIlwain S, Paredes A  Influenza B virus infections in the community and in families:  The epidemics of 1976-77 and 1979-80 in Houston. **Am J Epidemiol** 118:313-325, 1983.

60.     Glezen WP. Viral pneumonia as a cause and result of hospitalization. Medical Perspective. **J Infect Dis** 147:765-770, 1983.

61.     Glezen WP, Glezen LS, Alcorn R. Trivalent influenza vaccine in children with sickle cell disease. **Amer J Dis Child** 137:1095-1097, 1983.

62.     Glezen WP, Frank AL, Taber LH, Tristan MP, Vallbona C, Paredes A, Allison JE. Influenza in childhood. **Pediatr Res** 17:1029-1032, 1983.

63.     Six HR, Webster RG, Kendal AP, Glezen WP, Griffis C and Couch RB. Antigenic analysis of H1N1 viruses isolated in the Houston metropolitan area during four successive seasons. **Infect Immun** 42:453-458, 1983.

64.     Velazco JG, Couch RB, Six HR, Glezen WP. Surveillance of influenza in Houston, Texas, USA: gradual transition from A/Victoria/75 (H3N2) to A/Texas/77 (H3N2) predominance and antigenic characterization of "intermediate" strains. **Bull WHO** 61:345-352, 1983.

65.     Glezen WP, Six HR, Perrotta DM, Decker M, Joseph SW. Epidemics and Their Causative Viruses - Community Experience in **The Molecular Biology and Epidemiology of Influenza**, Stuart-Harris, C.H. and Potter, C.W. (eds.), Academic Press, Inc. Ltd., London, pp. 17-32, 1984.

66.     Glezen WP, Frank AL, Taber LH, Kasel JA. Parainfluenza virus type 3:  Seasonality and risk of infection and reinfection in young children. **J Infect Dis** 150:851-857, 1984.

67.     Glezen WP. Reactive airway disorders in children: Role of respiratory virus infection.  In **Clinics of Chest Medicine**, W.C. Bailey (ed.), W.B. Saunders, Philadelphia, pp. 635-643, 1984.

68.     Kasel JA, Frank AL, Keitel WA, Taber LH, Glezen WP. Acquisition of serum antibodies to specific viral glycoproteins of parainfluenza  virus type 3 in children.  **J Virol** 52:828-831, 1984.

69.     Taylor JP, Gustafson TL, Johnson CC, Brandenburg N, Glezen WP.  Antipyretic use among children during the 1983 influenza season. **Am J Dis Child** 139:486-488, 1985.

70.     Perrotta DM, Decker M, Glezen WP. Acute respiratory disease hospitalizations as a measure of impact of epidemic influenza. **Am J Epidemiol** 122:468-476, 1985.

71.     Glezen WP, Six HR, Frank AL, Taber LH, Perrotta DM, Decker M. Impact of epidemics upon communities and families. **In Options for the Control of Influenza**, Kendal, A.P., and Patriarca, P.A. (eds.), UCLA Symposia on Molecular and Cellular Biology, New Series, Vol. 36, Alan R. Liss, Inc., New York, N.Y., pp. 63-73, 1986.

72.     Clover RD, Crawford SA, Abell TD, Ramsey CN, Jr, Glezen WP, Couch RB. Effectiveness of rimantadine prophylaxis of children within families. **Am J Dis Child** 140:706-709, 1986.

73.     Glezen WP, Taber LH, Frank AL, Kasel JA. Risk of primary infection and reinfection with respiratory syncytial virus. **Am J Dis Child** 140:543-546, 1986.

74.     Glezen WP. The pediatrician's role in influenza control. **Pediatr Infect Dis J** 5:615-618, 1986.

75.    Couch RB, Kasel JA, Glezen WP, Cate TR, Six HR, Taber LH, Frank AL, Greenberg SB, Zahradnik JM, Keitel WA. Influenza: Its control in persons and populations. **J Infect Dis** 153:431-440, 1986.

76.    Glezen WP, Decker M, Joseph SW, Mercready RG Jr. Medically attended acute respiratory disease associated with influenza epidemics in Houston, 1981-1983. **J Infect Dis** 155:(6)1119-1126, 1987.

77.    Glezen WP, Decker M, Perrotta DM. Survey of Underlying Conditions of Persons Hospitalized with Acute Respiratory Disease During Influenza Epidemics in Houston, 1978-81. **Am Rev Resp Dis** 136:550-5555, 1987.

78.    Khamapirad T, Glezen WP. Clinical and radiographic assessment of acute lower respiratory tract disease in infants and children. **Sem Resp Infect** 2:130-144, 1987.

79.    Kasel JA, Walsh EE, Frank AL, Baxter BD, Taber LH, Glezen WP. Relation of serum antibody to glycoproteins of respiratory syncytial virus with immunity to infection in children. **Viral Immunol** 1:199-205, 1988.

80.    Crawford SA, Clover RD, Abell TD, Ramsey CN, Glezen WP, Couch RB. Rimantadine prophylaxis in children: a followup study. **Pediatr Infect Dis J** 7:379-383, 1988.

81.    Glezen, W.P., Couch, R.B. Influenza viruses. In **Viral Infections of Humans**, Alfred S. Evans (ed.) 3rd Ed. Plenum Medical Book Company, New York, pp. 419-470, 1989. 4th Ed., Evans AS, Kaslow RA (eds), pp. 473-505, 1997.

82.    Glezen WP. Mycoplasma and ureaplasma infections in **Principles and Practice of Pediatrics**, Oski, F.A., DeAngelis, C.D., Feigin, R.D., Warshaw, J.B., eds. J.B. Lippincott Company Philadelphia, pp. 1240-1241, 1990. 2nd Ed., 1994.

83.    Glezen WP. Antecedents of chronic and recurrent lung disease. **Am Rev Respir Dis** 140:873-874, 1989.

84.    Glezen WP, Grose N, Haddock A, Couch RB. Chemotherapy and management of respiratory virus infections. **Proceedings, 16th International Congress of Chemotherapy**, p. 659.1-659.3, 1989.

85.    Gruber WC, Taber LH, Glezen WP, Clover RD, Abell TD, Demmler RW, Couch, R.B. Live attenuated and inactivated influenza vaccine in school-aged children. **Am J Dis Child**, 144:595-600, 1990.

86.    Glezen WP. Diagnosis of viral respiratory illness in **Kendig's Disorders of the Respiratory Tract in Children, 5th Edition**, Chernick, V. Ed. W.B. Saunders, Company, Philadelphia, pp. 388-393, 1990. 6th Ed., 1996.

87.    Glezen WP. Viral pneumonia in **Kendig's Disorders of the Respiratory Tract in Children, 5th Edition**. Chernick, V. Ed. W.B. Saunders Company, Philadelphia, pp. 394-402, 1990. 6th Ed., 1996.

88.    Frenck RW Jr, Glezen WP. Respiratory tract infections in children in day care. **Sem Pediatr Infect Dis** 1:234-244, 1990.

89.    Glezen WP. Influenza: epidemiology, prevention and control. **Cur Opin Infect Dis** 3:166-168, 1990.

90.    Glezen WP, Keitel WA, Taber LH, Piedra PA, Clover RD, Couch RB. Age distribution of patients with medically-attended illnesses caused by sequential variants of influenza A/H1N1. Comparison of age-specific infection rates, 1978-1989. **Am J Epidemiol** 133:296-304, 1991.

91.    Clover RD, Crawford S, Glezen WP, Taber LH, Matson CC, Couch RB. Comparison of

heterotypic protection against influenza A/Taiwan/86 (H1N1) by attenuated and inactivated vaccines to A/Chile/83-like viruses. **J Infect Dis** 163:300-304, 1991.

92.    Glezen WP, Englund JA, Siber GR, Six HR, Turner C, Shriver D, Hinkley CM, Falcao O. Maternal immunization with vaccines for H. influenzae type b. **J Infect Dis** 165:S134-5136, 1992.

93.    Englund JA, Glezen WP. Maternal immunization for the prevention of infection in early infancy. **Sem Pediatr Infect Dis** 2:225-231, 1991.

94.    Piedra PA, Glezen WP. Influenza in children: Epidemiology, immunity, and vaccines. Infect **Sem Pediatr Infect Dis** 2:140-146, 1991.

95.    Glezen WP, Falcao O, Cate TR, Mintz AA. Nosocomial influenza in a general hospital. **Canad J Infect Control** 6:65-69, 1991.

96.    Glezen WP. Morbidity associated with the major respiratory viruses. **Pediatr Ann** 19:535-542, 1990.

97.    Glezen WP. Viral respiratory infections in Infection Related to Day-Care Attendance (T. Murphy ed.) Pediatr Ann 20:407-412, **1991.**

98.    Glezen WP. The common cold in **Infectious Diseases** edited by Gorbach SL, Bartlett JG, Blacklow NR, WB Saunders Company Philadelphia, pp. 455-459, 1992. 2nd Ed., 1996.

99.    Glezen WP. Epidemiological perspective of breastfeeding and acute respiratory illnesses in infants in **Immunology of Milk and the Neonate** edited by Mestecky J and Ogra P. Plenum Publishing Corporation, New York, pp. 235-240, 1991.

100.    Troendle JF, Demmler GJ, Glezen WP, Finegold M, Romano MJ. Fatal influenza B virus pneumonia in pediatric patients. **Pediatr Infect Dis J** 11:117.21, 1992.

101.    Englund JA, Glezen WP, Barreto L. Controlled study of a new five-component acellular pertussis vaccine in adults and young children. **J Infect Dis** 166:1436-1441, 1992.

102.    Piedra PA, Glezen WP, **Mbawuike** I, Gruber WC, Baxter BD, **Boland** FJ, Byrd RW, Fan LL, Lewis JK, Rhodes LJ, Whitney SE, Taber LH. Studies on reactogenicity and immunogenicity of attenuated bivalent cold recombinant influenza type A (CRA) and inactivated trivalent influenza virus (TI) vaccines in infants and young children. **Vaccine** 11:718-724, 1993.

103.    Englund JA, Mbawuike IN, Hammill H, Holleman MC, Baxter BD, Glezen WP. Maternal immunization with influenza and tetanus toxoid vaccine for passive antibody protection in young infants. **J. Infect. Dis.** 168:647-656, 1993.

104.    Glezen WP. Influenza surveillance in an urban area. **Can J Infect Dis** 4:272-274, 1993.

105.    Glezen WP. Anatomy of an urban influenza epidemic. In **Options for the Control of Influenza II.** Hannoun C, Kendal AP,Klenk HD, Ruben FL (eds), Amsterdam: Excerpta Medica 11-14, 1993.

106.    Glezen WP, Taber LH, Gruber WC, Piedra PA, Clover RD, Demmler RW, Couch RB: Family studies of vaccine efficacy in children: comparison of protection provided by inactivated and attenuated influenza vaccines. In: **Options for the Control of Influenza II.** Hannoun C, Kendal AP, Klenk HD, Ruben FL (eds), Amsterdam: Excerpta Medica 435-437, 1993.

107.    Shahab SZ,Glezen WP: Influenza virus. In: **Virus Diseases in Pregnancy**, Gonik B (ed). New York: Springer-Verlag, 1994:215-223.

108.    Englund JA,Glezen WP, Turner C, Harvey J, Thompson C, Siber GR: Transplacental antibody transfer following maternal immunization with polysaccharide and conjugate Haemophilus influenzae type b vaccines. **J Infect Dis** 171:99-105, 1995.

109.    Kim PE,Musher DM,Glezen WP. Invasive pneumococcal disease and the association with season, atmospheric temperature and isolation of respiratory viruses. Clin Infect Dis 1996;22:100-106.

110.   Piedra PA, Glezen WP, Kasel JA, Welliver RC, Jewel AM, Rayford Y, Hogerman DA, Hildreth SW, Paradiso PR. Safety and immunogenicity of the PFP vaccine against respiratory syncytial virus (RSV): the Western blot assay aids in distinguishing immune responses of the PFP vaccine from RSV infection. **Vaccine** 1995;13:1095-1101.

111.   Mulholland K, Suara RO, Siber G, Roberton D, Jaffar S, N'Jie J, Baden L, Thompson C, Anwaruddin R, Dinan L, Glezen WP, Francis N, Fritzell B, Greenwood BM. Maternal immunization with Haemophilus influenzae type b polysaccharide-tetanus protein conjugate vaccine in The Gambia. **JAMA** 1996;275:1182-1188.

112.   Piedra PA, Englund JA, Glezen WP. Respiratory syncytial virus and parainfluenza viruses. In: **Clinical Virology,** Richman DD, Whitley RJ, Hayden FG, eds.,Churchill Livingstone, New York, 1997, pp. 787-819.

113.   Glezen WP. Emerging infections: Pandemic influenza. **Epidemiol Rev** 1996;18:64-76.

114.   Suara RO, Piedra PA, Glezen WP, Adegbola RA, Weber M, Mulholland EK, Greenwood BM, Whittle H. Prevalence of neutralizing antibody to respiratory syncytial virus in sera from mothers and newborns residing in The Gambia and in the United States. **Clin Diagnostic Lab Immunol** 1996;3:477-9.

115.   Couch RB, Keitel WA, Cate TR, Quarles JA, Taber LA, Glezen WP. Prevention of influenza virus infections by current influenza virus vaccines. **Options for the Control of Influenza III,** Brown LE, Hampson AW, Webster RG, eds., Elsevier Science BV, Amsterdam, 1996, pp. 97-106.

116.   Glezen WP. Commentary on the Revised Vaccine Injury Table. **Pediatrics** 1996; 98:1200-1.

117.   Glezen WP, **Taber LH,** Frank AL, Gruber WC, Piedra PA. Influenza virus infections in infants. **Pediatr Infect Dis J** 1997; 16:1065-8.

118.   Glezen WP. Influenza viruses. In: **Textbook of Pediatric Infectious Diseases,** 4th Ed. Feigin RD, Cherry JD, eds., WB Saunders Co., Philadelphia, 1998, pp 2024-41.

119.   Dick EC, Inhorn SL, Glezen WP. Rhinoviruses. In: **Textbook of Pediatric Infectious Diseases,** 4th Ed. Feigin RD, Cherry JD, eds., WB Sauders Co., Philadelphia, 1998, pp 1839-65.

120.   Drews AL, Atmar RL, Glezen WP, Baxter BD, Piedra PA, Greenberg SB. Dual respiratory virus infections. **Clin Infect Dis** 1998;25:1421-9.

121.   Englund JA, Glezen WP, Thompson C, Anwaruddin R, Turner C, Siber GR. Haemophilus influenzae b-specific antibody in infants after maternal immunization. **Pediatr Infect Dis J** 1997; 16:1122-30.

122.   Glezen WP. Editorial: Prevention of Neonatal Tetanus. **Am J Public Health** 1998; 88:871-2.

123.   Glezen WP. Commentary on: Isolation of the respiratory syncytial virus from a patient with pneumonia (1960), by Daniel S. Rowe and Richard H. Michaels. **Pediatrics** 1998; 102(part 2):231-3.

124.   Englund J, Glezen WP, Piedra PA. Maternal immunization against viral disease. **Vaccine** 1998; 16:1456-63.

125.   Glezen WP. Respiratory Syncytial Virus. In: **Principles & Practice of Medical Therapy in Pregnancy**, 3rd Ed.        Gleicher N, ed., Appleton & Lange, Stamford, CN, 1998, pp. 785-7.

126.   Glezen WP, Alpers M. Maternal immunization. **Clin Infect Dis** 1999; 28:219-24.

127.   Glezen WP. Influenza control: Unfinished business. Editorial. **JAMA** 1999;281:944-5.

128.   Nichol KL, Mendelman PM, Mallon KP, Jackson LA, Gorse GJ, Belshe RB, Glezen WP, Wittes J. Effectiveness of live, attenuated influenza virus vaccine in healthy, working adults: A randomized trial. **JAMA** 1999;282:137-44.

129.   Glezen WP, Greenberg SB, Atmar RL, Piedra PA, Couch RB. Impact of respiratory virus infections on persons with chronic underlying conditions. **JAMA** 2000; 283:499-505.

130.   El-Sahly HM, Atmar RL, Glezen WP, Greenberg SB. Spectrum of clinical illness in hospitalized patients with "common cold" virus infections. **Clin Infect Dis** 2000; 31:96-100.

131.   Glezen WP. Prevention of acute otitis media by prophylaxis and treatment of influenza virus infections. **Vaccine** 2001; 19 (suppl):S56-S58.

132.   Mbawuike IN, Wells J, Byrd R, Cron SG, Glezen WP, Piedra PA. HLA-restricted CD8+ cytotoxic T lymphocyte, interferon-gamma, and interleuken-4 responses to respiratory syncytial virus infection in infants and children. **J Infect Dis** 2001; 183:687-96.

133.   Reichert TA, Sugaya N, Fedson DS, Glezen WP, Simonsen L, Tashiro M. The Japanese experience with vaccinating school children against influenza. **New Engl J Med** 2001; 344:889-896.

134.   Glezen WP. The new nasal spray influenza vaccine. Pediatr Infect Dis J 2001; 20: 731-2.

135.   Santosham M, Englund JA, McInnes P, Croll J, Thompson CM, Croll L, Glezen WP, Siber GR. Safety and antibody persistence following Haemophilus influenzae type b conjugate or pneumococcal polysaccharide vaccines given before pregnancy in women of childbearing age and their infants. **Pediatr Infect Dis J** 2001; 20:931-40.

136.   Glezen WP. Maternal vaccines. **Primary Care: Clinics in Office Practice** 2001; 28:791-806.

137.   Munoz FM, Englund JA, Cheesman CC, Maccato ML, Pinell PM, Nahm MH, Mason EO, Kozinetz CA, Thompson RA, Glezen WP: Maternal immunization with pneumococcal polysaccharide vaccine in the third trimester of gestation. **VACCINE** 2002 [Dec 2001]; 20:826-37.

   138.   Gaglani M, Riggs M, Kamenicky C, Glezen WP: A computerized reminder strategy is effective for annual influenza immunization of children with asthma or reactive airway disease. **Pediatr Infect Dis J** 2001; 20:1155-60.

   139.   Treanor JJ, Glezen WP, Reisinger KS. Influenza: new options for prevention and treatment. **Infect in Med** 2002; 19:66-71.

   140.   Smith CB, Cox NJ, Subbarao K, Taber LH, Glezen WP: Molecular epidemiology of influenza A(H3N2) virus reinfections. **J Infect Dis** 2002; 185:980-5.

   141.   Piedra PA, Gaglani M, Herschler G, Riggs M, Griffith M, Kozinetz C, Glezen WP: Safety and effectiveness of the trivalent, cold-adapted influenza vaccine (CAIV-T) in children. **Options for the Control of Influenza IV**, International Congress Series 1219, Elsevier Science B.V., Amsterdam, 2001, pp. 939-943.

   142.   Reichert TA, Sugaya N, Fedson DS, Glezen WP, Simonsen L, Tashiro M: Measuring the effect

of influenza vaccine programs – the Japanese schoolchildren experience revisited. **Options for the Control of Influenza IV**, International Congress Series 1219, Elsevier Science B.V., Amsterdam, 2001, pp. 647-653.

143. Glezen WP: Influenza vaccination for healthy children. **Current Opinion in Infectious Diseases** 2002; 15:283-287.

144. Glezen WP: Epidemiology and disease burden of influenza infection in children. **Advanced Studies in Medicine** 2002; 2:295-300.

145. Glezen, WP (Guest Editor): Influenza Virus in Pediatric Patients. **Seminars in Pediatr Infect Dis** 2002; 13:69-70.

146. O'Donnell FT, Munoz FM, Atmar RL, Hwang LY, Demmler GJ, Glezen WP: Epidemiology and molecular characterization of co-circulating influenza A/H3N2 virus variants in children: Houston, Texas, 1997-98. **Epidemiol Infect** 2003; 130:521-31.

147. Yu J, Briles DE, Englund JA, Hollingshead SK, Glezen WP, Nahm MH: Immunogenic protein comtaminants in pneumococcal vaccines. **J Infect Dis** 2003; 187:1019-23.

148. Glezen WP: Effect of maternal antibodies on the infant immune response. **Vaccine** 2003; 21:3389-92.

149. Glezen WP: Commentary: Session IV. Ethical, liability and regulatory issues. **Vaccine** 2003; 21:3502.

150. Munoz FM, Glezen WP, Piedra PA: Safety and immunogenicity of respiratory syncytial virus purified fusion protein-2 vacccine in pregnant women. **Vaccine** 2003; 21:3465-7.

151. Englund JA, Glezen WP: Maternal immunization with *Haemophilus influenzae* type b vaccines in different populations. **Vaccine** 2003; 21:3455-9.

152. Nahm MH, Glezen P, Englund J: The influence of maternal immunization on light chain response to *Hemophilus influenzae* type b vaccine. **Vaccine** 2003; 21:3393-7.

153. Halloran ME, Longini IMJr, Gaglani MJ, Piedra PA, Chu H, Herschler GB, Glezen WP: Estimating efficacy of trivalent, cold-adapted, influenza virus vaccine (CAIV-T) against influenza A(H1N1) and B using surveillance cultures. **Am J Epidemiol** 2003; 158:305-11.

154. Gaglani MJ, Peidra PA, Herschler GB, Griffith ME, Kozinetz CA, Riggs MW, Fewlass C, Halloran ME, Longini IMJr, Glezen WP: Direct and indirect effectiveness of the intranasal, live-attenuated, trivalent, cold-adapted, influenza virus vaccine (CAIV-T) against the 2000-2001 influenza A(H1N1) and B epidemic in healthy children. **Arch Pediatr Adoles Med** 2004; 158:65-73.

155. Glezen WP. Intranasal influenza vaccine. **Vaccines: Children & Practice** 2003; 6:26-7.

156. Piedra PA, Jewell AM, Cron SG, Atmar RL, Glezen WP: Correlates of immunity to respiratory syncytial virus (RSV) associated-hospitalization: establishment of minimum protective threshold levels of serum neutralizing antibodies. **Vaccine** 2003; 21:3479-82.

157. Glezen WP. Control of influenza. **Tex Heart Inst J** 2004; 31:*in press*.

**ABSTRACTS PUBLISHED**

1.      Curnen EC, Tenabe E, Glezen WP, Koomen J and London AH. An epidemic of aseptic meningitis attributed to coxsackie B5 virus. **AMA J Dis Child** 96:571, 1958.

2.      Glezen WP, Swanton MD and Curnen EC. Acute inclusion encephalitis. **So Med J** 53:1640, 1960.

3.      Glezen WP, Lamb GA and Chin TDY. Quantitative relationship of preexisting antibodies to the excretion of attenuated poliovirus. **J Pediatr** 65:1103, 1964.

4.      Glezen WP, Thornburg G, Chin TDY and Wenner HA. Significance of mycoplasma in respiratory infections in children. **J Pediatr** 67:11016, 1965.

5.      Clyde WA Jr, Glezen WP, Sheaffer CI, Senior RJ and Denny FW.  Association of mycoplasmataceae, bacteria and viruses with acute pharyngitis in children. **J Pediatr** 69:980, 1966.

6.      Sarubbi FA, Sparling PF, Glezen WP and Poirier TC. Herpes simplex encephalitis. **Clin Res** 20:54, 1972.

7.      Loda FA, Glezen WP, Collier AM, Denny FW. Recurrent respiratory syncytial virus infections. **Clin Res** 20:122, 1973.

8.      Loda F, Collier AM and Glezen WP. Nasal carriage of Diplococcus pneumoniae in young children. **Clin Res** 21:122, 1973.

9.      Glezen WP, Graham JB, Fernald GW. Experimental infection with parainfluenza virus Type 3 in hamsters. **American Society for Microbiology** 1973.

10.      Glezen WP, Collier AM and Loda FA. Significance of pneumococci and Hemophilus influenzae cultured from the nasopharynx of children. **Pediatr Res** 8:425, 1974.

11.      Glezen WP, Fernald GW. Effect of passive antibody on experimental infection with parainfluenza virus Type 3 (para 3). **Pediatr Res** 8:425, 1974.

12.      Fernald GW, Glezen WP. Primary infections with Herpesvirus hominis Type 1 in university students. **Clin Res** 22:440 A, 1974.

13.      Puck JM, Glezen WP and Frank AL. Protection of infants from influenza A infection by transplacentally acquired antibody. **Current Chemotherapy and Infectious Diseases**, American Society for Microbiology 2:1205-1206, 1980.

14. Glezen WP. Differential skin testing for the diagnosis of mycobacterial infections in children presented at the XXIII rd. Conference of the **International Union Against Tuberculosis**, Mexico City, September 22-26, 1975.

15.      Paredes A, Taber LH and Glezen WP. Significance of influenza A in lower respiratory disease (LRD) in infants and young children. Presented at the 16th **Interscience Conference on Antimicrobial Agents and Chemotherapy**, Chicago, October 27-29, 1976.

16.      Glezen WP, Couch RB and MacLean R. Some epidemiological observations of influenza in Houston presented at the 49th Annual Meeting of the **American Epidemiological Society** Baltimore, April 29 - May 1, 1976.

17.      Glezen WP, Couch RB and Aldridge C. Epidemic influenza B virus infections in Houston, 1977, 17th **Interscience Conference on Antimicrobial Agents and Chemotherapy**, New York, October 12-14, 1977.

18.      Taber LH, Paredes A, Glezen WP and Nix M. Influenza A infection and illness in families. 17th

**Interscience Conference on Antimicrobial Agents and Chemotherapy**, New York, October 12-14, 1977.

19.     Glezen WP, Paredes A and Taber LH. Pathogenesis of respiratory syncytial (RS) virus bronchiolitis in infants. **Pediatr Res** 12:492, 1978.

20.     Frank AL, Webster RG, Glezen WP, Cate TR. Trial of A/USSR Influenza virus hemagglutinin and neuraminidase subunit vaccine in young adults. **Current Chemotherapy and Infectious Diseases**, American Society for Microbiology 2:1337-1338, 1980.

21.     Taber LH, Frank AL, Glezen WP. Longitudinal observation of families during sequential epidemics of influenza A H3N2 viruses. **Current Chemotherapy and Infectious Diseases**, American Society for Microbiology 2:1356-1357, 1980.

22.     Glezen WP, Frank AL and Taber LH. Risk of respiratory syncytial (RS) and parainfluenza Type 3 (para 3) infection in young children. **Pediatr Res** 15:1011, 1981.

23.     Frank AL, Taber LH and Glezen WP. Influenza B in families. **Pediatr Res** 15:1006, 1981.

24.     Perrotta D and Glezen WP. Serious morbidity due to acute respiratory disease associated with epidemic influenza. **Am J Epidemiol** 116:557, 1982.

25.     Glezen WP, Six HR, Frank AL, Taber LH, Perrotta DM, and Decker M. Impact of epidemics upon communities and families. **In Options for Control of Influenza**. UCLA Symposia, J Cell Biochem Suppl 9C:278, 1985.

26.     Glezen WP. Epidemiology of respiratory syncytial virus. **Viratek Symposium**, LaGuna Beach, California, June 13-14, 1985.

27.     Perrotta DM, Decker M, Glezen WP. Underlying conditions and mortality of persons hospitalized with acute respiratory disease during influenza epidemics. Presented at the 58th Annual Meeting of the **American Epidemiological Society**, Houston, Texas, March 21-22, 1985.

28.     Glezen WP, Six HR, Keitel WA, Gruber W, Taber LH. Age distribution of persons with influenza A (H1N1) infections. **Twenty-fifth Interscience Conference on Antimicrobial Agents and Chemotherapy**, Minneapolis, Minnesota, September 29 - October 2, 1985, pp. 271.

29.     Glezen WP. Clinically important viral diseases. In Symposium I. Chemotherapy of Viral Respiratory Diseases at the **Annual Conference of the InterAmerican Society for Chemotherapy**, Tampa, Florida, December 9, 1985.

30.     Clover RD, Crawford SA, Abell TD, Ramsey CN Jr, Glezen WP, Couch RB. Rimantadine prophylaxis of children. In: **Options for the Control of Influenza**, Kendal, A.P. and Patriarcha, P.A. (eds.), UCLA Symposia on Molecular and Cellular Biology, New Series, Vol. 36, Alan R. Liss, Inc., New York, N.Y., 1986, pp. 327.

31.     Gruber WC, Taber LH, Glezen WP, Clover RD, Abell TO, Demmler RW. Evaluation of live attenuated and inactivated influenza vaccine in school-aged children. 27th **Interscience Conference on** Antimicrobial Agents and Chemotherapy, New York, NY, April, 1987.

32.     Kasel JA, Walsh EE, Taber EE, Frank AL, Baxter B, Glezen WP. Relationship of infection with respiratory syncytial virus (RSV) in children to serum antibodies to envelope proteins. 27th **Interscience Conference on Antimicrobial Agents and Chemotherapy**, New York, NY, April, 1987.

33.     Glezen WP, Six H, Falcao O, Shriver D, Hinkley C. Passive immunization of infants for H. influenzae type b by maternal immunization with PRP. Twenty-ninth **Interscience Conference on**

**Antimicrobial Agents and Chemotherapy**, Houston, TX, Sept., 1989, pp. 173.

34.     Glezen WP. Anatomy of an urban influenza epidemic. **Options for the Control of Influenza II**, in Courcheval, France, September 28, 1992.

35.     Glezen WP, Taber LH, Gruber WC, Piedra PA, Clover RD, Demmler RW, Couch RB. Family studies of vaccine efficacy in children: comparison of protection provided by inactivated and attenuated influenza vaccines. **Options for the Control of Influenza II**, Courchevel, France, September 30, 1992.

36.     Suara RO, Mulholland EK, Glezen WP, Njie J, Siber GR, Anwaruddin R, Thompson C, Dianan L, Roberton D, Greenwood BM: Maternal immunization with H.Influenzae type b PRP-T conjugate vaccine in The Gambia, West Africa. **Pediatr Res** 1994;35:122A.

37.     Glezen WP, Taber LH. Influenza virus infection in the first year of life. **Options for the Control of Influenza III**, Cairns, Australia, May 6, 1996, p 60 (abstr).

38.     Bender CA, Glezen WP, Cox NJ. Reinfection with influenza A H3N2 among children, 1980-1988. **Options for the Control of Influenza III**. Cairns, Australia, May 7, 1996, p 74 (abstr).

39.   Glezen WP, Atmar RL, Falcao O, Couch RB. Respiratory virus infections in patients hospitalized with acute respiratory conditions. **34th Annual Meeting of the Infectious Diseases Society of America**, New Orleans, September 19, 1996

40.     Glezen WP. Prevention of infections in early infancy by maternal immunization. **Acute Respiratory Infections in Children: Prospects for Prevention** at Fondation Marcel Merieux in Annecy, France, October 14, 1999

41.      Munoz FM, Piedra PA, Maccato M, Kozinetz C, Glezen WP: Safety and immunogenicity of respiratory syncytial virus (RSV) Purified Fusion Protein-2 (PFP-2) vaccine in pregnant women. **Clin Infect Dis** 2001;33:1089. [Presented at IDSA on October 26, 2001]

42.     Gaglani MJ, Piedra PA, Herschler GB, Griffith ME, Kozinetz CA, Glezen WP: Effectiveness of the trivalent, cold-adapted, influenza virus vaccine (CAIV-T) against the 2000-2001 influenza A(H1N1) epidemic in a community-based, non-randomized open-label trial in healthy children. **Pediatr Res** 2002; 51:281A. [presented at APS-SPR May 6, 2002]

43.     Piedra PA, Gaglani MJ, Kozinetz C, Glezen WP: Indirect effectiveness (herd immunity) from intranasal cold-adapted, influenza vaccine – trivalent (CAIV-T) given to children 1.5 to 18 years of age, 1998-2001. **Fifth Annual Conference on VACCINE Research**, Baltimore, May 6, 2002

44.     Glezen WP: Maternal Immunization. **Conference on Vaccines, Prevention and Public Health: A Vision for the Future.** Pan American Health Organization Centennial, Washington DC, November 26, 2002.

45.     Glezen WP: Effect of maternal antibodies on the infant immune response. **International Symposium on Protection of Newborns through Maternal Immunization.** Les Pensieres, Veyrier du Lac, near Annecy, France, 8-11 December, 2002.

46.     Munoz FM, Piedra PA, Schoonover SL, Jewel AM, Glezen WP: Maternal immunization with respiratory syncytial virus (RSV) vaccine – effect on breast milk antibodies. **Pediatr Res** 2003;53:335A. **American Pediatric Society-Society for Pediatric Research**, Seattle, May 4, 2003.