IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTER DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| LUANN PARKER, | : | CASE NO.: C-1-00-766 |
| | : | |
| Plaintiff | : | JUDGE Suan J. Dlott |
| | : | |
| V. | : | PLAINTIFF'S MOTION FOR |
| | : | EXTENSION TO RESPOND |
| AVENTIS S.A., et al., | : | TO THE DEFENDANTS' |
| | : | MOTION FOR SUMMARY |
| Defendant | : | JUDGMENT |

Now comes Plaintiff Luann Parker, by and through counsel, and respectfully moves this honorable Court for sixty days extension to file her response to the Defendants' Motion for Summary Judgment. This case involves complicated scientific issues; Plaintiff was examined by Defendants' physician on June 10, 2004, but no report has been issued, and Defendants have no objection to this extension.

Respectfully Submitted,

/S/ Firooz T. Namei
Firooz T. Namei (0018615)
Attorney for Respondent
McKinney & Namei Co., L.P.A.
*Ratio et Fides*
15 E. Eighth St.
Cincinnati, Ohio 45202
Phone:        (513) 721-0200
Facsimile:    (513) 632-5898

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing Plaintiff's Motion for extension was served upon the defendant's counsels Mr. John J. Siciliano, SHUMAKER, LOOP & KENDRICK, LLP, 1000 Jackson Toledo, OH 43624-1573 on this 22nd day of June 2004, by regular U.S. mail.

                                      /S/ Firooz T. Namei
                                      Firooz T. Namei