Granted
Susan J. Dlott
8/30/04

IN THE UNITED STATES DISTRICT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| LUANN PARKER, | : | CASE NO.: C-1-00-766 |
| Plaintiff, | : | JUDGE Susan J. Dlott |
| V. | : | PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO |
| AVENTIS S.A., et al., | : | RESPOND TO THE DEFENDANT'S MOTION FOR SUMMARY |
| Defendant. | : | JUDGMENT |

Now comes Plaintiff Luann Parker, by and through counsel, and respectfully moves this honorable Court for 30 days extension to file her response to the Defendant's Motion for Summary Judgment.

This case involves complicated scientific issues. Ms. Parker was diagnosed with "encephalitis following a flu shot" by her treating physician at Bethesda North Hospital on October 25, 1998. That diagnosis was reaffirmed two days later at her second hospitalization. Her neurologist later consulted "CDC" (Center for Disease Control) in Atlanta; an expert at the CDC confirmed the diagnosis. On December 29, 1998 Ms. Parker was transferred to The Cleveland Clinic. An expert there after eliminating all other causes for her illness, diagnosed her case as ADEM (Acute Disseminated Encephalomyelitis) caused by her flu shot. Finally Dr. David Griesemer, Chair of the Department of Neurology at the University of South Carolina Medical School reviewed all of Ms. Parker's medical records including her MRIs. His diagnosis: ADEM caused by the flu shot.

Defendant argues that since there is no epidemiological study linking flu shots with ADEM, Plaintiff's case should be dismissed. Defendant has had Ms. Parker examined by its own