IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **LUANN PARKER,** | : | Case No. C-1-00-766 |
| Plaintiff, | : | |
| | : | JUDGE Susan J. Dlott |
| v. | : | |
| | : | **LIST OF EXHIBITS ATTACHED** |
| **AVENTIS PASTEUR INC.,** | : | **MEMORANDUM IN** |
| Defendant. | : | **OPPOSITION TO DEFENDANT'S** |
| | : | **MOTION FOR SUMMARY** |
| | : | **JUDGMENT** |

Exhibit 1 - Affidavit of Dr. Scott E. Woods, M.D., M.P.H., M.Ed., F.A.A.F.P. and his Curriculum Vitae.

Exhibit 2 - Office Records of Stephen Brewer, M.D., Emergency Room Report October 13, 1998.

Exhibit 3 - Office Records of Stephen Brewer, M.D., October 15, 1998. Letter from Dr. Rorick to Dr. Brewer.

Exhibit 4 - Hospital Records of Luann Parker at Bethesda North Hospital, 10/21/98 - 10/25/98.

Exhibit 5 - Hospital Records of Luann Parker at Bethesda North Hospital, 10/28/98 - 11/9/98.

Exhibit 6 - Hospital Records of Luann Parker at Bethesda North Hospital, 11/10/98

Exhibit 7 - Hospital Records of Luann Parker at Bethesda North Hospital, 11/14/98.

Exhibit 8 - Hospital Records of Luann Parker at Bethesda North Hospital, 12/26/98.

Exhibit 9 - Hospital Records of Luann Parker at Bethesda North Hospital, 1/5/99.

Exhibit 10 - Affidavit of Dr. David A. Greisemer, M.D. and his Curriculum Vitae.

Exhibit 11 - Defendant's Neurological Expert Report

## AFFIDAVIT OF SCOTT E. WOODS MD, MPH, M.Ed., FAAFP

Hamilton County, Ohio

Scott E. Woods MD, MPH, M.Ed., FAAFP, being under oath or affirmation, says:

1. I am a physician licensed to practice medicine in the State of Ohio.

2. I am board certified by American Board of Family Practice.

3. I received Masters Degree in Public Health in Epidemiology from The University of North Carolina at Chapel Hill.

4. I am the Director of Epidemiology at Bethesda Family Medicine Residency Program.

5. The attached *curriculum vitae* accurately depicts my professional qualifications.

6. It is my opinion based upon reasonable scientific and medical certainty that influenza vaccine for a given year is not amenable to prospective epidemiological studies specifically for rare adverse effects.

WITNESS affiant's signature on this __23rd__ day of September 2004.

_____
{Signature of affiant}

Sworn and subscribed before me a notary public in and for the State of Ohio on the date shown above

_____

MICHELE LOUISE MAGNUS
Attorney at Law
Notary Public, State of Ohio
My Commission Has No Expiration
Section 147.03 R.C.

**EXHIBIT**

1

**Curriculum Vitae**

# Scott E. Woods MD, MPH, M.Ed., FAAFP

liverdoctor@yahoo.com

Home Address:                                    Birthplace: Cincinnati, Ohio
6644 San Mateo Drive                             Birthdate: December 11, 1960
Cincinnati, Ohio 45069                           Spouse: Celina Woods
(513) 759-9105                                    Children: Kasi & Amy

## Lifelong Professional Goal

To be the inspirational leader of a family practice residency program.

## Current Professional Position

Bethesda Family Practice Residency Program                        1999-present

Director of Epidemiology
Director of Recruitment
4411 Montgomery Rd, Suite 200, Cincinnati, Ohio 45212
Large research, teaching and patient care responsibilities in a 6-6-6 program.
Research Interest: The influence of gender & race on health outcomes.

Surgical Faculty, Good Samaritan Hospital General Surgical Residency Program
2000-present
Large research and lecturing responsibilities

Primary Investigator, SELECT Trial, Bethesda Hospital Study Center.          2000-2012

Large randomized clinical trial to prevent prostate cancer, sponsored by the NCI

## Previous Professional Positions

The University of North Carolina at Chapel Hill, Adjunct Clinical Instructor          1995-1999

Patient care, research and teaching responsibilities.

Cary Primary Care, Private practice, Cary, North Carolina
1995-1999
Full spectrum family practice

## Fellowships

NRSA Primary Care Research Fellowship, (PGY 6 – 8)          1992-1995

The University of North Carolina at Chapel Hill

Robert Wood Johnson Core Curriculum
Three-year research fellowship sponsored by the National Institute of Health

Faculty Development Fellowship (PGY 5)                                    1991-1992

Duke University Medical Center
Department of Family Medicine
Full-time fellowship with teaching, patient care, administrative and research responsibilities.

## Residency

Chief Resident (PGY 4), Bethesda Hospital, Cincinnati, Ohio                1990-1991

Junior faculty position as an attending physician.

Resident in Family Medicine, Bethesda Hospital, Cincinnati, Ohio          1987-1990

Diplomat of the American Board of Family Practice                         1990-1997

    Recertified, ABFP                                  1997-2004

    Recertified, ABFP                                  2004-2011

Diplomat of the National Board of Medical Examiners                       1988
Medical License, State of Ohio                                            1988-present

## Education

Masters in Education in Curriculum and Instruction                        1993-1998

The University of North Carolina at Chapel Hill
Thesis: A Qualitative Evaluation of the Faculty Development Fellowship at UNC (published)

Masters in Public Health in Epidemiology
1992-1995
The University of North Carolina at Chapel Hill
Thesis: Collegial Networking and Faculty Vitality: A case-control study (published)

Doctor of Medicine                                                        1983-1987

The University of Cincinnati College of Medicine
Graduated in top third of class

Bachelor of Science in Biochemistry                                       1979-1983

Xavier University, Magna Cum Laude

Thesis: Zinc radioactivity and its deposition in fish organ systems

## Publications

Woods S, Smith JM, Sohail S, Sarah A, Engle A. The Influence of Type 2 Diabetes Mellitus in Patients Undergoing Coronary Artery Bypass Graft Surgery: An Eight-year Prospective Cohort Study. Chest 2004 (In press).

Woods S, Smith JM, Engle A, Hiratzka L. Predictors of Stroke in Patients Undergoing Coronary Artery Bypass Graft Surgery: A Prospective, Nested, Case-Control Study. J Stroke Cerebrovascular Dis. 2004 (in press).

Lewis C, Woods S, Lohr J, Poynter M, Engel A, Rusche J. *Level of Education and Patient Opinion: Significant Differences in Perceptions of Health Care*. Current Surgery. 2004 (In press).

Nash A, Woods S, Awada S. *Pheochromocytoma*. Resident and Staff Physician. 2004 (In press).

Silva W, Kleeman S, Segal J, Pauls R, Woods S, Karram M. *Effects of A Full Bladder and Patient Positioning of Pelvic Organ Prolapse Assessment*. Obstetrics and Gynecology 2004 (In press).

Berson, A, Smith JM, Woods S, Hasselfeld K, Hiratzka L. *Off-pump versus on-pump coronary artery bypass surgery: does the pump influence outcomes*? J Am Coll Surg 2004;199:102-108.

Recht M, Smith JM, Woods S, Engle A, Hiratzka L. *Predictors and outcomes of gastrointestinal complications in patients undergoing coronary artery bypass graft surgery: A prospective, nested case-control study.* J Am Coll Surg 2004;198:742-747.

Powell, K, Smith JM, Woods S, Hendy MP, Engle A. *Coronary Artery Bypass Grafting in Patients with Dialysis-Dependent End Stage Renal Disease.* J Card Surg 2004 (In press).

Woods S, Heidari Z. *The influence of gender on patient satisfaction.* J Gender-specific Med 2003;6:30-35.

Awaida JP, Woods S, Doerzbacher M, Gonzales Y, Miller T. *Four Cut Sinus CT in Screening for Sinus Disease.* Southern Medical Journal 2004;97:18-20.

Woods S, Smith JM, Engel A, Hiratzka L. *Predictors of Stroke in Patients Undergoing Coronary Artery Bypass Graft Surgery: A Prospective, Nested, Case-Control Study.* Chest 2003;124(4):159s.

Recht M, Smith JM, Woods S, Engle A, Hiratzka L. *Predictors and outcomes of gastrointestinal complications in patients undergoing coronary artery bypass graft surgery: A prospective, nested-case-control study.* Chest 2003;124 (S):159s.

Woods S, Smith JM, Engel A, Hiratzka L. *Predictors of Stroke in Patients Undergoing Coronary Artery Bypass Graft Surgery: A Prospective, Nested, Case-Control Study*. Circulation 2003;107:e131.

Woods S, Narayanan K, Engel A. *Colon Cancer and Gender: Do we find the disease earlier in either Sex?* J Women's Health 2003;12;425.

Avelar E, Woods S, Doerzbacher M, Gonzales Y. *The Influence of Multiple variables on the Prevalence of aspirin Prescribing in Patients with known Coronary Artery Disease*. HEARTDRUG 2003;3:82-86.

Awada S, Grisham A, Woods S. *A Large Dopamine-secreting Pheochromocytoma*. Southern Medical Journal 2003;96:914-917.

Woods S, Sorscher J, King J. *The Influence of Gender in Young Adults admitted for Asthma*. J Women's Health 2003;12:481-485.

Rivera E, Woods S. *The prevalence of asymptomatic C. difficile in a nursing home population*. J Gender-specific Med 2003;6[2]:27-30.

Woods S, Noble G, Smith JM, Hasselfeld K. *The Influence of Gender in Patients Undergoing Coronary Artery Bypass Graft Surgery: An eight-year prospective Hospitalized Cohort Study*. J Am Coll of Surg 2003; 196: 428-434.

Woods S. *What Cancer are you at Risk to Develop at your Age?* (Female) Vibrant Life 2002;6:8-13.

Rosenbaum C, Woods S, Hasselfeld K. *The correlation of the change in the International Normalized Ratio and the need to decrease the Dosage of Coumadin*. Orthopedics 2002;25:1359-1363.

Berson, A, Smith JM, Woods S, Hasselfeld K, Hiratzka L. *Off-pump versus on-pump coronary artery bypass surgery: does the pump influence outcomes?* Chest 2002;122:40S.

Woods S, Smith JM, Noble G, Hasselfeld K, Hiratzka L. *The Influence of Gender in Patients undergoing Coronary artery Bypass Surgery*. Chest 2002;122:97S.

Johnson M, Smith JM, Woods S, Hendy MP, Hiratzka L. *Cardiac Surgery in Octogenarians: Does age alone influence outcomes?* Chest 2002;122:41S.

Berson, A, Smith JM, Woods S, Hasselfeld K, Hiratzka L. *Off-pump versus on-pump coronary artery bypass surgery: does the pump influence outcomes?* J Am Coll Surg 2002;195:s24.

Smith JM, Woods S, Hasselfeld K, Engel A, Hiratzka L. *The Influence of Race in Patients undergoing Coronary artery Bypass Surgery: A Prospective Hospitalization Study*. Circulation 2002;102:P116.

Woods S, Smith JM, Noble G, Hasselfeld K, Hiratzka L. *The Influence of Gender in*

*Patients undergoing Coronary artery Bypass Surgery.* Circulation 2002;102:P89.

King J, Woods S, Sorscher J. *The Influence of Gender in Young Adults admitted for Asthma.* J Women's Health & Gender-Based Med 2002;11:317(P-4).

Woods S. *The Influence of Gender in Patients undergoing Coronary artery Bypass Surgery: A Prospective Hospitalization Study.* J Women's Health & Gender-Based Med 2002;11:317 (P-1).

Weinberg E, Woods S, Grannan K, Hendy MP. *The Influence of the Gender of the Surgeon on Surgical Procedure Preference for Breast Cancer.* Amer Surg 2002;68:398-400.

Woods S. *What Cancer are you at Risk to Develop at your Age?* (Male) Vibrant Life 2002;3:24-28.

Woods S, Chandran P. *The Influence of Gender on Cardiovascular Outcomes in Patients with an Acute Myocardial Infarction: A Hospitalized Cohort Study.* J Fam Prac 2002;51:237-240.

Woods S. *Preventing Prostate Cancer for our Sons and Grandsons: Can Selenium and Vitamin E lower the risk?* Vibrant Life 2002;1:22-23.

Powell, K, Smith JM, Woods S, Hendy MP. *Coronary Artery Bypass Grafting in Patients with Dialysis-Dependent End Stage Renal Disease.* J Am Coll Card 2002;39:418A.

Woods S. *A Qualitative Assessment of One Cohort from the University of North Carolina Faculty Development Fellowship.* Fam Med 2002;34:128-133.

Woods S., Raju U. *Maternal Smoking and the Risk of Congenital Birth Defects*: A Cohort Study. J Amer B Fam Pract 2001;14:330-4.

Woods S. *Reply, Letter to the Editor.* J Amer B Fam Pract 2002;15:85-86.

Woods S. *Can Aspirin Prevent Coronary Heart Disease in Women?* Women's Health in Primary Care    1998;1:210-220.

Woods S., Reid A., Arndt J., Curtis P., Stritter F. *Collegial Networking and Faculty Vitality.* Fam    Med 1997;29:45-49.

Woods S., Griggs G. *A Curriculum for Teaching Faculty Budgeting and Financial Management Skills.* Fam    Med 1994;26:587-589.

Lewis D., Woods S. *Fetal Alcohol Syndrome.* American Family Physician 1994;50:1025-1032.

Woods S. *Aspirin and the Primary Prevention of Myocardial Infarction in Women*. Arch Fam Med.        1994;3:361-364.

Woods S., Hitchcock M., Meyer A. *Alcoholic Hepatitis*. American Family Physician 1993;47:1171- 1178.

Meyer A., Woods S. *Hepatitis*. Monograph, American Family Physician Home Self Assessment,     No. 163, 1992.

Woods S., Colon F. *Wilson's Disease*. American Family Physician 1989;40:171-178.

# Research Presentations

"The Influence of Gender in patients diagnosed with Colon Cancer." The Society of Teachers of Family Medcine Annual spring convention. Toronto, Canada May 13 – May 16, 2004.

"Predictors of Stroke in patients undergoing CABG surgery" Chest, Orlando, FL October 28-30,2003.

"Predictors and outcomes of gastrointestinal complications in patients undergoing coronary artery bypass graft surgery: A prospective, nested case-control study." Chest, Orlando, FL,  October 28-30,2003.

"The Influence of Gender in patients diagnosed with Colon Cancer." AAFP Scientific Assembly.  New Orleans, Oct 1 – Oct 6, 2003.

"The Influence of Gender in patients diagnosed with Colon Cancer." 11th Annual Congress on Women's Health.  Hilton Head Island.  May 30 – June 2, 2003.

"Predictors of Stroke in patients undergoing CABG surgery" American Heart Association Asia Pacific scientific Forum, Honolulu, Hawaii, June 8-10,2003.

"The Influence of Gender on Cardiovascular Outcomes in Patients Undergoing CABG surgery: A Hospitalized Cohort Study." NAPCRG, New Orleans, LA, November 17-20, 2002.

"The Influence of Gender on Cardiovascular Outcomes in Patients Undergoing CABG surgery: A Hospitalized Cohort Study." American College of Chest Physicians, San Diego, CA November 4 –8, 2002.

"Cardiac Surgery in Octogenarians: Does Age Alone Influence Outcomes?."American College of Chest Physicians, San Diego, CA November 4 –8, 2002.

"Off-pump Versus On-pump Coronary Artery Bypass surgery: Does the pump Influence Outcome." American College of Chest Physicians, San Diego, CA November 4 – 8, 2002.

"Off-pump Versus On-pump Coronary Artery Bypass surgery: Does the pump Influence Outcome." American College of Surgery, San Francisco, CA, October 6-10, 2002.

"The Effect of Race on CABG Surgery" 4th Scientific Forum on Quality of Care and Outcomes research in Cardiovascular Disease and Stroke.  American Heart Association, October 13, 2002, Washington DC

"The Influence of Gender in Patients undergoing CABG Surgery: A hospitalized Cohort Study" 4th Scientific Forum on Quality of Care and Outcomes research in Cardiovascular Disease and Stroke.  American Heart Association, October 13, 2002, Washington DC

"The Influence of Gender on Cardiovascular Outcomes in Patients Undergoing CAGB surgery: A Hospitalized Cohort Study." Congress on Women's Health, Hilton Head Island, SC May 18-21, 2002.

"The Influence of the Gender of the Surgeon on surgical procedure preference for breast cancer." Congress on Women's Health, Hilton Head Island, SC May 18-21, 2002.

"Coronary artery by-pass surgery in patients with dialysis dependent end-stage renal failure: A nested case-control study."  Amer Coll of Card, Atlanta, GA March 14-17, 2002.

"Maternal Smoking and the Risk of Congenital Birth Defects." AAP Annual Spring Conference, San Francisco, CA,  October 19-24, 2001.

"The Influence of Gender on Cardiovascular Outcomes in Patients with an Acute Myocardial Infarction: A Hospitalized Cohort Study." AAFP  Scientific Assembly, Atlanta, GA,  October 3 -7, 2001.

"The Influence of Gender on Cardiovascular Outcomes in Patients Undergoing CAGB surgery: A Hospitalized Cohort Study." AAFP  Scientific Assembly, Atlanta, GA, October 3 -7, 2001.

"Maternal Smoking and the Risk of Congenital Birth Defects." STFM Annual Spring Conference, Denver Co, April 28 – May 2, 2001.

"The Influence of Gender on Cardiovascular Outcomes in Patients with an Acute Myocardial Infarction: A Hospitalized Cohort Study." STFM Annual Spring Conference, Denver CO, April 28 – May 2, 2001.

"The Influence of Gender on Cardiovascular Outcomes in Patients with an Acute Myocardial Infarction: A Hospitalized Cohort Study." Bristol-Myers Squibb National Family Medicine Research Forum, Ft. Lauderdale, Fl., December 3, 2000.

"International Medical Graduates in Family Practice Residency Programs: Facing Our Prejudice." 33rd Annual STFM Spring Conference, Orlando, Fl., May 5, 2000.

"Developing the Faculty Developer for Success Beyond 2000" 32nd Annual STFM Spring
Conference, Seattle,  April 28, 1999.

"Qualitative Case Study of the Faculty Development Fellowship at The University of
North           Carolina at Chapel Hill" 32nd Annual STFM Spring Conference, Seattle,
April 28, 1999.

"Career Dilemmas Encountered By Family Medicine Faculty"  Mead Johnson Family
Medicine           Research Forum, Ft. Lauderdale, Fl., December 3, 1992.


## Grant Support

American Cancer Society, Ohio Academy of Family Physicians,
$1000 Cancer Research/Resident Education Grant, 2004

Bethesda Foundation, $118,200 for Bethesda Family Practice Sports Medicine Fellowship
Start-up Funds, 2003.

Bethesda Foundation, $176,000 for "Chromium and Gestational Diabetes" 2003.

Southwest Ohio Association of Family Physicians, $500 for "The prevalence of
Assymptomatic C. diff. in a nursing home population" 2000.

Bethesda Foundation, $3500 for "The prevalence of assymptomatic C. diff. in a nursing
home population" 2000.

UNC Chapel Hill, School of Medicine, $6,000 for master's thesis, "Qualitative Case
Study of
the Faculty Development Fellowship at The University of North Carolina at
Chapel
Hill" 1997.


## Community Service

| | |
|---|---|
| Volunteer, Agape Corner, Durham, NC | 1993-1999 |
| Volunteer Physician SHACC Clinic, Chapel Hill, NC | 1992-1999 |
| Meals on Wheels, Community volunteer, Durham, NC | 1992 |
| Medical Director, Madison Place Volunteer Fire Department | 1989-1992 |
| Wyoming Volunteer Fire Department | 1976- |

1983
    Volunteer Fireman and Emergency Medical Technician

## Honors

Third Place, Attending Division, Forth Annual TriHealth Research Competition   2004

Nominee, Innovator Category, 7th Annual Health Care Heroes Awards   2004
    One of 53 healthcare professionals in the Cincinnati area nominated in one
    of six categories, sponsored by the Cincinnati Business Courier.

Fellow, American Academy of Family Physicians   2003

First place, Clinical Science Research Award   2003
    Ohio Chapter of the American College of Surgeons

Second Place Research Award, 11th Annual Congress on Women's Health   2003
    Hilton Head Island, May 2003.

First Place, Attending Division, Third Annual TriHealth Research Competition   2003

Teacher of the Year, Bethesda Family Practice Residency Program
2002

Second Place, American Academy of Family Physicians Scientific Assembly
2001
    Research Presentations Oct. 7, 2001, Atlanta, GA.

First Place, Attending Division, First Annual TriHealth Research Competition   2001

Teacher of the Year, Bethesda Family Practice Residency Program
2000

Finalist, Walter Kemp Award, American Family Physician
1995
    For *Fetal Alcohol Syndrome* 1994;50:1025-1032.

Letter of Commendation, Children's Hospital Medical Center   1985
    Cincinnati, Ohio

Honorary Fireman, City of Wyoming   1984

Magna Cum Laude, Xavier University   1983

Outstanding Leadership and Volunteer Service Award, City of Wyoming   1977

## Professional Affiliations

The Society of Teachers of Family Medicine                              1993-present

American Academy of Family Physicians
1983-present

## Activities and Hobbies

Antique sports cars (I own an original 1965 Mustang Fastback), music, running, and reading.

BETHESDA **TRIHEALTH** GOOD SAMARITAN
CINCINNATI, OHIO

ROOM # :  DER-N

**EMERGENCY ROOM REPORT**

**EXHIBIT**
**2**

| | | |
|---|---|---|
| **PATIENT NAME** | : | PARKER LUANN E |
| **CASE NUMBER** | : | 924208 |
| **DOCTOR** | : | KURT KNOCHEL, MD |
| **DICTATING DOCTOR** | : | |
| **REFERRING DOCTOR** | : | |
| **CONSULTING DOCTOR** | : | Brewer S. C. Fam Madeira Fam Pracmd, MD |

**DATE:**  10/13/98

**CHIEF COMPLAINT:**  Headache.

**HISTORY:**  A 52-year-old female yesterday had a headache that she saw her physician for. She said it actually started a couple of days ago, was gradual in onset. Had been to the neck and occipital scalp. Now today is localized in the right frontal area. It is sharp. She cannot identify any exacerbating or relieving factors. It does not feel like migraines that she has had in the past. She also has noted feeling numb over the whole body today, particularly in the hands. She could not identify any particular fingers that were more numb than any others. She has not noticed any weakness, but has noticed some difficulty in thinking, in that yesterday when she went to Wendy's, she just didn't realize that she would have to roll down her window to order a Coke and this morning when she was driving home, she couldn't decide how to drive into her driveway. It was just hard for her to judge where to turn. She has not noticed any problems like this in the past.

**PAST MEDICAL HISTORY:**  Is remarkable for diabetes and hypertension.

**CURRENT MEDICATIONS:**  Midrin, Adalat, Clonidine, and Glucotrol.

**ALLERGIES:**  She has an allergy to codeine, which is really a gastric intolerance.

**SOCIAL HISTORY:**  Lives at home.

**REVIEW OF SYSTEMS:**  No fevers, chills, chest pain, shortness of breath, focal numbness or weakness, leg pain or swelling.

**PHYSICAL EXAMINATION:**  A 52-year-old female in no apparent distress. Blood pressure: 145/83. Temp: 97.9°. Pulse: 76. Respirations: 20. Head: Normocephalic, atraumatic. ENT: The tympanic membranes and oropharynx are clear. Neck:  Supple, no jugular venous distention or bruits. Respiratory: Lungs clear. Cardiovascular: Heart regular rate and rhythm, no click, murmur, gallop, or rub. Abdomen:  Soft, nontender, no palpable masses, no hepatosplenomegaly. Extremities: Good peripheral pulses. Neurologic: Alert, oriented x 3. Cranial nerves 2-12 are normal. Ocular fundi are benign. Visual fields are intact to confrontation. Grip strength: Equal. No pronator drift. Cerebellar function intact, finger-to-nose. Leg strength: Symmetrical.

## BETHESDA TRIHEALTH GOOD SAMARITAN
### CINCINNATI, OHIO

ROOM # :

### EMERGENCY ROOM REPORT

PATIENT NAME     :   PARKER LUANN E
CASE NUMBER      :   924208
DOCTOR           :   KURT KNOCHEL, MD


Gait: Normal.

**ED COURSE:** Due to the patient's complaint of difficulty thinking along with the headache that was unusual for her, we did go ahead and get a CT of the head and that has shown some atrophy, which is a bit unusual for a lady of age 52. We also found her glucose to be elevated at 342.

**DISCHARGE INSTRUCTIONS:**  The case was discussed with Dr. Weiskittel, who is on call for Dr. Brewer, and the patient, at this point, will be given Vicodin for pain, is to follow up with him in the office in the next couple of days for further evaluation of the atrophy. There is a bit of concern that she may have an early dementia.

**ASSESSMENT:**  Headache.

**PLAN:** As above.

_____
KURT KNOCHEL, MD
    JSP
D: 10/13/98
T: 10/17/98

## BETHESDA HOSPITALS • CINCINNATI, OHIO

KER LUA
17
(ADDRESSOGRAPH)

**PRINCIPAL DIAGNOSIS.** The condition established after study to be chiefly responsible for occasioning the admission of the patient for care.

PRINCIPAL DIAGNOSIS EXPLAINING ADMISSION:

01/19/45

CODE

ONE DIAGNOSIS ONLY PLEASE

1. acute cerebritis

**SECONDARY DIAGNOSIS INCLUDING COMPLICATIONS (USE NO ABBREVIATIONS)** A diagnosis, other than the principal diagnosis, that describes a condition for which a patient receives treatment or which the physician considers of sufficient significance to warrant inclusion for investigative medical studies.

2. post influenza vaccine reaction

3.                                     7.

4.                                     8.

5.                                     9.

OPERATIONS AND/OR TREATMENT DURING ADMINISTRATION

EXHIBIT
4

EX

HOSPITAL COURSE, INCLUDING SIGNIFICANT EXAMINATIONS AND REPORTS        DATE _____

DISCHARGE INSTRUCTIONS AS PERTINENT:

☐ SEE DISCHARGE SUMMARY
DIET: ☒ Regular:
      ☐ Special:_____
ACTIVITY LIMITATIONS:
☐ None
☒ Explained to patient
FOLLOW-UP INSTRUCTIONS:
To office in:_____
Referral:_____
☐ Call in case of problems
Instructed re:
☐ Medications, dressings, etc.

CONSULTANT(S):

Rosik

PRESCRIPTIONS:
☐ None
List: Orthoest

RESULTS:
☐ RECOVERED      ☐ DIED
☐ DELIVERED      ☐ AUTOPSY
☒ IMPROVED       ☐ CORONERS CASE
☐ NOT IMPROVED   ☐

IF MALIGNANCY PRESENT, INDICATE STATE
      ☐ IN SITU       ☐ REGIONAL
      ☐ LOCAL         ☐ DISTANT

THIS STATEMENT REQUIRED BY FEDERAL LAW

I CERTIFY THAT THE NARRATIVE DESCRIPTIONS OF THE PRINCIPAL AND SECONDARY DIAGNOSIS AND THE MAJOR PROCEDURES PERFORMED ARE ACCURATE AND COMPLETE TO THE BEST OF MY KNOWLEDGE

3

## BETHESDA HOSPITALS • CINCINNATI, OHIO

**PRINCIPAL DIAGNOSIS.** The condition established after study to be chiefly responsible for occasioning the admission of the patient for care.

(ADDRESSOGRAPH)

CODE

PRINCIPAL DIAGNOSIS EXPLAINING ADMISSION:

*Post Flu Shot Cerebritis*

ONE DIAGNOSIS ONLY PLEASE

1.

SECONDARY DIAGNOSIS INCLUDING COMPLICATIONS (USE NO ABBREVIATIONS) A diagnosis, other than the principal diagnosis, that describes a condition or where a patient receives treatment or which the physician considers of sufficient significance to warrant inclusion for investigative medical studies.

2. *Steroid induced Diabetes*

3.                                        7.

4.                                        8.

5.                                        9.

OPERATIONS AND/OR TREATMENT DURING ADMINISTRATION

EXHIBIT
5

HOSPITAL COURSE, INCLUDING SIGNIFICANT EXAMINATIONS AND REPORTS        DATE _____

*D.c fatal!*
*4/23/95*

DISCHARGE INSTRUCTIONS AS PERTINENT:

☑ SEE DISCHARGE SUMMARY
DIET: ☐ Regular:
      ☐ Special: _____
ACTIVITY LIMITATIONS:
      ☐ None
      ☐ Explained to patient
FOLLOW-UP INSTRUCTIONS:
      To office in: _____
      Referral: _____
      ☐ Call in case of problems
      Instructed re:
      ☐ Medications, dressings, etc.

CONSULTANT(S):

PRESCRIPTIONS:
☐ None
List: _____

RESULTS:
☐ RECOVERED   ☐ DIED
☐ DELIVERED   ☐ AUTOPSY
☑ IMPROVED    ☐ CORONERS CASE
☐ NOT IMPROVED ☐

IF MALIGNANCY PRESENT, INDICATE STATE
☐ IN SITU     ☐ REGIONAL
☐ LOCAL       ☐ DISTANT

THIS STATEMENT REQUIRED BY FEDERAL LAW

I CERTIFY THAT THE NARRATIVE DESCRIPTIONS OF THE PRINCIPAL AND SECONDARY DIAGNOSIS AND THE MAJOR PROCEDURES PERFORMED ARE ACCURATE AND COMPLETE TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF RESIDENT                  SIGNATURE OF ATTENDING PHYSICIAN        DATE 4/28/9

11/10/98 03:44 AM          PAGE 002          (QAXNOR)
MEDICAL RECORDS TRANSCRIPTION
PARKER LUANN E                    099802772403    MM#:738579

BETHESDA TRIHEALTH GOOD SAMARITAN
CINCINNATI, OHIO

ROOM # :  B44401

CONSULTATION REPORT

**EXHIBIT**
6

PATIENT NAME    :  PARKER LUANN E
CASE NUMBER     :  073906
HAD SHINGLES.

PERSONAL/SOCIAL HISTORY:  SHE IS DIVORCED.  TWO CHILDREN.  NO HISTORY
OF SMOKING OR ALCOHOL USE.

ALLERGIES:  CODEINE.

MEDICATIONS:  SHE IS NOW ON ORAL DEXAMETHASONE 4 MG Q 6 HOURS, BLOOD
PRESSURE MEDICATION, AND ALSO HER INSULIN AND GLIPIZIDE.

PHYSICAL EXAMINATION:
HEENT:  MOUTH IS CLEAR.  NECK SUPPLE.
SHE MOVES ALL EXTREMITIES.
CHEST/LUNGS:  CLEAR BREATH SOUNDS BILATERALLY.
HEART:  REGULAR RATE AND RHYTHM, NO MURMURS.
ABDOMEN:  SOFT AND NONTENDER.
HER GAIT IS EXTREMELY UNSTEADY AND ATAXIC.  WHEN SHE SITS UP IN BED
SHE FEELS VERY UNSTEADY AND COMPLAINED OF HEADACHE AT THAT TIME.

ASSESSMENT:  PLAN:  SEVERE ATAXIA, STATUS POST A FLU SHOT.  I DID
CONTACT THE CDC AND I HAVE TALKED TO DR. CAROLYN BRIDGES, ONE OF THE
DOCTORS RESPONSIBLE FOR THE BUNCH OF FLU VACCINE, AND SHE STATES THAT
THIS WHOLE PICTURE COULD BE SECONDARY TO THE FLU SHOT ALTHOUGH IS VERY
RARE SUCH REPORT.  UNFORTUNATELY, THAT COULD BE A REACTION TO THE FLU
SHOT OR IT COULD BE COINCIDENTAL THAT THE PATIENT HAS ACUTELY
DEVELOPED MS AFTER THE FLU SHOT, OR SHE COULD HAVE ANOTHER
INFLAMMATORY VERSUS A DEMYELINATING PROCESS.  VASCULITIS IS STILL A
CONSIDERATION AND WE ORDERED ANCA.  HER SED RATE WAS ONLY 10.  WOULD
BE UNLIKELY ACUTE ENCEPHALITIS SECONDARY TO HERPES VIRUS WITH THE
FINDINGS OF THE MRI SCAN PLUS THE FACT THE PATIENT HAS BEEN AFEBRILE,
ETC.  HOWEVER, WE WILL ORDER SOME HERPES TITERS GIVEN THE FACT THE
RECENT REPORT RAISES SOME SORT OF SUSPICION BETWEEN MS AND HERPES
INFECTION.

THANK YOU VERY MUCH FOR ALLOWING US TO PARTICIPATE IN THE EVALUATION
AND CARE OF THIS PATIENT.  SINCERELY YOURS,


---------------------------------
SILVANIA NG, M.D.


36

MR-1B-4385            BETHESDA HOSPITAL
11/18/98 11:55 AM

**EXHIBIT 7**

QBP$$P

========================================================

PARKER LUANN E              SEX:F  AGE: 52
D9980277-2405               ADM DATE:11/14/98
DAVLIN ERIN MD              MM#:739310        MS:D
========================================================
PHONE(Y/N/U):Y
AKA:                        SOCIAL SEC#: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   RACE:W
STREET:4747 HUNT ROAD   PT CLASS:0           COUNTY:HAM RELIGION:PRT
CITY/ST:CINCINNATI,OH       ZIP:45242    PHONE:513-9843928
BIRTHDATE:01/18/46              CHURCH:
EMPLOYER NAME:RETIRED          MAIDEN NAME:
EMP STREET:                    MAIDEN NAME RETAINED:
EMP C/S/Z:                     OCCUPATION:
EMP PHONE:         HOW LONG:   INFO RELEASED: Y
ADM DIAG:PROBABLE DEEP VEIN THROMBOSIS LT LEG

PROCEDURE:
LAST VISIT DATE:          LAST DISG DATE:          LMP:
ADMIT PHYSICIAN:DAVLIN ERIN MD      1793
CONS/PRIMARY CARE MD:CNA MD         1564
ADMIT TYPE:1    ROOM/BED:     ACCOM:1    SERV:MED     FIN CL:3
          ADMIT TIME:08:48PM   ADMIT SAME DAY
PT AUTHORIZES PHONE:   YES    PT AUTHORIZES TV W/BASIC SERV
UB TYPE:81
AD SOURCE:7                     TIME:          DISCH DATE:11/17/98
REF FACILITY:
                            SPOUSE
NAME:
WORK PHONE:          EMPL NAME:
EMPL STREET:
EMPL C/S/Z:

                       NEAREST RELATIVE
NAME:CORUM TRUDY
STREET:
CITY/ST/ZIP:
PHONE HOME:513-7316114  WORK:
RELATIONSHIP:T

                      RESPONSIBLE PARTY
NAME:PARKER,LUANN E
STREET:4747 HUNT ROAD
CITY/ST:CINCINNATI,OH      ZIP: 45242     PHONE:513-9843928
RELATIONSHIP:P            SOCIAL SEC#: 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
EMP NAME:RETIRED
EMP STREET:
EMP C/S/Z:
PHONE:          OCCUPATION:          HOW LONG:
                      ACCIDENT/CRIME DATA
NATURE OF ACCIDENT:
ACCIDENT DATE:          ACCIDENT TIME:
ACCIDENT PLACE:
AMERICAN DISABILITY ACT: N
PRIMARY CARE MD ADDRESS:

PARKER LUANN E

B4-NX-8328                BETHESDA HOSPITAL
MEDICAL RECORDS TRANSCRIPTION  12/28/98 10:17 PM       (QDOLNN)   PAGE 001
PARKER LUANN E                   D99802772360  B44701   MM#:741065
                              BETHESDA HOSPITAL
                               CINCINNATI, OHIO
ROOM # :   B44701

                           HISTORY AND PHYSICAL

PATIENT NAME      :   PARKER LUANN E
CASE NUMBER       :   741065
DOCTOR            :   STEPHEN C. BREWER, MD
DICTATING DOCTOR  :
CARBON COPIES     :

DATE OF ADMISSION:  12/26/98

DATE OF BIRTH:  01/18/46

INFORMANT:  PATIENT'S SISTER.

HISTORY OF PRESENT ILLNESS:  A 52-YEAR-OLD WHITE FEMALE WHO WAS
RECENTLY HOSPITALIZED X 2 FOR POST FLU SHOT SYNDROME, WHICH CAUSED
ATAXIA AND DIZZINESS.  THE PATIENT WAS ALSO HOSPITALIZED FOR RECENT
DVT OF LEG.

THIS 52-YEAR-OLD WHITE FEMALE HAS BEEN TRIED TO BE WEANED FROM HER
DECADRON FOR CEREBRITIS.  THE PATIENT HAS BEEN TAKING A TOTAL OF 6.5
MG A DAY.  FOUR DAYS AGO, THE PATIENT STARTED TO SAY INAPPROPRIATE
THINGS SUCH AS SPEAKING AND TALKING TO HER DEAD MOTHER.  SHE HAS ALSO
BEEN NOTED TO HAVE INCREASED MOVEMENT OF HER BODY, WHICH SHE STATES
WERE BEING MOVED BY HER DEAD MOTHER.  THE PATIENT HAS ALSO BEEN NOTED
TO BE SCREAMING AND VERY INAPPROPRIATE AT HOME.  THE PATIENT HAS BEEN
QUITE COMBATIVE.  THE PATIENT WAS TAKEN TO THE EMERGENCY ROOM THE DAY
PRIOR TO ADMITTED AND LAB STUDIES WERE ALL NORMAL.  THE PATIENT WAS
FOUND ON THE FLOOR, ROCKING BACK AND FORTH, STATING THAT SHE WAS TO
CHANGE THE FLOW OF HER INTERNAL FLUIDS FROM RIGHT TO LEFT RATHER THAN
UP AND DOWN.  SHE WOULD DO THIS FOR SEVERAL HOURS AT A TIME.  IT WAS
DECIDED TO ADMIT THE PATIENT AT THIS TIME.

PAST MEDICAL HISTORY:
1.   HISTORY OF TYPE II DIABETES.
2.   HISTORY OF HYPERTENSION.
3.   HISTORY OF POST FLU SHOT CEREBRITIS, VERY SLOWLY RESOLVING.

MEDICATIONS:  TAKES ATIVAN P.R.N., PROCARDIA XL 30 MG Q.D., DECADRON 2
MG IN THE MORNING, 4 MG IN THE EVENING.  COUMADIN 2.5 MG A DAY,
GLUCOTROL XL 10 MG Q.D., CLONIDINE 0.2 MG AT BEDTIME, ATENOLOL 50 MG
Q.D.  SHE IS ALSO ON A SLIDING SCALE INSULIN.

FAMILY HISTORY:  MOTHER AND FATHER HAD HISTORY OF HEART DISEASE AND
HYPERTENSION.  FATHER HAD A HISTORY OF CANCER.

SOCIAL HISTORY:  NEGATIVE FOR SMOKING AND ALCOHOL USE.

EXHIBIT
8

MEDICAL RECORDS TRANSCRIPTION  12/28/98 10:17 PM      (ODOLNN)  PAGE 002
PARKER LUANN E                    D9980277236D  B44701  MM#:741065
                          BETHESDA HOSPITAL

REVIEW OF SYSTEMS:  CARDIOPULMONARY NEGATIVE.  GI NEGATIVE.  GU
NEGATIVE.  NEURO; STATES THAT SHE HAS DIFFICULTY IN THE MORNING,
ESPECIALLY TRYING TO GET OUT OF BED.  THE PATIENT STATES THAT SHE IS
STILL UNSTEADY OF GAIT.

PHYSICAL EXAMINATION:  THIS IS A MIDDLE AGED CUSHINGOID APPEARING
WHITE FEMALE WHO IS ALERT TO TIME AND PLACE.

HEAD, EYES, EARS, NOSE & THROAT:  HEAD CUSHINGOID.  EYES; PUPILS ARE
EQUALLY ROUND, AND REACTIVE TO LIGHT AND ACCOMMODATION.  ENT WITHIN
NORMAL LIMITS.
NECK:  FULL, NO MASSES.
CHEST:  LUNGS CLEAR TO PERCUSSION AND AUSCULTATION.
HEART:  REGULAR RHYTHM WITHOUT MURMURS OR GALLOPS.
ABDOMEN:  SOMEWHAT OBESE.  NO ORGANOMEGALY APPRECIATED.
EXTREMITIES:  BILATERAL 2+ EDEMA BILATERALLY WITH STRIAE BOTH LEGS.
NEUROLOGICAL EXAMINATION:  THE PATIENT GIVES STORY AS STATED IN
PRESENT HISTORY.  THE PATIENT STATES THAT SHE WOULD ROCK BACK AND
FORTH TO TRY TO MOVE HER FLUIDS FROM SIDE TO SIDE.  THE PATIENT'S GAIT
IS SOMEWHAT UNSTEADY.  NORMAL MOTOR AND SENSORY.  CRANIAL NERVES II-
XII INTACT.  SOMEWHAT UNSTEADY FINGER NOSE.

ADMITTING DIAGNOSIS:
1.  ACUTE PSYCHOSIS, RULE OUT STEROID-INDUCED.  RULE OUT EXACERBATION
OF UNDERLYING CEREBRITIS.
2.  STATUS POST FLU SHOT CEREBRITIS.
3.  HISTORY OF RECENT DEEP VENOUS THROMBOSIS OF THE LEGS.

--------------------------------
STEPHEN C. BREWER, MD
    JLB
D: 12/26/98
T: 12/28/98

                          END OF REPORT
-*-

24

HL208

# THE CLEVELAND CLINIC FOUNDATION
ONE CLINIC CENTER   9500 EUCLID AVENUE
CLEVELAND, OHIO 44195
(216) 444-2200 • 1-800-CCF-CARE

## DISCHARGE ORDER

2 769 871 9   001
PARKER, LUANN E MS
N. MAYS

IMPRINT/LABEL

| ADMISSION DATE | DISCHARGE DATE |
|---|---|
| 12,30,98 | 1,5,99 |

**DISPOSITION**

| HOME | OTHER HOSPITAL | HOME HEALTH | INTERMED. CARE | SKILLED NURSING | AMA | EXPIRED | OTHER |
|---|---|---|---|---|---|---|---|

DOB   01 18 1946

**NAME(S) AND PHONE NO.**

REFERRING PHYS.: _MAYS_          FAMILY PHYS.: _____

PRIMARY PHYSICIAN: _____

OTHER PHYSICIAN: _____

**EXHIBIT**

**9**

## PRINCIPAL DIAGNOSIS   (REASON AFTER STUDY FOR CAUSING ADMISSION)

1. ?ACUTE DEMYELINATING ENCEPHALOMYELITIS

## OTHER DIAGNOSIS   (ALL OTHER CONDITIONS, INFECTIONS, COMPLICATIONS AFFECTING TREATMENT OR STAY)

2. HYPERTENSION

3. STEROID INDUCED DIABETES

4. PSYCHOSIS - organic

5. manic mychosis

6. _____

7. _____

8. _____

9. _____

| OPERATIONS | DATE | INVASIVE PROCEDURES | DATE |
|---|---|---|---|
| 1. | | 1. LUMBAR PUNCTURE | 12-30-9_ |
| 2. | | 2. CEREBRAL ANGIOGRAM | 12-31-98 |
| 3. | | 3. | |
| 4. | | 4. | |

## PENDING LAB/XRAY RESULTS: _____

## DISCHARGE INSTRUCTIONS   ☐ See attached for additional instructions.   Tentative return to work date _____

DIET ☐ No Restrictions ☐ ADA____ ☐ LAF ☐ NA Salt   OR Specify (include length): CCDA

ACTIVITY ☐ No Restrictions OR Specify (include length): _____

**MEDICATIONS   NAME / DOSE / ROUTE / FREQUENCY / PLANNED DURATION**

1. Coumadin 5 mg qd po

2. Prednisone 7.5mg qd po 1 wk → 5mg qd 1wk → 2.5mg qd then ?Tx

3. Risperidone 1 mg bid po

4. Glucotrol 20 mg qd po

5. Depakote 250 mg bid po → ↑ to 500 mg bid if well tolerated as needed

| FOLLOW-UP | PHYSICIAN/OTHER | LOCATION | DATE/TIME | TO BE SCHEDULED | PHONE NO. |
|---|---|---|---|---|---|
| CCF | MAYS | S91 | ~~2-4 weeks~~ | ✓ PRN | |
| | ✓ INR | Next Monday, ~~coldersmith~~ | ~~tra-lan-mays (HSS)~~ | | |
| OTHER PHYSICIAN | (Follow with primary care physician) | | | | |

**PLANNED READMISSION**

TO: _____   DATE: _____   PROCEDURE: _____   DATE: _____

I have received a copy of the above instructions and understand them. I have received my personal belongings and/or valuables slip.

_Judy Corson_                          _____
Patient/Significant Other                          Registered Nurse

DISCHARGE SUMMARY DICTATED: ☐ YES   ☐ NO

DISCHARGE PHYSICIAN: _____ / LING LIM , 27443
                          SIGNATURE          PRINT NAME          BEEPER NUMBER

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

LUANN PARKER,            :      Case No. C-1-00-766
        Plaintiff,        :

                          :      JUDGE Susan J. Dlott

    v.                     :

                          :      **Affidavit of David A. Griesemer, M.D.**

AVENTIS PASTEUR INC.,      :
        Defendant.       :

David A. Griesemer, M.D., being first duly cautioned and sworn, deposes and states upon personal knowledge as follows:

1. My name is David A. Griesemer.

2. I am a physician licensed to practice medicine in the states of Arizona and South Carolina.

3. I am board certified in Neurology with Special Competence in Child Neurology and in Clinical Neurophysiology.

4. I have attached, as part of this affidavit, my Curriculum Vitae.

5. I have reviewed the medical, hospital, and other records of Ms. Luann Parker.

6. In my review of Ms. Parker's records I found the following:

    a. Ms. Parker was free of neurological impairment prior to October 10, 1998.

    b. Ms. Parker was administered an intermuscular injection of Influenza virus vaccine known as Fluzone® on October 10, 1998.

    c. On October 12, 1998, following this flu vaccine injection, she developed a severe headache, ataxia, vertigo and tingling in her hands.

    d. On October 12, 1998, Ms. Parker awoke with pain in her neck and occiput and with dizziness.

    e. On October 13, 1998, with complaints of numbness in her hands, some difficulty thinking and with more severe headaches, Ms. Parker was taken by ambulance to the emergency room of Bethesda North Hospital.



EXHIBIT

10

f.  On October 14, 1998, Dr. Brewer, her primary care physician, referred Ms. Parker to Marvin Rorick, M.D., a neurologist.

g.  On October 15, 1998, she underwent an MRI examination; the finding of the MRI showed a bilateral posterior parietal enhancement, primarily meningeal in location, with additional, multiple small nodular areas in the deep white matter, which were not enhancing.

h.  Dr. Rorick noted in a letter to Dr. Brewer: "This appears to be a mild disequilibrium syndrome which may represent a postvaccination effect."

i.  Ms. Parker was re-admitted to Bethesda North Hospital on October 21, 1998, with a diagnosis of "acute cerebritis" and a secondary diagnosis of "post influenza vaccine reaction."

j.  On October 21, 1998, Dr. Rorick wrote a neurology note that states in part: "Patient is 52 Year old lady in good health until the week of 10/12/1998, within 48 hours of receiving a flu shot at Thriftway in Blue Ash on 10/10. Initial symptoms unsteady gait, numbness in both hands, headache mainly [r] side."

k.  On October 25, 1998, Ms. Parker was discharged from Bethesda North Hospital to home, with a principle diagnosis of "encephalitis following immunization procedures."

l.  Ms. Parker was again admitted to Bethesda North Hospital on October 27,1998 for increasing ataxia with titubation and an uninhibited voiding problem; the meningeal enhancement on the MRI during this admission was decreasing. The principle diagnosis explaining her admission was "Post Flu shot Cerebritis."

m.  Silvania Ng, M.D., a neurologist, saw Ms. Parker as a consultant on October 29, 1998; Dr. Ng reported in her assessment: "Plan: severe ataxia, Status post flu shot. I did contact the CDC and have talked to Dr. Carolyn Bridges, one of the doctors responsible for the bunch of flu vaccine, and she states that this whole picture could be secondary to the flu shot although is very rare such report . . ."

n.  Ms. Parker was discharged from the hospital on November 9, 1998, two weeks later.

o.  Ms. Parker was again admitted on November 14, 1998 as an inpatient to Bethesda North Hospital with a primary admitting diagnosis of "probable deep vein thrombosis of LT (sic) leg." Ms. Parker was discharged from the hospital on November 17, 1998.

p.  On December 25, 1998, Ms. Parker was taken to the Emergency Room of Bethesda North Hospital with a chief complaint of hearing voices.

2

q.  The psychotic behavior continued, and on December 26, 1998 Ms. Parker was admitted to Bethesda North Hospital with an admitting diagnosis of acute confusional state; during the hospitalization on December 28, 1998, Ms. Parker underwent another MRI; there was a finding of a new small focus of high signal on this MRI, with irregular enhancement in the right frontal-parietal region, with progressive white matter disease in the corona radiata bilaterally when compared to the October 28, 2004 study.

r.  On December 29, 1998 Ms. Parker was transferred to the Cleveland Clinic Foundation Hospital, under Dr. M. May's care; during this hospitalization, there was a thorough attempt to rule out other problems causing her neurological symptoms.

s.  Ms. Parker was discharged to her home from the Cleveland Clinic on January 5, 1999 with the principle diagnosis of ADEM.

7.  On September 16, 2002 I signed an affidavit in this case stating that: based upon my review of Luann Parker's records, I state, within a reasonable degree of medical and scientific certainty, that her symptoms associated with ADEM (acute disseminated encephalomyelitis) were caused by her vaccination received in October of 1998. Furthermore, additional symptoms associated with steroid treatment of ADEM represent secondary effects following the vaccination.

8.  Since then I have reviewed the neuroimaging studies of Ms. Parker, the Summary of Independent Medical Examination and Expert Report of Dr. Geoffrey Eubank, and the Defendant's Motion for Summary Judgment with the attachment.

9.  I have also researched and am familiar with the relevant literature concerning the link between vaccinations and ADEM.

10. It is still my opinion, based on a reasonable degree of medical and scientific certainty, that Ms. Parker suffered from ADEM resulting from her influenza vaccination. That opinion is based on the medical record and the review of the scientific literature, the diagnosis by several physicians who were treating Ms. Parker, who ruled out other possible causes before concluding that she suffered from ADEM caused by the influenza vaccination.

11. The association between influenza vaccine and ADEM is widely accepted and is noted in standard neurology textbooks. Examples of textbooks commonly used in medical schools include:

a.  Rowland LP, Merritt's Neurology, 10th edition. Philadelphia: Lippincott Williams & Wilkins, 2000, pp. 151-153, which states, "Acute disseminated encephalomyelitis (ADE) may occur in the course of various infections, particularly the acute exanthematous diseases of childhood, and following

3

vaccinations." It is associated with "vaccination against measles, mumps, rubella, **influenza**, and rabies." (emphasis added)

b. Rust R, and Menkes JH. "Autoimmune and postinfectious diseases." In Menkes, JH, Sarnat HB, eds. <u>Child Neurology, 6th edition</u>. Philadelphia: Lippincott Williams & Wilkins, 2000, pp. 641-645, which states, "ADEM can develop after vaccination with a wide variety of killed or attenuated organisms. These include rabies vaccine, Japanese encephalitis, and **influenza** vaccines." (emphasis added)

c. Rust and Menkes also concluded that with ADEM "[m]eningeal inflammation also may be found. Severe cases may show disseminated hemorrhages, a syndrome that has been designated acute hemorrhagic encephalopathy." These are the findings in the case of Ms. Parker.

d. Osborne AG. Diagnostic Neuroradiology. St. Louis: Mosby Year Book, 1994, p.704, which says, "Acute disseminated encephalomyelitis (ADEM) is an immune-mediated response to a preceding viral infection or vaccination. ADEM occurs in several settings as follows:

   1. Shortly after a specific viral illness, particularly exanthematous childhood diseases such as measles or chicken pox

   2. Following a non-specific, presumably viral, upper respiratory infection

   3. Following vaccination against rabies, diptheria, smallpox, tetanus, typhoid, or **influenza**

   4. Spontaneously" (emphasis added)

12. Bale JF. Neurologic complications of immunization. J Child Neurol 2004; 19:405-412, a current review of vaccination effects, indicates that ADEM is a possible effect of the influenza vaccine.

13. General principles of clinical epidemiology guide us in defining studies likely to provide a valid answer to whether or not an influenza vaccine can cause ADEM. Ideally, there would be a randomized, placebo-controlled clinical trial, comparing outcomes for patients exposed and patients not exposed to influenza vaccine. The number of patients required to detect important but rare adverse effects, however, would be prohibitive. It is for this reason that no such "epidemiologic evidence" exists. The next best way to answer the question is to conduct a cohort study, comparing a group that received the vaccine with a group that did not. This is a study that follows patients forward in time after receiving a vaccine. Because assignment to the groups is not random, it is impossible to guarantee that both groups are equivalent. Bias in patient grouping is introduced, and problems with infrequent complications requires Herculean effort to detect rare effects. The next most

4

effective tool is a case-controlled study, in which—after the fact—patients who have the adverse effect are compared to those who do not. The medical literature contains none of these studies. This leaves academic clinicians like myself to depend upon case series or individual case reports in which there is no comparison group. The only thing that can be ascertained from these reports is than an adverse effect *can* occur (but not necessarily *must* occur). Therefore, to say that, because no epidemiological studies have been done, no cause and effect relationship exists is not valid.

14. In addition, unlike other vaccinations such as MMR and DPT, the influenza vaccination changes from year to year because the strains of influenza change from year to year. Consequently there are a limited number of similar vaccine exposures to accumulate.

15. The Defendant's expert's conclusion about the "episode of neurologic dysfunction" is diagnostically inadequate. Without reviewing details of Ms. Parker's medical record or considering contemporaneous impressions of her physicians, he is content to say that she did not have typical ADEM and therefore her illness was not caused by the vaccine. Dr. Eubank fails to offer a plausible alternative diagnosis and he overlooks the temporal relationship between vaccine and illness which must be considered.

16. Case studies concerning the association between vaccination and ADEM do appear in medical literature. These include:

   a. Yahr MD and Lobo-Atunes J. Relapsing encephalomyelitis following the use of influenza vaccine. Arch Neurol 1972; 27:182-183.

   b. Ehrengut W and Allerdist H. Über neurologische Komplikationen nach der Influenzaschutz-impfung. Münch med Wschr 1977; 119:705.

   c. Gross WL, Ravens KG, Hansen HW. Meningoencephalitic syndrome following influenza vaccination. J Neurol 1978; 217:219-222.

   d. Saito H, Endo M, Takase S, Itahara K. Acute disseminated encephalomyelitis after influenza vaccination. Arch Neurol 1980; 37:564-566.

17. This medical literature demonstrates that influenza vaccines can cause ADEM.

18. Given the temporal relationship between the administration of Defendant's vaccination and the onset of symptoms, it is my opinion that Defendant's vaccine caused Ms. Parker's ADEM.

19. In conclusion, I concur with the neurologists at Bethesda North Hospital, the Cleveland Clinic Foundation, and the Centers for Disease Control: Ms. Parker suffered from ADEM caused by the influenza vaccination she received on October 10, 1998.

FURTHER THE AFFIANT SAYETH NAUGHT.

_David A. Griesemer, M.D._
David A. Griesemer, M.D.

Sworn to and subscribed before me this 16th day of September, 2004.

_Notary public_
Notary public

*My Commission Expires March 19, 2013*

## CURRICULUM VITAE

| | | | |
|---|---|---|---|
| **Name:** | David A. Griesemer, M.D. | **Birthdate:** | January 6, 1951 |

| | | | |
|---|---|---|---|
| **Home Address:** | 1207 Southern Oak Way<br>Mt. Pleasant, SC 29466 | **Phone:**<br>**Mobile Phone:** | 843/849-1474<br>843/437-1955 |

| | | | |
|---|---|---|---|
| **Office Address:** | Medical University of SC<br>Department of Neurology<br>96 Jonathan Lucas Street<br>Charleston, SC 29425 | **Phone:**<br>**Fax:**<br>**Email:** | 843/792-3224<br>843/792-1763<br>griesemer@postmaster.co.uk |

| | |
|---|---|
| **Citizenship:** | USA |

**Education (beginning with Baccalaureate degree)**

| Institution/Location | Years | Degree/Date | Field of Study |
|---|---|---|---|
| Johns Hopkins University<br>Baltimore, MD | 1969-1972 | BA/1972<br>Cum Laude | Human Biology |
| Johns Hopkins University<br>School of Medicine<br>Baltimore, MD | 1972-1976 | MD/1976 | Medicine |

**Internship**

| Place | Dates |
|---|---|
| Johns Hopkins Hospital<br>Baltimore, MD | 1976-1977 |

**Residency or Postdoctoral**

| Place | Dates |
|---|---|
| Johns Hopkins Hospital<br>Baltimore, MD<br>Assistant Resident in Pediatrics | 1977-1978 |
| University of Michigan Hospitals<br>Ann Arbor, MI<br>Child Neurology Fellow | 1982-1985 |

**Specialty/Board Certification**

American Board of Psychiatry and Neurology
Neurology with Special Competence in Child Neurology
1992 (Certificate 821)

American Board of Psychiatry and Neurology
Clinical Neurophysiology
1997 (Certificate 828)

David A. Griesemer, M.D.
Page 2

**Licensure**
Maryland (D19541), 1976-1993
Michigan (44935), 1982-1985
Arizona (15236), 1985-present
South Carolina (16681), 1993-present

**Military Service**
Active Duty
US Public Health Service
Keams Canyon, AZ
1978-1982

Active Reserves
US Air Force Reserve
Wurtsmith Air Force Base (SAC)
Luke Air Force Base (TAC
1982-1989

**Faculty Appointments (begin with initial appointment)**

| Years | Rank | Institution | Department |
|---|---|---|---|
| 1990-1993 | Assistant Professor | University of Arizona College of Medicine Tucson, AZ | Pediatrics; Neurology |
| 1993-1997 | Assistant Professor | Medical University of South Carolina Charleston, SC | Neurology; Pediatrics |
| 1997-2002 | Associate Professor | Medical University of South Carolina Charleston, SC | Neurology; Pediatrics |
| 2002-present | Tenure | Medical University of South Carolina Charleston, SC | Neurology; Pediatrics |
| 2002-present | Professor | Medical University of South Carolina Charleston, SC | Neurology; Pediatrics |

David A. Griesemer, M.D.
Page 3

## Administrative Appointments

| Years | Position | Institution | Department |
|---|---|---|---|
| 1980-1982 | Director, Keams Canyon Indian Hospital | US Public Health Service Phoenix Area Indian Health Service Keams Canyon, AZ | N/A |
| 1990-1993 | Director, Pediatric Epilepsy Unit | Arizona Health Sciences Center Tucson, AZ | N/A |
| 1990-1993 | Medical Director | Fan Kane Research Fund For Brain-Injured Children Tucson, AZ | N/A |
| 1992-1993 | Medical Director Pediatric Rehab Program | Rehab Institute of Tucson Tucson, AZ | N/A |
| 1993-2000 | Director, Pediatric Epilepsy Program | Children's Hospital Medical University of SC Charleston, SC | N/A |
| 1994-2000 2004-present | Director, Clinical Neurophysiology Services | MUSC Hospital Charleston, SC | N/A |
| 2000-present | Chairman, Department of Neurology | Medical University of SC Charleston, SC | Neurology |

## Hospital Appointments/Privileges

| Active/Inactive | Institution |
|---|---|
| Inactive | Public Health Service Indian Hospital, Keams Canyon, AZ |
| Inactive | Yavapai Regional Medical Center, Prescott, AZ |
| Inactive | Tucson Medical Center, Tucson, AZ |
| Inactive | University Medical Center, Tucson, AZ |
| Inactive | Rehab Institute of Tucson, Tucson, AZ |
| Active | Medical University of South Carolina, Charleston, SC |
| Inactive | Roper Hospital, Charleston, SC |
| Inactive | Thad E. Saleeby Development Center, Hartsville, SC |
| Active | East Cooper Regional Medical Center, Mt. Pleasant, SC |

David A. Griesemer, M.D.
Page 4

## Membership in Professional/Scientific Societies (including offices held)
Local
Charleston County Medical Society

National
American Academy of Neurology
American Academy of Pediatrics (Fellow), elected member
American Epilepsy Society
Child Neurology Society
Society for Neuroscience, elected member
American Academy of Sleep Medicine

## Editorial Positions
*Johns Hopkins Medical Journal*
Assistant Editor, 1974-1976

*MedLink Neurology* (Multimedia Internet and CD-ROM reference for Neurology
Associate Editor for Child Neurology, 1997-present

*Emedicine: Neurology* (Internet reference for neurology and pediatrics)
Associate Editor for Child Neurology, 1999-present

## Extramural Grants/Award Amounts (current and past)
*As Principal Investigator*

| | |
|---|---|
| 1994-1996 | Gabapentin pediatric monotherapy trial: a multicenter, double-blind, placebo-controlled, parallel group study in pediatric patients with benign childhood epilepsy with centrotemporal spikes.<br>Parke-Davis Research Foundation |
| 1995-1998 | An extended open-label gabapentin pediatric monotherapy trial following a double-blind study in pediatric patients with benign childhood epilepsy with centrotemporal spikes.<br>Parke-Davis Research Foundation |
| 1995-1996 | A double-blind parallel group comparison of gabapentin versus placebo as add-on therapy for epilepsy in children.<br>Parke-Davis Research Foundation |
| 1995-1996 | An open-label extension study of gabapentin in children with epilepsy who have participated in the double-blind study 945-186.<br>Parke-Davis Research Foundation |
| 1995-1997 | Efficacy and safety of oral adjunctive vigabatrin therapy compared to placebo in children with uncontrolled complex partial seizures: A parallel group study.<br>Hoescht Marion Roussel |

David A. Griesemer, M.D.
Page 5

**Extramural Grants** (Continued)

1996-1998    An open-label, follow-up, long-term maintenance study of vigabatrin as adjunctive therapy in children with uncontrolled complex partial seizures.
Hoescht Marion Roussel

1995-1996    Lamotrigine as add-on therapy in patients with a clinical diagnosis of Lennox-Gastaut syndrome (severe generalized epilepsy of childhood onset): a multicenter, double-blind, placebo controlled, parallel study.
Glaxo Wellcome Research & Development

1995-1996    An open-label study of Lamictal in patients who previously participated in a Lamictal pediatric trial.
Glaxo Wellcome Research & Development

1999-2000    Gabapentin pediatric add-on trial: A randomized, double-blind, placebo-controlled, parallel-group, multicenter study in patients with partial seizures.
Parke-Davis Pharmaceutical Research

1999-2000    Open-label, safety study of gabapentin as adjunct therapy in children aged 1 month through 4 years with seizures uncontrolled by current anticonvulsant drugs.
Parke-Davis Pharmaceutical Research

A 19-week, randomized, double-blind, multicenter, placebo-controlled safety study to evaluate the cognitive and neuropsychological effects of levetiracetam as adjunctive treatment in children with refractory partial onset seizures.
UCB Pharma

A multicenter, open-label, long-term follow-up study of the safety and efficacy of levetiracetam in children with partial onset seizures.
UCB Pharma

**Intramural Grants/Award Amounts**
*As Principal Investigator*

1992-1993    Language impairment in children with focal epileptic discharges
Biomedical Sciences Research Grant
University of Arizona College of Medicine

1994-1997    Electroconvulsive therapy for intractable seizures in children (HR#6244)
Medical University of South Carolina

1995-1996    Neurologic morbidity and development following elective circulatory arrest in infants (HR#6379)
Medical University of South Carolina

1996 -1998    Determination of multi-modality evoked potentials at MUSC (HR#6641)
Medical University of South Carolina

1997-1999    Sleep disorders in children with epilepsy (HR#7215)
Medical University of South Carolina

David A. Griesemer, M.D.
Page 6

*As Co-Investigator*
 1997-2000 Lovastatin therapy for X-linked adrenoloeukodystrophy (HR#7210)
      G. Shashidhar Pai, MD, PI
      Medical University of South Carolina

*As Consultant*
 2000-2001 Learning impairments among survivors of childhood cancer  (HR#8351)
      R. Brown, PhD, PI
      Medical University of South Carolina

 2003-   Pediatric hydroxyurea Phase III clinical trial (BABY HUG)
      Julio Barredo, MD, PI (Medical University of South Carolina)
      National Heart, Lung and Blood Institute

      South Carolina epidemiological studies of epilepsy and seizure disorders
      Anbesaw Selassie, PhD, PI (Medical University of South Carolina)
      CDC / National Center for Injury Prevention and Control

**Awards/Honors/Membership in Honorary Societies**
 1980   Isolated Hardship Award
      US Public Health Service
      Keams Canyon, AZ

 1987   Achievement Medal for Meritorious Service
      US Air Force
      Washington, DC

 1992   Dean's Teaching Scholar
      University of Arizona College of Medicine
      Tucson, AZ

 1993   Virginia Furrow Grant for Innovation in Medical Education
      University of Arizona College of Medicine
      Tucson, AZ

 1993   Neurology Teaching Award
      Department of Neurology
      University of Arizona College of Medicine
      Tucson, AZ

 2000   Award of Tenure, College of Medicine
      Medical University of South Carolina
      Charleston, SC

 2001-2004 Jeffrey E. Gilliam Chair in Child Development
      Medical University of South Carolina
      Charleston, SC

David A. Griesemer, M.D.
Page 7


**Extramural Professional Activities**
American Academy of Neurology
      Residency Inservice Examination Subcommittee
      1998-2001

Child Neurology Society
      Practice Committee
      1999-present


**Publications**
<u>Peer Reviewed Journal Articles</u>

1. Griesemer DA, Winkelstein JA, Luddy R. Pneumococcal meningitis in major sickle hemo-globinopathy. *J Pediatr* 1978;92:82-84.

2. Griesemer DA, Barton LL, Reese CM, Johnson PC, Gabrielson JAB, Talwar D, Visvesara GS. Amebic meningoencephalitis caused by *Balamuthia mandrillaris*. *Pediatr Neurol* 1994;10:249-254.

3. Griesemer DA, Theodorou AA, Berg RA, Spera TD. Local fibrinolysis in a child with cerebral venous thrombosis. *Pediatr Neurol* 1994;10:78-80.

4. Talwar D, Baldwin MB, Hutzler R, Griesemer DA. Epileptic spasms in older children: persistence beyond infancy. *Epilepsia* 1995;36:151-155.

5. Griesemer DA. Pergolide in the treatment of Tourette syndrome. *J Child Neurol* 1997;12:402-403.

6. Griesemer DA, Kellner CH, Beale MD, Smith GM. Electroconvulsive therapy for treatment of intractable seizures: Initial findings in two children. *Neurology* 1997;49:1389-1392.

7. Holden KR, Clarke SL, Griesemer DA. Long-term outcomes of conventional therapy for infantile spasms. *Seizure* 1997;6:201-205.

8. Motte J, *et al*. Lamotrigine for generalized seizures associated with the Lennox-Gastaut Syndrome. *NEJM* 1997;337:1807-1812.

9. Anderson DL, Spratt EG, Macias MM, Jellinek MS, Murphy JM, Pagano M, Griesemer DA, Holden KR, Barbosa E. Use of the pediatric symptom checklist in the pediatric neurology population. *Pediatr Neurol* 1999;20:116-120.

10. Anderson DL, Spratt EG, Macias MM, Jellinek MS, Murphy JM, Pagano M, Griesemer DA, Holden KR, Barbosa E. Use of the Pediatric Symptom Checklist in the pediatric neurology population. *Pediatr Neurol* 1999;20:116-120.

11. Moreland EC, Griesemer DA, Holden KR. Topiramate for intractable childhood epilepsy. *Seizure* 1999;8:38-40.

12. Helmers SL, Griesemer DA, Dean JC, Sanchez JD, Labar D, Murphy JV, Park YD, Shuman RM, Morris GL. Observations on the use of vagus nerve stimulation earlier in the course of pharmacoresistant epilepsy: patients with seizures for six years or less. *Neurologist* 2003;9:160-164

David A. Griesemer, M.D.
Page 8

Non-peer Reviewed Publications

1.    Griesemer DA , Johnston MV. Kainate-induced seizures alter calcium channel antagonist binding. *Ann Neurol* 16;178:1984.

2.    Griesemer DA , Baldwin MA. Visuopsychic dyskinesia. *Ann Neurol* 1992;32:443-444.

3.    Griesemer DA, Talwar D, Hadden RO, Johnson MI, Baldwin MA. Reflex apnea with autonomic dysynergy (RAAD). *Epilepsia* 1993;34(Supplement 6):43.

4.    Talwar D, Baldwin MA, Griesemer DA. Epileptic spasms in older children: Persistence beyond infancy. *Epilepsia* 1993; 34(Supplement 6):37.

5.    Griesemer DA, Baldwin MA. Munchausen-by-proxy epilepsy in foster families. *Epilepsia* 1994; 35(Supplement 8):56.

6.    Griesemer DA, Kayser HG. Language impairments and seizure disorders. *American Electroencephalographic Society*, 1994.

7.    Talwar D, Weinand ME, Baldwin MA, Labiner DM, Griesemer DA, Oomen KJ. Surgical treatment of intractable symptomatic occipital epilepsy. *Epilepsia* 1994;35(S8):69.

8.    Lookadoo SE, Holden KR, Griesemer DA. Felbamate therapy in childhood-onset epilepsy. *Epilepsia* 1995;36(Supplement 4):5.42.

9.    Spratt EG, Anderson D, Pagano M, Richardson S, Jellinek M, Murphy JM, Griesemer D, Edwards EJ, Macias M. Comorbidity of pediatric neurologic disorders and psychosocial function. *American Academy of Child and Adolescent Psychiatry,* 1995.

10.   Spratt E, Anderson D, Macias M, Pagano M, Jellinek M, Griesemer D, Holden K, Barbosa E. Comorbidity of psychiatric and language disorders in pediatric neurology. *American Academy of Child and Adolescent Psychiatry,* 1997.

11.   Moreland EC, Griesemer DA, Holden KR. Topiramate: A timely AED for intractable childhood epilepsy? *Epilepsia* 1997;38(Supplement 8):193-194.

12.   Anderson DL, Spratt EG, Macias MM, Murphy JM, Pagano M, Griesemer DA, Holden, KR, Barbosa E. Use of the pediatric symptom checklist in the pediatric neurology population. *Fifth International Congress of Behavioral Medicine, Copenhagen,* 1998.

13.   Burgeois B, Brown LW, Pellock JM, Buroker M, Greiner M, Garofalo EA, Schimschock JR, Griesemer DA, Bebin ME, Murphy JV, The Gabapentin BECTS Study Group. Gabapentin (Neurontin) monotherapy in children with benign childhood epilepsy with centrotemporal spikes (BECTS): A 36-week, double-blind, placebo-controlled study. *Epilepsia* 1998;39(Supplement 6):163.

14.   Messenheimer JA, Haynie CJ, Risner ME, Lamictal US 41 Pediatric Study Group: Long-term tolerability of Lamictal in pediatric patients. *Epilepsia* 1998;39(Supplement 6):51-52.

15.   Spratt EG, Anderson DL, Macias M, Jellinek M, Holden KR, Griesemer D, Barbosa E: Collaborative screening of psychiatric and language disorders in pediatric neurology clinics. Eleventh Annual Research Conference, Louis de la Parte Florida Mental Health Institute, Tampa FL, 1998.

David A. Griesemer, M.D.
Page 9

16.    Ray S, Shields D, Griesemer D, Wilford G, Matzelle D, Hogan E, Banik N. Programmed cell death and calpain activation occur maximally in rat SCI lesion. Society for Neuroscience, Los Angeles CA, 1998.

17.    Schaecher K, Rocchini A, Ali S, Imam S, Griesemer D, Banik NL. Calpain expression in MPTP treated C57BL/6 mice.  Society for Neuroscience, San Diego CA, 2001.

18.    Sur P, Patel SJ, Griesemer DA, Ray SK, Banik NL.  Dexamethasone decreases temozolomide induced apoptosis in human glioblastoma T98G cells.  Program No. 802.3. *2002 Abstract Viewer/Itinerary Planner*.  Washington, DC: Society for Neuroscience.

19.    White S, Shen Q, Fan F, Griesemer D, Bhat NR. TAK1-mediated induction of nitric oxide synthase and cytokine gene expression in glial cells.  Program No. 103.12. *2003 Abstract Viewer/Ininerary Planner*.  Washington, DC: Society of Neuroscience.

20.    Stucki BL, Matzelle DD, Bolognani F, Perrone-Bizzozero NI, BanikNL, Griesemer DA, Ray SK. Upregulation of calpain in neuronal apoptosis in kainic acid induced seizures in rats. *2004 Abstract Viewer/Itinerary Planner.*  Washington, DC: Society for Neuroscience.

21.    Guyton MK, Imam S, Sribnick EA, Matzelle DD, Griesemer DA, Ray SK, Banik NL. Time course of axonal degeneration and neuronal death with activation of calpain in the spinal cord of lewis rats with experimental allergic encephalomyelitis. *2004 Abstract View/Itinerary Planner.* Washington, DC: Society for Neuroscience.

<u>Chapters in Scholarly Books and Monographs</u>
1.    Griesemer DA. Muscular dystrophy. In: *Griffith's 5 Minute Clinical Consult,* (Dambro MR, Griffith J, eds), Williams-Wilkins/Philadelphia PA, 1995:690-691; 1996:690-691; 1997:698-699; 1998:700-701.

2.    Spratt EG, Anderson D, Pagano M, Macias M, Jellinek M, Murphy M, Griesemer D, Holden K, Barbosa. Collaborative screening of psychiatric and language disorders in pediatric neurology. In: *The 11th Annual Research Conference Proceedings, A System of Care for Children's Mental Health: Expanding the Research Base* (Willis J, Liberton C, Kutash K, Friedman R, eds), Tampa: University of South Florida, The Louis de la Parte Florida Mental Health Institute, Research and Training Center for Children's Mental Health, 1999.

3.    Griesemer DA, Waheed N. Muscular dystrophy. In *Griffith's 5 Minute Clinical Consult,* (Dambro MR, eds), Lippincott Williams & Wilkins/Philadelphia PA, 2000, 2001.

<u>Peer-reviewed Electronic Publications</u>
1.    Griesemer DA. Neonatal meningitis. In: *eMedicine Neurology,* (Lorenzo NY, ed), eMedicine.com/St. Petersburg FL, 2001.

2.    Griesemer DA. Lead. In: *eMedicine Neurology,* (Lorenzo NY, ed), eMedicine.com/St. Petersburg FL, 2001.

<u>Non-peer Reviewed Electronic Publications</u>
1.    Griesemer DA.  Focal cortical dysplasia.  In: *Neurobase* (Gilman S, Goldstein G, Waxman S, eds), Arbor Publishing Corp/La Jolla, CA, 1995.

2.    Griesemer DA.  Acute hemiplegia of childhood.  In: *Neurobase* (Gilman S, Goldstein G, Waxman S, eds), Arbor Publishing Corp/La Jolla CA, 1995, 1997.

David A. Griesemer, M.D.
Page 10

3.   Griesemer DA.  Craniosynostosis.  In: *Neurobase* (Gilman S, Goldstein G, Waxman S, eds), Arbor Publishing Corp/La Jolla, CA, 1995, 1997.

4.   Griesemer DA.  Incontinentia pigmenti. In: *Neurobase* (Gilman S, Goldstein G, Waxman S, eds), Arbor Publishing Corp/La Jolla CA, 1995, 1997.

5.   Griesemer DA.  Hemimegalencephaly. In: *Neurobase* (Gilman S, Goldstein G, Waxman S, eds), Arbor Publishing Corp/La Jolla CA, 1995, 1998.

6.   Griesemer DA. Cerebral venous thrombosis in infants and children. In: *Neurobase* (Gilman S, Goldstein G, Waxman S, eds), Arbor Publishing Corp/La Jolla CA, 1997.

7.   Griesemer DA. Breath-holding spells. In: *Neurobase* (Gilman S, Goldstein G, Waxman S, eds), Arbor Publishing Corp/La Jolla CA, 1998.

8.   Griesemer DA.  Opsoclonus-myoclonus syndrome. In: *Neurobase* (Gilman S, Goldstein G, Waxman S, eds), Arbor Publishing Corp/La Jolla CA, 1995, 1998.

9.   Griesemer DA. Tuberous sclerosis complex. In: Gilman S. *Neurobase*. (Gilman S, Goldstein G, Waxman S, eds), Arbor Publishing Corp/San Diego CA, 1999.

10.   Holden KR, Griesemer DA. Neurologic complications of congenital heart disease.  In: *Neurobase* (Gilman S, ed), Arbor Publishing Corp/San Diego CA, 1999.

11.   Steedman J, Griesemer D. Mental retardation. In: *Neurobase*. (Gilman S), Arbor Publishing Corp/San Diego CA, 1999.

12.   Griesemer DA. Childhood lead poisoning. In: *MedLink Neurology* (Gilman S, ed, Arbor Publishing Corp/San Diego CA, 2001.

13.   Griesemer DA, Carter TD. Acute hemiplegia in childhood. In: *MedLink-Neurobase*, (Gilman S, ed), Arbor Publishing Corp/San Diego CA, 2001.

14.   Griesemer DA, Hutchison K. Incontinentia pigmentia. In: *MedLink Neurology*, (Gilman S, ed), MedLink Corp/San Diego, 2001.

15.   Griesemer DA, Koury DW. Opsoclonus-myoclonus syndrome. In: *MedLink Neurology,* (Gilman S, ed), MedLink Corp/San Diego CA, 2001.

16.   Griesemer DA, Mushtaq R. Tuberous sclerosis complex. In: *MedLink Neurology,* (Gilman S, ed), MedLink Corp/San Diego CA, 2001.

17.   Griesemer DA, Pitman GM. Cerebral venous thrombosis in infants and children. In: *MedLink Neurology,* (Gilman S, ed), MedLink Corp/San Diego CA, 2001.

18.   Griesemer DA, Sobczak JM. Craniosynostosis. In: *MedLink Neurology,* (Gilman S, ed), MedLink Corp/San Diego CA, 2001.

19.   Griesemer DA, Williams TJ. Hemimegalencephaly. In: *MedLink Neurology,* (Gilman S, ed), MedLink Corp/San Diego CA, 2001.

David A. Griesemer, M.D.
Page 11

20.    Steedman JG, Weinstein B, Miller G, Griesemer DA. Mental retardation. In: *MedLink Neurology,* (Gilman S, ed), MedLink Corp/San Diego CA, 2001.

21.    Turner RP, Griesemer DA. Breath-holding spells. In: *MedLink Neurology* (Gilman S, ed), MedLink Corp/San Diego CA, 2001.

22.    Griesemer DA, Li M. Muscular dystrophy. In: *Griffith's 5 Minute Clinical Consult* (Dambro M, ed), Lippincott Williams & Wilkins/Philadelphia PA, 2002.

Other
1.    Griesemer DA. A Textbook of Epilepsy, by Laidlaw and Richens [book review]. *Johns Hopkins Med J* 1977; 141:301

2.    Griesemer DA. Mammalian Parenting: Biochemical, Neurobiological and Behavioral Determinants, (Krasnegor NA, Bridges RS, ed) [book review]. *JAMA* 1991;265:1033.

3.    Griesemer DA, Johnson MI. Guillain-Barre syndrome and plasmapharesis in childhood [letter]. *Ann Neurol* 1991;29:688.

4.    Griesemer DA. The case of Rebecca Montoya (Opsoclonus-myoclonus syndrome). *DxR* [interactive computer-based case study]. Carbondale IL, DxR Development Group, 1994.



**Neurological Associates, Inc.**
RESULTS THROUGH NEUROSCIENCE • SINCE 1994

Re:    Luann Parker
June 10, 2004
Page Two

status appeared normal. We did a Folstein Mini-Mental Status Examination, which was normal, with the exception that she was not aware of the county (she is not from this county, however). Her clock drawing was normal. She was able to generate a word list of 27 animals in 1 minutes (above normal). She was able to describe proverbs and similarities without difficulty. There are no signs of apraxia.

Review of her testing revealed that her original MRI scan, in October of 1998, had scattered foci of abnormal signal in the periventricular white matter and also in the high parietal region. There was some enhancement in these lesions. These are more pronounced on the December scan (1998). There is also left meningeal thickening and enhancement in the parietal regions and there are even some areas of possible hemorrhage. He repeated her MRI scan on February 26, 1999, which showed a new area of signal abnormality, that was felt to be likely petechial hemorrhage change with some new enhancement in the left thalamus.

It should be noted that she had some mild atrophy noted, even on her original MRI.

Multiple lumbar punctures were done and did not show any significant abnormalities. Specifically, she had fewer white cells, normal protein, normal IgG synthesis rate and negative cultures. She had a number of other tests, the relevant abnormalities being, at one time, she had an elevated sedimentation rate and C-reactive protein. She also was found to have antiplatelet antibodies, suggestive of idiopathic thrombocytopenic purpura (ITP). She was also diagnosed with a DVT and was noted to have a factor V leiden.

She had a cerebral angiogram that did not show any significant abnormalities.

In summary, Luann Parker had an episode of neurologic dysfunction, manifest by headache, whole body numbness and apparent seizure and some mental status changes. She was treated with steroids along the way. It was unclear, from the various examining physicians, exactly what she had. The possibility of acute demyelinating encephalomyelitis was posed as a possible explanation, although I think that it not a tenable diagnosis here. She had a neurologic syndrome that showed evidence for active changes five months into the illness, which is not at all typical (in fact not characteristic) of acute demyelinating encephalomyelitis (ADEM). This is a monophasic illness, rather than a prolonged illness, such as this. Symptoms, going on for a few weeks at most, are typical and not several months. That is not to say that the clinical symptoms cannot be residual but, certainly, progressive problems and, more importantly, progressive MRI abnormalities would not fit with the diagnosis. I don't think a formal diagnosis was made and that was evident by the various neurologists, who saw her, and their uncertainty about her diagnosis.

In summary, I don't believe that Luann Parker had ADEM, for the reasons described. I am not aware of any studies suggesting that the flu vaccine is causative of ADEM and, in this case, given the absence of a diagnosis of ADEM, I think it is a moot point, anyway.

Warmest regards,

Geoffrey A. Eubank, M.D.

GAE:jlm

# Neurological Associates. Inc.
## RESULTS THROUGH NEUROSCIENCE - SINCE 1929

**Main Office**
**Chatham Village**
**Professional Building**
931 Chatham Lane
Columbus, OH 43221
(614) 457-4880
Fax (614) 457-4890
(800) 527-9022
www.neuroassociates.com

### Adult Neurosurgery
Edward J. Kosnik,
M.D., F.A.C.S., F.A.A.P.
Michael J. Meagher, M.D.
Janet W. Bay, M.D.
Sigurdur A. Stephenson,
M.D., F.A.C.S.
Scott W. Elton, M.D.
Mark A. Hrillca, M.D.
Ward P. Baxter, D.O.
Rebecca P. Brightman,
M.D., F.A.C.S.

### Pediatric Neurosurgery
Edward J. Kosnik,
M.D., F.A.C.S., F.A.A.P.
Scott W. Elton, M.D.

### Adult Neurology
Robert H. Wyatt,
M.D., A.B.P.N.
Albert L. Berarducci, Jr.,
M.D., A.B.P.N.
Geoffrey A. Eubank,
M.D., A.B.P.N.
Erick A. Arce, M.D., A.B.P.N.
James P. Fulop,
M.D., A.B.P.N., A.B.S.M.
William T. Mayr, M.D.
Xianmel Cui, M.D.
Laura Pancier,
R.N., M.S., C.N.P., C.N.R.N.

### Spine Physiatrist and Pain Consultant
Yeshwant P. Reddy, M.D.

### Partners Emeritus
Harry E. LeFever, M.D., dec.
Roy J. Secrest, M.D., dec.
Martin Peter Sayers, M.D.
John N. Meagher, M.D., dec.
Charles W. Rossel, M.D.
Myron K. Smith, M.D.
James E. Danars, M.D., F.A.C.S.

### Hospital Affiliations
**Riverside Methodist Hospital**

**Children's Hospital**
CHILDREN'S HOSPITAL
555 S. 18th St., Suite 6-F
Columbus, OH 43205
(614) 324-1415  (800) 527-9022

---

*"Excellent patient care with compassion and integrity."*

## SUMMARY OF INDEPENDENT MEDICAL EXAMINATION AND EXPERT REPORT

**DATE:** September 2, 2004

**PATIENT:** Luann Parker

**HISTORY:** Luann Parker is a 58-year-old right-handed woman who was here on June 10, 2004 for an independent medical examination. She states that on October 10, 1998, she had a flu shot at a grocery store. She had multiple flu shots prior to this and never had any difficulty. She states that, within a few days of that injection, she had some confusion. She was driving and was unsure where to turn. She also felt that there was a sense of internal numbness throughout her body. She was able to move with this. She ended up calling 911 and went to the hospital. She told them she felt detached from her limbs. She is unsure of the diagnosis from the emergency room, but thinks they inferred that she had some sort of emotional breakdown and was sent home. Over the next few months, she had progressive difficulties. On one occasion, she was admitted to the hospital and was witnessed to have some sort of seizure, although she is not exactly what type. She also was having some gait difficulty of an unspecified type. She felt that her memory was not good. She entered the hospital several times and these symptoms kept worsening. She even was having difficulty sitting. She even had difficulty putting the covers over her and being able to tell time. At times, she would do some behaviors, such as rocking behavior. Her mother had died around this same time. Shortly after that, she became "psychotic", according to her sister. She stated that, on Christmas, she saw her "then-dead" mother coming in on a sunbeam. At that time, she was rocking very quickly. It was at that time, that the family requested her to be transferred and she was sent up to the Cleveland Clinic.

While at the Cleveland Clinic, she continued to have mental status changes and they were told that she had some sort of psychosis. She continued to have decreased memory. Things ended up stabilizing while she was up there and she gradually improved, to the point where she is now, two years later. Even a year afterward, she was still having difficulty coping and difficulty driving, because she couldn't process "too much information". She was unable to multitask. Today, she is fully independent and is back working. She still has some subtle residual difficulty, such as choking on her food, on occasion. She also feels that her left side is slightly weak or clumsy. She has a headache most mornings, but that does not persist. She feels that her recall is a little slow. She also feels a general sense of imbalance. She denies fevers, chills, weight loss, ongoing visual difficulty, hearing difficulty, chest pain, palpitations, bowel/bladder change, tremor, ongoing seizures, numbness, loss of consciousness or depression.

She has history of hypertension, high cholesterol, diabetes, migraines and blood clots. The latter is due to a factor V mutation. She takes Lipitor and Coumadin. Codeine makes her vomit.

She does not smoke or drink. She notes no neurologic problems in the family, with the exception of migraine.

**EXAMINATION:** BP 140/90, P-80, R-16. She is well nourished and in no acute distress. Funduscopic exam was benign. Her heart was regular without murmurs. There were no craniocervical bruits. Cranial nerves were intact. Her motor examination showed no true neurologic weakness. There was some slight giveaway weakness in her left arm, but normal power was able to be demonstrated. Finger-to-nose and heel-to-shin testing and rapid alternating movements were all normal. Gait was normal. A Romberg was negative. Sensation to pinprick, light touch, temperature and vibratory were all normal. Her reflexes were 2+ and symmetric throughout. Toes were downgoing. Her mental

---

**EXHIBIT**
11