THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

LUANN PARKER,                          )
                                       )        Case No. C-1-00-766
              Plaintiff,               )
                                       )        Judge Susan J. Dlott
       v.                              )
                                       )    **DEFENDANT AVENTIS PASTEUR INC.'S**
AVENTIS S.A., et al.,                  )    **UNOPPOSED MOTION FOR EXTENSION**
                                       )    **OF TIME TO FILE REPLY BRIEF**
              Defendants.              )    **IN SUPPORT OF MOTION FOR SUMMARY**
                                       )        **JUDGMENT**

*Denied. Defendant has an extension of time only to Nov 1, 2004.*
*Susan J. Dlott*
*10/05/04*

       Defendant Aventis Pasteur Inc. ("Aventis" or "Defendant") respectfully moves the Court

for an order granting it an extension of time to file its reply brief in support of its Motion for

Summary Judgment for the reasons described below.

       This is a product liability action in which Plaintiff, Luann Parker, has alleged that she

was vaccinated with Defendant's FLUZONE influenza vaccine and subsequently suffered from a

rare neurological disorder known as acute disseminated encephalomyelitis (ADEM).  Aventis

moved the Court for summary judgment on June 1, 2004 on the ground that Ms. Parker was not

able to come forward with reliable expert testimony demonstrating that the FLUZONE vaccine is

capable of causing ADEM, and in fact, caused Ms. Parker to suffer from ADEM.

       After obtaining two extensions, with Defendant's consent, Ms. Parker responded to

Aventis' Motion for Summary Judgment approximately 120 days after it was filed, on September

24, 2004.  In her response, Ms. Parker attempts to manufacture a question of fact where none

exists by relying upon the affidavit of an expert witness (Dr. Griesemer) that contradicts and

expands upon testimony that he gave during a deposition taken prior to Defendant's moving for

summary judgment.