IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ORDER

The attached list of cases are hereby transferred from the docket of the Honorable Susan J. Dlott to the Honorable Michael H. Watson.

IT IS SO ORDERED.

                                                                                                                      __s/Susan J. Dlott_____
                                                                                                                      Susan J. Dlott
                                                                                                                      United States District Judge

Case 1:00-cv-00766-MHW    Document 33    Filed 10/14/2004    Page 1 of 4

| | | | | | |
|---|---|---|---|---|---|
| 1 | 0 | cv | 637 | Dlott | Usa v Green |
| 1 | 0 | cv | 766 | Dlott | Parker v Aventis |
| 1 | 1 | cv | 378 | Dlott | Brantley v Cinergy Corp |
| 1 | 1 | cv | 639 | Dlott | Sanders v Hill |
| 1 | 1 | cv | 901 | Dlott | Szabo v Robert Peirce & Assoc |
| 1 | 2 | cv | 50 | Dlott | Marx v Janke |
| 1 | 2 | cv | 164 | Dlott | Rivet v Ford Motor Co |
| 1 | 2 | cv | 179 | Dlott | Gallant v. Coolant Control |
| 1 | 2 | cv | 240 | Dlott | Ohio Med Instruments v. |
| 1 | 2 | cv | 269 | Dlott | Contech Construction v Zurich |
| 1 | 2 | cv | 378 | Dlott | Samuel v Hoog |
| 1 | 2 | cv | 554 | Dlott | Miller v Sprague |
| 1 | 2 | cv | 663 | Dlott | Caudill v owen |
| 1 | 2 | cv | 714 | Dlott | Paradise Farms v Chiquita Frupac |
| 1 | 2 | cv | 722 | Dlott | Fossyl v Watson |
| 1 | 2 | cv | 766 | Dlott | Broach v Cincinnati |
| 1 | 2 | cv | 837 | Dlott | Sosby v Miller Brewing Co |
| 1 | 2 | cv | 847 | Dlott | Ohio Natl Linf Ins v Orbitex |
| 1 | 2 | cv | 853 | Dlott | Mohammed v Penske |
| 1 | 3 | cv | 55 | Dlott | Buckhorn v Rehrig Pacific |
| 1 | 3 | cv | 80 | Dlott | Williams v Mortgage Loan |
| 1 | 3 | cv | 86 | Dlott | Cundiff v Mueller |
| 1 | 3 | cv | 96 | Dlott | USA v Graham |
| 1 | 3 | cv | 116 | Dlott | Cupp v Fluor Fernald |
| 1 | 3 | cv | 117 | Dlott | Brennan v Fluor Fernald |
| 1 | 3 | cv | 118 | Dlott | Fitzgerald v Fluor Fernald |
| 1 | 3 | cv | 169 | Dlott | Harmon v Grizzel |
| 1 | 3 | cv | 171 | Dlott | Todd v Carter |
| 1 | 3 | cv | 175 | Dlott | River Hills Anesthes v Comprehensive Anesth |
| 1 | 3 | cv | 222 | Dlott | Osterday v Norwood |
| 1 | 3 | cv | 237 | Dlott | Kennedy v Clermont |
| 1 | 3 | cv | 268 | Dlott | Lee v Fluor Fernald |
| 1 | 3 | cv | 276 | Dlott | Skelton v Sara Lee Corp |
| 1 | 3 | cv | 295 | Dlott | Roders v Cincinnati Reds |
| 1 | 3 | cv | 306 | Dlott | USA ex re Snamm Inc v Ford Motor Co |
| 1 | 3 | cv | 334 | Dlott | Steinhouer Comfort Systems |
| 1 | 3 | cv | 360 | Dlott | Breech v Scioto Cty Reg Water |
| 1 | 3 | cv | 383 | Dlott | Strong v U-haul Co of Mass In |
| 1 | 3 | cv | 384 | Dlott | Swegles v U-haul Co of Mass In |
| 1 | 3 | cv | 406 | Dlott | Armco Emp Ind Fed v AK Steel Corp |
| 1 | 3 | cv | 447 | Dlott | Hester v Union Central Life |
| 1 | 3 | cv | 452 | Dlott | Gamble v Ohio Dept of jobs |
| 1 | 3 | cv | 471 | Dlott | Proffitt v AK Steel Corp |
| 1 | 3 | cv | 490 | Dlott | Jones v Brigano |
| 1 | 3 | cv | 495 | Dlott | Conley v Bancorp |
| 1 | 3 | cv | 533 | Dlott | McMillin v Faith Properties |
| 1 | 3 | cv | 546 | Dlott | Multi-Color Corp v American Fuji Seal |
| 1 | 3 | cv | 553 | Dlott | Road Sprinkler Fitte v Casco Fire Protection |
| 1 | 3 | cv | 554 | Dlott | Storm v Sabre Group |
| 1 | 3 | cv | 583 | Dlott | Hensley v Mercy Franciscan |
| 1 | 3 | cv | 584 | Dlott | Keeper Co v Chambers |
| 1 | 3 | cv | 649 | Dlott | Worthington v CDW Corp |

| | | | | | |
|---|---|---|---|---|---|
| 1 | 3 | cv | 651 | Dlott | Crutchfield v Ohio Conference |
| 1 | 3 | cv | 662 | Dlott | EEO Commission v Jeff Wyler Chevy |
| 1 | 3 | cv | 703 | Dlott | Hawes v U of Cincinnati |
| 1 | 3 | cv | 724 | Dlott | Quest Comm Corp v Connect Link |
| 1 | 3 | cv | 754 | Dlott | Message Factors v McGinnis |
| 1 | 3 | cv | 757 | Dlott | Torque Inc v Torque Control Inc |
| 1 | 3 | cv | 787 | Dlott | Vaughn v Hitachi |
| 1 | 3 | cv | 793 | Dlott | UNICARE Life & Health Ins v Myers |
| 1 | 3 | cv | 843 | Dlott | Fidelity Underwriters v Nationwide Tanks |
| 1 | 3 | cv | 852 | Dlott | Burnam v Howard |
| 1 | 3 | cv | 856 | Dlott | Harbison v Hartford Life & Accident |
| 1 | 3 | cv | 866 | Dlott | Lucy v Heis |
| 1 | 3 | cv | 871 | Dlott | Brand v USA |
| 1 | 3 | cv | 890 | Dlott | Steers v UNUM Provident Corp |
| 1 | 3 | cv | 900 | Dlott | Leonardi v Freeman |
| 1 | 3 | cv | 925 | Dlott | Info-Hold Inc v Sound Merch |
| 1 | 3 | cv | 929 | Dlott | Davis v Cincinnati |
| 1 | 4 | cv | 3 | Dlott | Storopack v Free Flow Packaging |
| 1 | 4 | cv | 20 | Dlott | AEP v Nester |
| 1 | 4 | cv | 37 | Dlott | Holler v Hartford Ins |
| 1 | 4 | cv | 80 | Dlott | Farmer v Cincinnati |
| 1 | 4 | cv | 81 | Dlott | Tucker v Stayton |
| 1 | 4 | cv | 145 | Dlott | Monfort Supply v Board of Zoning Appeals |
| 1 | 4 | cv | 157 | Dlott | Cochrun v Freeson |
| 1 | 4 | cv | 169 | Dlott | Dale v Lake |
| 1 | 4 | cv | 170 | Dlott | Brackett v Lake |
| 1 | 4 | cv | 176 | Dlott | Lawson v Cincinnati |
| 1 | 4 | cv | 178 | Dlott | Pisces by OPW v Advanced Polymer Tech |
| 1 | 4 | cv | 179 | Dlott | Murphy v Global Ground Support LLC |
| 1 | 4 | cv | 235 | Dlott | American Telemarketing v Heidel |
| 1 | 4 | cv | 243 | Dlott | Bailey v Hempen |
| 1 | 4 | cv | 256 | Dlott | Haley v Unum Life Ins |
| 1 | 4 | cv | 262 | Dlott | November v Baxter |
| 1 | 4 | cv | 268 | Dlott | Free Flow Packaging v Storopack Inc |
| 1 | 4 | cv | 290 | Dlott | Dinvalds v Postal Svcs |
| 1 | 4 | cv | 295 | Dlott | Fiorini v USA |
| 1 | 4 | cv | 296 | Dlott | Jordon v Thomas and Thomas |
| 1 | 4 | cv | 305 | Dlott | USA v Ewell |
| 1 | 4 | cv | 309 | Dlott | Anderson v VeriFone |
| 1 | 4 | cv | 310 | Dlott | Trombley v Kendle Intl |
| 1 | 4 | cv | 323 | Dlott | Felson v Discover Card |
| 1 | 4 | cv | 339 | Dlott | Free Flow Packaging v Ideepak |
| 1 | 4 | cv | 396 | Dlott | Mesto Paper Karlstad AB v Valco Cincinnati |
| 1 | 4 | cv | 415 | Dlott | Guy v Sears Roebuck |
| 1 | 4 | cv | 444 | Dlott | Eads v Cinergy Corp |
| 1 | 4 | cv | 458 | Dlott | Clarke v Metro Life Ins |
| 1 | 4 | cv | 479 | Dlott | Bradshaw v Jeff Wyler Colerain |
| 1 | 4 | cv | 498 | Dlott | Chieftain v International Brotherhood |
| 1 | 4 | cv | 501 | Dlott | Hogan v Frito Lay |
| 1 | 4 | cv | 526 | Dlott | Whitley v Arnett |
| 1 | 4 | cv | 529 | Dlott | Stanley-Gomez v Weltman Weinberg Reis LAP |
| 1 | 4 | cv | 537 | Dlott | American Home Ins v Massenheimer |

| 1 | 4  | cv | 653 | Dlott | Carter v Weyand |
| 1 | 4  | cv | 654 | Dlott | Stamm v Dept HHS |
| 1 | 4  | cv | 655 | Dlott | Bakhru v Glaxo Smith Kline |
| 1 | 99 | cv | 835 | Dlott | Communique Productio v Lenscrafters |