# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Luann Parker,

    Plaintiff(s),

v.

Aventis S A , et al.,

    Defendant(s).

Case No. 1:00cv766

(Judge Michael H. Watson)

## ORDER

Pursuant to notification by the Plaintiff, this matter is hereby settled:

It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within sixty (60) days, reopen the action if settlement is not consummated.

The Court retains jurisdiction over the settlement contract for the purpose of its enforcement.

                                                                   MICHAEL H. WATSON
                                                                   United States District Judge

bac    March 15, 2005