UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION



FILED
JAMES BONINI
CLERK

05 SEP 27 PM 4: 15

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

Luann Parker,
   Plaintiff(s),

v.

Aventis S.A., et al.,
   Defendant(s).

Case Number:   1:00cv766
**Termination Date**:  March 16, 2005

### NOTICE OF COUNSEL

I hereby acknowledge receipt of exhibits and depositions filed in the above-styled case.

Defendant's Deposition:
   Luann Parker

9/27/2005
DATE
bac   September 6, 2005

Counsel for the Defendant
Michael A. Snyder (0069435)